IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN (HELENA) DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 23 2012

JAMES W. McCORMACK, CLERK
.By:_____
DEP CLERK

FUTURE MAE JEFFERS, MARY JEFFERS, HENRY PEACOCK, SHIRLEY HARVELL, REV. RONALD WILLIAMS, PEGGY R. WRIGHT, LAURA LOVE, FRANK SHAW, C. W. CAMPBELL, LEO CHITMAN, ETTA CAMPBELL, PLEZ LUCAS, VICKIE ROBERTSON, JOSEPH PERRY, ELBERT SMITH, SANDRA BAGLEY, NIKKI DISMUKE, ALICE W. VALLEY, LAKETHA BROWN FLUKER, KATRINA HARRELL, CHESTER HARRELL, EDDIE O'NEAL, CHRISTOPHER FRANKLIN, JACK BERNARD CRUMBLY

**PLAINTIFFS,**

VS.   CASE NUMBER: 2012-

2:12-CV-016 JLH

This case assigned to District Judge _Holmes_

and to Magistrate Judge _Decre_

**MIKE BEEBE,** in his capacity as Governor of Arkansas and Chairman of the Arkansas Board of Apportionment, **MARK MARTIN,** in his capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment, and **DUSTIN MCDANIEL,** in his capacity as Attorney General of Arkansas and a member of the Arkansas Board of Apportionment; and **THE ARKANSAS BOARD OF APPORTIONMENT**

**DEFENDANTS.**

<u>**COMPLAINT AND REQUEST FOR PRELIMINARY INJUNCTION**</u>

Come now the plaintiffs by and through their counsel, James F. Valley, and for their cause do state:

<u>**Nature of the Case**</u>

1. This is an action to enforce Section 2 of the Voting Rights Act of 1965 (42 U. S. C. § 1973) and the Fourteenth and Fifteenth Amendments to the U.S. Constitution. Plaintiffs

seek declaratory and injunctive relief against implementing the 2011 Arkansas Board of Apportionment redistricting plan governing the districts from which State Senators will be elected beginning in November of 2012 on the ground that the plan denies or abridges plaintiffs' right to vote on account of their race or color.  Defendants drew that Senate plan with the intent and effect of diluting the voting strength of African American voters in northeastern Arkansas and denying them an equal opportunity to elect candidates of their choice to the Senate.

### Jurisdiction and Venue

2.  Plaintiffs invoke the jurisdiction of this Court under 28 U. S. C. §§ 1331, 1343(a)(3) and (4), and 2201, and 42 U. S. C. §§ 1973j(f), 1983, and 1988.

3.  Venue is proper in this Court under 28 U.S.C. § 1391(b).

4.  Plaintiffs request that a three-judge court be convened under 28 U.S.C. § 2284.

### Parties

5.  The plaintiffs are each and all residents, citizens and registered voters within Crittenden, Lee, St. Francis and Phillips Counties in the State of Arkansas.  The race and color of each plaintiff is African American and Black.

6.  Plaintiff Future Mae Jeffers is the widow of the late M. C. Jeffers and she resides in Forrest City, St. Francis County, Arkansas.

7.   Plaintiff Mary Jeffers resides in Forrest City, St. Francis County, Arkansas.  She is the daughter of M.C. Jeffers, the lead plaintiff in *Jeffers v. Clinton*, 740 F. Supp. 585 (E.D. Ark. 1990).  She is a member of the city council of Forrest City.

8.  Plaintiff Henry Peacock resides in Forrest City, St. Francis County, Arkansas.  He is a member of the city council of Forrest City.

9.  Plaintiff Shirley Harvell resides in Forrest City, St. Francis County, Arkansas.

10. Plaintiff the Reverend Ronald Williams resides in Forrest City, St. Francis County,

Arkansas.

11. Plaintiff Peggy R. Wright resides in Forrest City, St. Francis County, Arkansas.

12. Plaintiff Laura Love resides in Forrest City, St. Francis County, Arkansas.

13. Plaintiff Frank Shaw resides in Forrest City, St. Francis County, Arkansas.

14. Plaintiffs C.W. and Etta Campbell reside in the City of West Memphis, Crittenden County, Arkansas.

15. Plaintiff Leo Chitman resides in the City of West Memphis, Crittenden County, Arkansas.

16. Plaintiff Plez Lucas resides in the City of Jennette, Crittenden County, Arkansas.

17. Plaintiff Vickie Robinson resides in the City of West Memphis, Crittenden County, Arkansas.

18. Plaintiff Joseph Perry resides in the City of Marianna, Lee County, Arkansas.

19. Plaintiff Elbert Smith resides in the City of West Memphis, Crittenden County, Arkansas. He was the lead plaintiff in *Smith v. Clinton*, 687 F. Supp. 1310 (E.D. Ark. 1988).

20. Plaintiff Sandra Bagley resides in the City of Helena-West Helena, Phillips County, Arkansas.

21. Plaintiff Nikki Dismuke resides in the City of Helena-West Helena, Phillips County, Arkansas.

22. Plaintiff Alice W. Valley resides in the City of Helena-West Helena, Phillips County, Arkansas.

23. Plaintiff Laketha Brown Fluker resides in the City of Helena-West Helena, Phillips County, Arkansas.

24. Plaintiffs Chester and Katrina Harrell reside in the City of Helena-West Helena, Phillips County, Arkansas.

25. Plaintiff Eddie O'Neal resides in the City of Helena-West Helena, Phillips County,

Arkansas.

26. Plaintiff Christopher Franklin resides in the City of Helena-West Helena, Phillips County, Arkansas.

27. Plaintiff Jack Bernard Crumbly resides in the City of Widener, St. Francis County, Arkansas, and is a member of the Arkansas Legislature representing Senate District 16 under the plan drawn in 2001. Senator Crumbly's residence is in Senate District 24 under the plan adopted by the Board of Apportionment in 2011.

28. Defendants are the Governor, Attorney General, and Secretary of State of Arkansas, acting in their official capacity under Article VIII, Section 1, of the Arkansas Constitution, as the Arkansas Board of Apportionment.

   a. Defendant Mike Beebe is the Governor of Arkansas. In his official capacity, he is Chairman of the Board of Apportionment.

   b. Defendant Mark Martin is the Secretary of State of Arkansas. In his official capacity, he is a member of the Board of Apportionment. Defendant Martin is responsible for carrying out elections for the State Senate and State House of Representatives under plans adopted by the Board of Apportionment.

   c. Defendant Dustin McDaniel is the Attorney General of Arkansas. In his official capacity, he is a member of the Board of Apportionment.

### Statement of the Facts

29. At issue in this litigation is Senate District 24, as drawn by the Board of Apportionment based on the 2010 census and adopted in 2011. Most of the area of Senate District 24 is within Senate District 16 as adopted by the Board in 2001.

30. East of the White River, from the Missouri Line to the Louisiana Line, a geographic area that covers over one-third (1/3) of the State of Arkansas, there is a population of African

Americans of voting age that is sufficiently large and geographically compact to constitute a majority in a State Senate district.   The area where this is possible includes six counties: Crittenden, Cross, Lee, Monroe, Phillips and St. Francis.   This area is often referred to as "the Delta."

31. Senate District 24 under the 2011 plan has a Black Voting Age Population (BVAP) of 53%.   But history has shown that a BVAP of significantly less than 60% is not sufficient to permit African American voters to elect a candidate of their choice.   This is because, notwithstanding that African American voters in Arkansas are politically cohesive and usually vote for the same candidates, block voting by Whites usually defeats their preferred candidates where the BVAP in the jurisdiction is significantly less than 60%.

32. As this Court found two decades ago, "there is a history of racial discrimination in the electoral process in Arkansas. . . .[T]he history of racial discrimination has adversely affected opportunities for black citizens in health, education, and employment.   The hangover from this history inhibits full participation in the political process."  *Smith v. Clinton*, 687 F. Supp. 1310, 1317 (E.D. Ark. 1988),   "It is widely understood that 'minorities must have something more than a mere majority even of voting age population in order to have a reasonable opportunity to elect a representative of their choice.' . . .When voting-age population figures are used, a 60% nonwhite majority is appropriate." 687 F. Supp. at 1362-63.

33. One decade ago, the plan adopted by the Board of Apportionment for these six counties created Senate District 16, with a BVAP of 58%.   That has been sufficiently high to permit African Americans in District 16 to elect the candidates of their choice during the 2000s.

34. Senate District 24, as adopted by defendants in 2011, dilutes African American voting strength by placing 14,000 or more additional Crittenden County citizens in Senate District 24 who were not a part of Senate District 16 as adopted in 2001.   For these

5

additional citizens to be added, 14,000 or more citizens had to be removed from the old senate district. This was accomplished by removing heavily African-American populated areas of Senate District 16 from the new Senate District 24. The new map cuts out portions of Lee, St. Francis and Phillips Counties. The map cuts out the cities of Forrest City, Haynes, Helena-West Helena, and Rondo, to name just a few. It also removes from St. Francis County a large area  where voters have traditionally supported African American candidates.

35. According to the 2010 Census, the total population of Crittenden, Lee, Phillips, and St. Francis Counties is approximately 111,341 people, of which 60,198 are African-American.  The ideal population of a senate district under the 2010 Census is 83,312. These 60,198 African American citizens make up over 72.25% of the total population that is required for an ideal senate district.  They also make up 54% of the total population of the following counties, Crittenden, Lee, Phillips and St. Francis Counties.

36. The way the 2011 Senate District 24 is drawn reduces the BVAP of the current Senate District from 58% (2000 census data) to 53% BVAP (2010 census data).

37. On Primary Election Day and General Election Day in 2012, Senate District 24 will not be an effective majority-minority district.

38. The ten-year population loss historical pattern for the years 2000-2010 reflects the following:

    a. According to 2010 census data, most Delta counties experienced significant population loss.

    b. When you compare the 2010 census data to the 2000 census data, Phillips County lost approximately 18% of its population or 1.8 percent per year.  By May 22, 2012, it is a reasonable assumption that Phillips County will have lost an additional 3.6% in population, which is 783 citizens of its 21,757.

    c. Using the same analysis, Lee County lost 17% of its population between 2000-2010, which means 354 citizens will have exited the county before the May 2012 primary.   For St. Francis County, the number of exiting citizens between 2010 and 2012 is about 205 citizens.

    d. Therefore Lee, Phillips and St. Francis counties will have lost an additional 1,343 citizens, or 1.6% of the population of an ideal Senate District.

    e. However, during the same 10-year period, Crittenden County, (2000 Census Population of 50,866) did not lose population but actually grew by 0.07%, with its primary growth coming from the Marion, Arkansas area.

    f. The Department of Correction records reflect that on January 13, 2012, there were 834 African-American inmates incarnated at the East Arkansas Regional Unit  located at Brickeys in  Lee County.  These 834 African-American inmates make up 1% of the population of an ideal Senate District (83,312). However, they cannot vote.

39. In *Jeffers v. Clinton*, 730 F. Supp. 196 (E. D. Ark. 1989), this Court exercised its equitable powers to remedy the dilution of minority voting strength that resulted from the adoption of Senate and House redistricting plans by the Board of Apportionment in 1981.

40. In *Jeffers v. Clinton*, *supra*, this Court noted that there was an established pattern of the Arkansas Board of Apportionment trying to prevent White incumbent legislators from being placed in the same district.  This practice also played a great role in the Board's 2011 decision to draw District 24 as they did.  The following State Representatives resided together in Senate District 17 (as adopted in 2001):  State Representatives Jerry Brown, Clark Hall and Keith Ingram.  Each of those representatives were likely candidates for switching from the Arkansas House to the Arkansas Senate if the Board

of Apportionment created a "friendly district."

41. Senate District 24, as adopted in 2011, will make take the two counties, (Phillips and Lee) with the highest percentage of African-American residents in the state and the one with the fifth highest concentration of African-Americans (St. Francis) voiceless and ineffective by cracking these communities so they are small pieces of District 24 and adjacent districts. These three counties have a combined population of over 60,000 people.  These counties have an agricultural base, limited industrial work, and struggling schools as per the State Department of Education's classification.  This is totally different from Crittenden County, which is considered part of the Memphis, Tennessee, Metropolitan Statistical Area.

42. The county seat in each of these more southern counties has elected an African-American mayor post *Jeffers v. Clinton*. Forrest City, Marianna, and Helena-West Helena (formerly Helena and West Helena separately) have each elected African- American mayors. Lee, Phillips and St. Francis Counties have each elected African- Americans to county-wide offices as well. Lee County has an African-American Coroner; Phillips County has an African-American Coroner and County Clerk and St. Francis County has an African-American County Clerk.  They have been able to do that only because their BVAP nears or exceeds 60%.

43. For several months Senator Crumbly and numerous other citizens from current Senate District 16 attended multiple public meetings held by the Board of Apportionment and submitted correspondence expressing their opinions to the Board. Furthermore, Senator Crumbly and others held several separate sessions with the Board of Apportionment members.  The African American voters noted many times that the 2011 Senate District 24, was not acceptable to African American voters in the district. The Senator and concerned citizens offered several alternative maps to the Board of Apportionment and

all those maps were rejected.

44. At least ten legal alternative maps have been drawn that would not dilute the voting strength of African-Americans in Crittenden, Lee, St. Francis and Phillips Counties. The most recent example is attached to this Complaint as Exhibit 1.  In spite of that fact, the Board of Apportionment chose a map that dilutes the voting strength of African Americans.

45. Citizens complained to the Board about its meetings and the presentation of the proposed maps during the "tour" of the state by surrogates of the Board of Apportionment members. One citizen at the Helena meeting stated:

> "The districts are not with the intent to maximize majority/minority district. The districts that have been consistently drawn to weaken that or minimize the black majority districts in Arkansas and maps that are presented today -- the drawing is east to west; black majority population in eastern Arkansas is north to south.· In the presentation, there was no visible or easily recognizable identifiers as to the different maps. The other thing is the maps are emphasized and not the numbers as to, in particular, districts where the people live are basically townships.· My final comment:· The format of the presentation tonight in Helena, Arkansas was very poor.· It was difficult to see the screen. There was no P.A. to where people's comments were relatively audible -- to where you could hear what the people were saying, and the whole meeting was conducted in the dark."

46. On July 29, 2011, the Arkansas Board of Apportionment met and by a 2-1 vote adopted the current maps for the state's 35 senate districts.

47. The 2011 plan   creates a Senate District 24 that is no longer an effective majority-minority district because its African American voting strength is significantly reduced in a part of the state where African-Americans face some of the toughest challenges --- ranging from ballot access to unemployment, education, criminal justice and a host of other important issues. Each of these issues contributes to the African-American community's inability to elect a candidate of its choice, unless placed in a district with a BVAP approaching 60%.

**First Cause of Action**

48. The allegations contained in the preceding paragraphs are alleged as if fully set forth herein.

49. The Senate plan adopted by the Arkansas Board of Apportionment in July 2011, specifically Senate District 24, violates Section 2 of the Voting Rights Act, as amended, 42 U. S. C. § 1973. The plan denies or abridges the Plaintiffs' right to vote on account of their race and color, by diluting their voting strength as African American citizens in Arkansas. The  plan does not afford Plaintiffs an equal opportunity to participate in the political process and to elect representatives of their choice and denies Plaintiffs the right to vote in elections without discrimination on account of their race and color, in violation of 42 U.S.C. § 1973.

## Second Cause  of Action

50. The allegations contained in the preceding paragraphs are alleged as if fully set forth herein.

51. The Arkansas Senate plan was adopted by the Board of Apportionment in July 2011 with an intent to, and it does, deny or abridge the right of African American citizens residing in northeastern Arkansas to vote on account of their race and color. This intentional discrimination is in violation of the Fourteenth and Fifteenth Amendments to the U.S. Constitution and 42 U. S. C. § 1983.

## BASIS  FOR  EQUITABLE RELIEF

52. Plaintiffs have no plain, adequate or complete remedy at law to redress the wrongs alleged in this Complaint and this suit for declaratory judgment and injunctive relief is their only means of securing adequate redress from all of the Defendants' unlawful practices.

53. Plaintiffs will continue to suffer irreparable injury from all of the Defendants' intentional

acts, policies, and practices set forth herein unless enjoined by this Court.

## Attorney's Fees

54. In accordance with 42 U. S. C. Section 1973-1(e) and 1988, Plaintiffs are entitled to recover reasonable attorney's fees, expenses and costs.

## Prayer for Relief

55. Plaintiffs respectfully request the Court to grant the following relief:

   a. Assume jurisdiction and request the convening of a three-judge court under 28 U.S.C. § 2284.

   b. A preliminary injunction enjoining and forbidding the use of the state senate plan adopted by Defendants on July 29, 2011.

   c. A declaratory judgment that the actions of the Defendants violate the rights of the plaintiffs as protected by Section 2 of the Voting Rights Act of 1965, 42 U. S. C. § 1973; and the Fourteenth and Fifteenth Amendments to the U.S. Constitution.

   d. A permanent injunction enjoining and forbidding the use of the state senate plan adopted by Defendants on July 29, 2011.

   e. A permanent injunction requiring the Defendants, their successors in office, agents, employees, attorneys, and those persons acting in concert with them or at their discretion, to develop and adopt a redistricting plan for Senate District 24 and adjacent districts that does not dilute African-American voting strength for the office of Arkansas State Senator.

   f. An order retaining jurisdiction over this matter until all Defendants have complied with all orders and mandates of this Court.

   g. An order requiring Defendants to pay all of Plaintiffs' costs, including reasonable attorney's fees.

   h. Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

FUTURE MAE JEFFERS, et al., Plaintiffs,

BY:

JAMES F. VALLEY
J F VALLEY ESQ P A
P O BOX 451
423 Rightor Street, Suite 3
HELENA-WEST HELENA, AR 72342-0451
(870)338-6487  X 7 OFFICE
(866)786-9885  PHONE AND FAX



24        **District**
-1,105    **Deviation**
64.05%    **Black**
59.49%    **BVAP**

*EXHIBIT 1*

# Arkansas Senate

## District 24

## Jeffers_01 Proposal

Map layers
County
County Subdivision
Census Place
Districts

0   1   2   3
Miles

Jeffers v. Martin, No. _____ (E.D. Ark.)
Exhibit 1
January 23, 2012

## West Memphis

Senate Plan: Jeffers_01
Administrator: Jeffers Plaintiffs

1/22/2012
6:24 p.m.

# District Statistics Report

## District 24

### Population Statistics

| | |
|---|---|
| Ideal Population: | 83,312 |
| Actual Population: | 82,207 |
| Absolute Deviation: | -1,105 |
| Relative Deviation: | -1.33 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 27,397 | 52,657 | 33.33 | 64.05 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 22,823 | 35,749 | 37.98 | 59.49 |

**District 24 Counties** (* indicates the County is not entirely within the district.)

Crittenden*
Cross*
Lee*
Phillips*
St. Francis

EXHIBIT 1