IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN (HELENA) DIVISION

FUTURE MAE JEFFERS, MARY JEFFERS, HENRY PEACOCK, SHIRLEY HARVELL, REV. RONALD WILLIAMS, PEGGY R. WRIGHT, LAURA LOVE, FRANK SHAW, C. W. CAMPBELL, LEO CHITMAN, ETTA CAMPBELL, PLEZ LUCAS, VICKIE ROBERTSON, JOSEPH PERRY, ELBERT SMITH, SANDRA BAGLEY, NIKKI DISMUKE, ALICE W. VALLEY, LAKETHA BROWN FLUKER, KATRINA HARRELL, CHESTER HARRELL, EDDIE O'NEAL, CHRISTOPHER FRANKLIN, JACK BERNARD CRUMBLY, DONALD GANT

PLAINTIFFS,

VS.   CASE NUMBER: 2:12-cv-0016 –JLH
Three Judge Panel Smith, Holmes and Wright

MIKE BEEBE, in his capacity as Governor of Arkansas and Chairman of the Arkansas Board of Apportionment, MARK MARTIN, in his capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment, and DUSTIN MCDANIEL, in his capacity as Attorney General of Arkansas and a member of the Arkansas Board of Apportionment; and THE ARKANSAS BOARD OF APPORTIONMENT

DEFENDANTS.

**Motion for Leave to Amended Plaintiff's Complaint**

Come now the plaintiffs and for their motion state:

1. The Plaintiffs have reworked the complaint to expound on the allegations made in the Original Complaint and pursuant to Rule 5.5(e) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Pleadings and Filings set forth the changes from the Original Complaint to this First Amended Complaint and attach the entire First Amended Complaint to this motion.

2. There is no new cause of action stated in the complaint.

3. There has been no change in the parties to the complaint.

4. The original complaint contained 47 paragraphs before stating the first cause of action.

5. This First Amended Complaint contains 91 paragraphs before stating the first cause of action.

6. Paragraphs 1-31 are basically the same in both complaints.

7. Paragraph 32-91 are corrected, reworded or new factual statements undergirding the causes of action stated in what are now numbered as paragraphs 92, 93, 94, and 95 which state the two (2) causes of action in the complaint.

8. The First Amended Complaint contains six (6) exhibits show maps relevant to this litigation:

    a. Exhibit 1 referenced in Paragraphs 53 and 71;

    b. Exhibit 3 referenced in Paragraph 59;

    c. Exhibit 4 referenced in Paragraph 72;

    d. Exhibit 5 referenced in Paragraphs 47 and 48;

    e. Exhibit 6 referenced in Paragraph 74; and

    f. Exhibit 7 referenced in Paragraph 81

9. That this first amended complaint is being made for good cause.

10. That this first amended complaint is not being offered for any improper purpose and by granting leave to amend this complaint, the court furthers the interests of justice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this Honorable Court will grant this motion and any and all other relief to which they may be entitled.

Respectfully Submitted,

*/s/ James F. Valley*

James F. Valley, Esq
J F VALLEY ESQ PA
P O BOX 451

423 RIGHTOR STREET, SUITE 3
HELENA-WEST HELENA, AR 72342-0451
(870)338-6487 X 7 Telephone
(866)786-9885 Phone and Fax
james@jamesfvalley.com Email

### CERTIFICATE OF SERVICE

I, James F. Valley, certify that on February 22, 2012, consistent with the requirements of FRCP 5, I served a complete copy of this document with any attachments to counsel as listed below:

Attorneys for Honorable Mike Beebe and
Honorable Dustin McDaniel:

Mr. David Curran, Esq.
david.curran@arkansasag.gov

Mr. Warren Readour, Esq.
warrenr@arkansasag.gov

Attorneys for Honorable Mr. Martin:
Mr. W. Asa Hutchinson, Esq.
asa@ahlawgroup.com

Mr. W. Asa Hutchinson, III, Esq.
Ahutchinson@ahlawgroup.com

Ms. Kristi Hunter, Esq.
Khunter@Ahlawgroup.com

*/s/ James F. Valley*

_____
James F. Valley