

Plaintiffs Exhibit 5
CrumblyBLR (Crumbly1)
57.2% BVAP
April 4, 2011