

**Arkansas Senate District 24 July 2011 Adopted Incumbent Residences**

Jeffers v. Beebe, No. 2:12-CV-016 (E.D. Ark.)

Plaintiffs' Exhibit 7
February 6, 2012