**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

FUTURE MAE JEFFERS; MARY JEFFERS;  PLAINTIFFS
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY

v.  No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT  DEFENDANTS

**ORDER**

The plaintiffs have filed a motion for leave to amend their complaint. Counsel for the defendants have notified the Court that they do not object. Therefore, the motion for leave to amend is GRANTED. Document #18. The plaintiffs must file their amended complaint within seven days from the entry of this Order.[1]

Governor Mike Beebe, Attorney General Dustin McDaniel, and the Arkansas Board of Apportionment previously filed a motion to dismiss the original complaint. Counsel for those

---

[1] The style of the case in the proposed amended complaint includes a plaintiff named Donald Gant. Gant is not mentioned in the text of the proposed amended complaint. Counsel for the plaintiffs has notified the Court that Donald Gant will not be a plaintiff. Therefore, the amended complaint should delete his name from the style of the case.

defendants has notified the Court that the proposed amended complaint moots their motion to dismiss. The motion to dismiss is therefore DENIED. Document #12.

IT IS SO ORDERED this 27th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE