IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | |
|---|---|
| FUTURE MAE JEFFERS; MARY JEFFERS; HENRY PEACOCK; SHIRLEY HARVELL; REV. RONALD WILLIAMS; PEGGY R. WRIGHT; LAURA LOVE; FRANK SHAW; C.W. CAMPBELL; LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS; VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH; SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY; LAKETHA BROWN FLUKER; KATRINA HARRELL; CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER FRANKLIN; and JACK BERNARD CRUMBLY,<br><br>    Plaintiffs,<br>v.<br><br>MIKE BEEBE, in his capacity as Governor of Arkansas and Chairman of the Arkansas Board of Apportionment; MARK MARTIN, in his capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment; DUSTIN McDANIEL, in his caacity as Attorney General of Arkansas and a member of the Arkansas Board of Apportionment; and ARKANSAS BOARD OF APPORTIONMENT,<br><br>    Defendants. | No. 2:12CV00016 JLH<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DESIGNATION**<br>   **NUNC PRO TUNC** |

Before RILEY, Chief Circuit Judge, in Chambers.

The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, notified me January 23, 2012, of the possibility of a need for

a 28 U.S.C. § 2284(b)(1) three-judge panel to hear this case, *Future Mae Jeffers, et al. v. Mike Beebe, et al.*, No. 2:12CV00016 JLH, in the United States District Court for the Eastern District of Arkansas.

After consultations, I advised Chief Judge Holmes I would designated the Honorable Lavenski R. Smith, Circuit Judge, United States Court of Appeals for the Eighth Circuit, and the Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, if Chief Judge Holmes granted the request for a three-judge panel.

On February 3, 2012, Chief Judge Holmes entered an order convening a three-judge panel pursuant to 28 U.S.C. § 2284. I neglected to enter the formal order on the record, designating Circuit Judge Lavenski R. Smith and District Judge Susan Webber Wright as members of the three-judge panel. I now designate, *nunc pro tunc*, Circuit Judge Lavenski R. Smith and District Judge Susan Webber Wright to serve on a three-judge panel in this case effective as of February 3, 2012, and for as long as necessary to complete this case. Judge Smith and Judge Webber Wright are authorized to travel as may be necessary to preside over this case and to process the case through to completion.

The Clerk of the United States District Court for the Eastern District of Arkansas shall file this order in the district court case file, *nunc pro tunc*, and shall furnish copies of this order to the judges so designated, to Chief Judge Holmes, and to counsel of record for each party.

Done in Chambers at Omaha, Nebraska, this 1st day of March, 2012.

William Jay Riley, Chief Judge