IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FUTURE MAE JEFFERS; MARY JEFFERS;   PLAINTIFFS
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY

v.   No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT   DEFENDANTS

**ORDER**

The plaintiffs filed a motion for leave to depose party opponents in which they say that Governor Mike Beebe and Attorney General Dustin McDaniel refused to sit for a deposition and asked for an order requiring them to do so. Beebe and McDaniel have responded and have stated that they will not assert a testimonial privilege or legislative immunity and will sit for a deposition. Therefore, without objection, the motion for discovery is GRANTED. Document #29.

IT IS SO ORDERED this 7th day of March, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE