**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

FUTURE MAE JEFFERS, et al.                                        PLAINTIFFS

v.                              Case No. 2:12-cv-00016
                    Three-Judge Court:  Hon. Holmes, Smith, and Wright

MIKE BEEBE, in his official capacity as
Governor of Arkansas and Chairman of
the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary
of State of Arkansas and as a member of
the Arkansas Board of Apportionment;
DUSTIN McDANIEL, in his capacity as Attorney
General of Arkansas and a member of the
Arkansas Board of Apportionment; and
THE ARKANSAS BOARD OF APPORTIONMENT                      DEFENDANTS

### GOVERNOR MIKE BEEBE, ATTORNEY GENERAL DUSTIN MCDANIEL, AND THE ARKANSAS BOARD OF APPORTIONMENT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Governor Mike Beebe, Attorney General Dustin McDaniel, and the Arkansas Board of Apportionment ("Separate Defendants") state as follows for their objections to plaintiffs' exhibits under Rule 26(a)(3)(iii) of the Federal Rules of Civil Procedure:

1.      On March 9, 2012, plaintiffs filed their exhibit list (Doc. 37) pursuant to Rule 26(a)(3) governing pretrial disclosures and this Court's scheduling order.  The Court's scheduling order also sets April 17, 2012, as a different deadline for making pretrial disclosures. Therefore, the deadline is ambiguous.  Out of an abundance of caution, Separate Defendants lodge these objections within 14 days of plaintiffs' March 9 submission to avoid any argument of waiver under Rule 26(a)(3)(iii).

2.     Plaintiffs identified two categories of exhibits:  (1) the documents attached to plaintiffs' amended complaint (*i.e.*, various maps) and (2) the "preliminary" and "final" reports of Dr. Lisa Handley, plaintiffs' expert witness.

3.     The second category—Dr. Handley's written report—is inadmissible for three independent reasons.  Each reason precludes the report from being admitted and will be the subject of subsequent motions.

4.     *First*, Dr. Handley's substantive testimony should be excluded under *Daubert v. Merrell Dow. Pharmaceuticals, Inc*., 509 U.S. 593 (1993), and Rule 702 of the Federal Rule of Evidence.

5.     Second, even if the Court allows Dr. Handley to give substantive testimony at trial, her written report is hearsay and inadmissible under Rule 802 of the Federal Rules of Evidence.  *See, e.g*., *Engebretsen v. Fairchild Aircraft Corp*., 21 F.3d 721, 728 (6th Cir. 1994) ("Rule 702 permits the admission of expert opinion *testimony* not opinions contained in documents prepared out of court.") (emphasis in original); *Sargent v. Farmers Ins. Exchange*, No. 4:06-cv-001173 JMM, 2008 WL 2384907 (E.D. Ark. June 9, 2008) (holding that a written expert report was hearsay and, therefore, inadmissible).

6.     Third, several statements in Dr. Handley's report purport to interpret the Voting Rights Act and the U.S. Supreme Court's decisions.  While underlying statistical issues bearing on polarized voting and similar issues may be the proper subject of expert testimony, issues such as legal requirements under federal law and compliance are not.  As the D.C. Circuit explained, "[e]ach courtroom comes equipped with a legal expert, called a judge, and it is his or her province alone" to determine the relevant legal standards.  *Burkhart v. Wash. Metro. Area Transit Auth*., 112 F.3d 1207 (D.C. Cir. 1997).

7.     For these reasons, Separate Defendants object to the written Handley reports as trial exhibits.


DUSTIN MCDANIEL
Attorney General of Arkansas

By: /s/ *David A. Curran*
David A. Curran, Ark. Bar No. 2003031
Assistant Attorney General
Warren T. Readnour, Ark. Bar No. 93224
Senior Assistant Attorney General
Office of the Arkansas Attorney General
323 Center St., Suite 500
Little Rock, AR 72201
Phone: (501) 682-1681
Fax: (501) 682-2591
Email: david.curran@arkansasag.gov

*Attorneys for Separate Defendants Governor*
*Mike Beebe, Attorney General Dustin McDaniel,*
*and the Arkansas Board of Apportionment*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

James F. Valley
james@jamesfvalley.com

W. Asa Hutchinson, Esq.
asa@ahlawgroup.com

W. Asa Hutchinson, III
ahutchinson@ahlawgroup.com

/s/ David A. Curran