IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FUTURE MAE JEFFERS, et al.**                        **PLAINTIFFS,**

**vs.**                        **Case No.: 2:12-cv-16**

**GOVERNOR MIKE BEEBE, et al.**                        **DEFENDANTS.**

**PRELIMINARY RESPONSE TO MOTION TO DISMISS**
**AND REQUEST FOR EXTENSION OF TIME**

Come now the Plaintiffs and for their response to the Motion to Dismiss state:

1. That the plaintiffs respectfully request that the motion filed by the defendants be deferred until the trial of this matter in accord with FRCP Rule 12(i).

2. This should not be dispensed with on a preliminary motion such as that filed by the Defendants.

3. Discovery is underway with depositions set for Plaintiffs' Expert on March 23, 2012 in Washington, D.C.; Defendant's Expert on April 3, 2012 in Boulder, CO; Governor Beebe and General McDaniel on March 30, 2012 in Little Rock, AR and Secretary Martin and Senator Crumbly on April 5, 2012 in Little Rock, AR.

4. That the dispositive motion deadline has been moved, by agreement of the parties, to accommodate the difficult schedule presented by attempting to bring this matter to trial between January 23 and May 7, 2012.

5. That a separate summary judgment motion is likely to follow at the close of discovery at which time the court will decide whether this matter should go to trial at all.

6. That the Plaintiffs have stated a plausible cause of action under §2 of the Voting Rights Act and the case law interpreting the same for both dilution of the voting strength of the Plaintiffs and for intentional discrimination by the defendants.

7. That the Plaintiffs and the Defendants are fully aware that Senate District 16 failed to elect the

candidate of choice of the African-American voters in either 2002, 2006 or 2010.

8. That simply creating a majority minority district by virtue of having a majority black voting age population does not end the inquiry as to whether an effective remedy is in place.

9. That the Plaintiffs are requesting additional time, up to and including the full day on Monday, March 26, 2012 in which to more fully respond to the motion to dismiss and supply any brief in support thereof.

10. That at the deposition held today in Washington, DC, plaintiffs inquiry of counsel to separate defendants, David Curran. He could not "agree" to this brief extension of time without speaking with others involved in the case. Therefore, this preliminary response and request for extension is being submitted without agreement of the parties.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS PRAY that this court will grant them until Monday, March 26, 2012 to more fully respond to the Motion to Dismiss or in the alternative, defer ruling on the motion until the trial of this case or deny the motion to dismiss outright. Additionally, Plaintiffs pray that this court will grant to them any and all other relief to which they may be entitled.

Respectfully Submitted,

*/s/ J F Valley*

James F. Valley, Esq
J F VALLEY ESQ PA
P O BOX 451
423 RIGHTOR STREET, SUITE 3
HELENA-WEST HELENA, AR 72342-0451
(870)338-6487 X 7 Telephone
(866)786-9885 Phone and Fax
james@jamesfvalley.com Email

**CERTIFICATE OF SERVICE**

I, James F. Valley, certify that on March 23, 2012, consistent with the requirements of FRCP 5, I served a complete copy of this document with any attachments to counsel as listed below:

Attorneys for Honorable Mike Beebe and
Honorable Dustin McDaniel:

Mr. David Curran, Esq.
david.curran@arkansasag.gov

Mr. Warren Readour, Esq.
warrenr@arkansasag.gov

Attorneys for Honorable Mr. Martin:
Mr. W. Asa Hutchinson, Esq.
asa@ahlawgroup.com

Mr. W. Asa Hutchinson, III, Esq.
Ahutchinson@ahlawgroup.com

Ms. Kristi Hunter, Esq.
Khunter@Ahlawgroup.com

_____
James F. Valley