IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN (HELENA) DIVISION

FUTURE MAE JEFFERS; MARY JEFFERS;
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY                              PLAINTIFFS

vs.                      No.: 2:12-CV-16-JLH

MIKE BEEBE, in his official capacity as Governor of Arkansas and Chairman
of the Arkansas Board of Apportionment; MARK MARTIN, in his
official capacity as Secretary of State of Arkansas and as a member of the
Arkansas Board of Apportionment; DUSTIN MCDANIEL, in his official capacity
as Attorney General and as a member of the Arkansas Board of
Apportionment; and THE ARKANSAS BOARD OF APPORTIONMENT          DEFENDANTS

### ANSWER OF SEPARATE DEFENDANT SECRETARY OF STATE MARK MARTIN, IN HIS OFFICIAL CAPACITY AND AS A MEMBER OF THE BOARD OF APPORTIONMENT, TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW the Separate Defendant Mark Martin, in his official capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment ("Separate Defendant Martin"), by and through his attorneys of record, and for his Answer to Plaintiffs' First Amended Complaint ("Amended Complaint"), states:

1. Paragraphs 1 through 32 of the Amended Complaint are identical in form and substance to Paragraphs 1 through 32 of Plaintiff's original Complaint and Request for Preliminary Injunction ("Complaint"), and accordingly, Separate Defendant Martin restates, realleges and incorporates by reference each and every one of his responses provided in Paragraphs 1 through 8 of his Answer to the Complaint.

2. The allegations of Paragraphs 33 through 46, 48, 49, 52, 56, 58-63, 66-74, 76-79, 81-86, 88, 89 and 91 of Plaintiffs' Complaint contain allegations of fact and conclusions of law. Separate Defendant Martin admits that prior case law, election results, term limits, census data, Board of Apportionment transcripts, prison records, redistricting statistics, public announcements and political maps all speak for themselves. Separate Defendant Martin denies all other allegations of fact and all conclusions of law contained therein. As the Separate Defendant Martin continues his review of the factual allegations, he will determine whether there are agreed upon facts that may be jointly submitted to the Court.

3. The Separate Defendant Martin lacks knowledge or information sufficient to form a belief about the truth of the allegations made in Paragraphs 47, 50, 51, 53, 54, 55, 57, 64, 65, 71, 75, 80, and 87-90 of the Amended Complaint, and so denies those allegations.

4. Paragraphs 92 through 99 of the Amended Complaint are identical in form and substance to Paragraphs 48 through 55 of Plaintiff's Complaint, and accordingly, Separate Defendant Martin restates, realleges and incorporates by reference each and every one of his responses provided in Paragraph 11 of his Answer to the Complaint.

5. The Separate Defendant Martin, pleading affirmatively, states that he voted against the plan adopted by the Board of Apportionment, and instead presented an alternative plan that satisfies all constitutional requirements, as well as all requirements of the federal Voting Rights Act of 1965 (42 U.S.C. § 1973).

6. The Separate Defendant Martin restates, realleges and incorporates by reference Paragraphs 13-16 of his Answer to the Complaint.

7. The Separate Defendant Martin denies each and every material allegation made in the Amended Complaint, unless specifically admitted herein.

8. The Separate Defendant Martin asks the Court to deny Plaintiffs any and all of the relief they seek for the 2012 election cycle; asks the Court to deny Plaintiffs injunctive relief for the 2012 election; and asks the Court to deny Plaintiffs any other claims and requests for relief unless proven at a trial on the merits.

WHEREFORE, the Separate Defendant Martin prays that the Court grant Separate Defendant Martin the relief he seeks herein; that the Court deny Plaintiffs any immediate injunctive relief because of (i) the close proximity of the May 22, 2012 elections, (ii) the potentially adverse impact on the constitutional rights of the remaining citizens of this State which may result if such immediate injunctive relief is given, and (iii) the Plaintiffs' waiver of their rights to pursue a claim and Plaintiffs' laches; that the Court deny Plaintiffs the relief they seek; and that the Court grant Separate Defendant Martin all other relief to which he may be entitled.

Respectfully submitted,

3

/s/ Asa Hutchinson
ASA HUTCHINSON
Arkansas Bar No. 75065
asa@ahlawgroup.com
W. ASA HUTCHINSON III
Arkansas Bar No. 2001115
ahutchinson@ahlawgroup.com
THE ASA HUTCHINSON LAW GROUP, PLC
3300 Market Street, Suite 404
Rogers, Arkansas 72758
(479) 878-1600 – Phone
(479) 878-1605 – Facsimile

*Attorneys for Separate Defendant Mark Martin, in his official capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment*

## CERTIFICATE OF SERVICE

I, Asa Hutchinson, hereby certify that on March 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the listed CM/ECF participants as follows:

James F. Valley
J F VALLEY ESQ PA
P.O. Box 451
Helena-West Helena, AR 72342
james@jamesfvalley.com

Peter Wattson
Attorney at Law
5495 Timber Lane
Shorewood, MN 55331
peterwattson@gmail.com

*Attorneys for Plaintiffs*

Warren T. Readnour
Office of the Attorney General
323 Center Street, Suite 500
Little Rock, Arkansas 72201
warren.readnour@arkansasag.gov

David A. Curran
Office of the Attorney General
323 Center Street, Suite 500
Little Rock, Arkansas 72201
david.curran@arkansasag.gov

C. Joseph Cordi
Office of the Attorney General
323 Center Street, Suite 500
Little Rock, Arkansas 72201
joe.cordi@arkansasag.gov

*Attorneys for Separate Defendants Governor Mike Beebe, Attorney General Dustin McDaniel, and The Arkansas Board of Apportionment*

/s/ Asa Hutchinson

5