**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

FUTURE MAE JEFFERS; MARY JEFFERS;                                                                PLAINTIFFS
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY

v.                                          No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT                                                            DEFENDANTS

**Before Three Judge Panel**
**District Judge Holmes, Circuit Judge Smith, and District Judge Wright**

**ORDER**

The motion to dismiss filed by Governor Mike Beebe and Attorney General Dustin McDaniel is DENIED. Document #31. The Court will address the legal arguments made by the parties in support of and in opposition to that motion after the record is fully developed.

IT IS SO ORDERED this 5th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE