# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

FUTURE MAE JEFFERS; MARY JEFFERS;                                                  PLAINTIFFS
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY

v.                                                    No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT                                                    DEFENDANTS

## ORDER

## COURTROOM AND MEDIA PROTOCOL

The purpose of this Order is to ensure an orderly trial that is open to the public to the extent possible in light of the space limitations of the courtroom. To do so, the following rules will be in effect during the trial.

1. Except for court personnel and as stated below, no one will bring into the courtroom any laptop computers, beepers, walkie-talkies, cellular telephones, electronic transmitting equipment, or any other noise-generating electronic or mechanical devices.

2. Attorneys may bring into the courtroom electronic devices pursuant to and subject to the restrictions in General Order No. 54.

3. In accordance with the Local Rules of the Eastern District of Arkansas, duly identified and authorized representatives of the media may discreetly make audiotapes during trial and hearings in open court solely for the purpose of assuring the accuracy of reports. *See* Local Rule 83.2(d), Rules of the United States District court for the Eastern and Western Districts of Arkansas. A violation of this rule will likely result in the revocation of this exception.

4. Everyone must be seated before Court is opened. With the exception of limited reserved seating for the media and parties' counsel, seating arrangements will be open. No spectator standing will be allowed during Court sessions.

5. A separate section will be reserved for media representatives who will be seated on a first-come, first-served basis. The media will be required to display their press credentials to sit in the reserved area.

6. All media questions should be directed to the Clerk of Court, *i.e.*, please do not call the Judge's chambers for information.

7. The parties should make one copy of each exhibit for the media. Members of the media will then arrange among themselves for mutual access to the exhibits.

8. Although circumstances may require departures from time to time, the following schedule is planned:

| | |
|---|---|
| Court convenes: | 9:00 a.m. |
| Morning Recess: | 10:30 a.m. (15 minute recess) |
| Lunch Recess: | 12:15 - 1:30 p.m. |
| Afternoon Recess: | 3:15 p.m. (15 minute recess) |
| Court Adjourns: | 5:15 p.m. |

Every effort will be made to keep the schedule from 9:00 a.m. to 5:15 p.m. However, if it is necessary to go later in the evenings so that all of the evidence can be received within one week, the Court will do so, except on Friday. The trial will conclude no later than 5:15 p.m., on Friday, May 11, 2012. The lawyers are reminded that they must cooperate with one another and the Court to ensure that the trial is completed on time.

IT IS SO ORDERED this 23rd day of April, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE