IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN (HELENA) DIVISION

FUTURE MAE JEFFERS, et al.                                             PLAINTIFFS

vs.                            No.: 2:12-CV-16-JLH

MIKE BEEBE, in his official capacity as Governor of Arkansas and Chairman
of the Arkansas Board of Apportionment; MARK MARTIN, in his
official capacity as Secretary of State of Arkansas and as a member of the
Arkansas Board of Apportionment; DUSTIN MCDANIEL, in his official capacity
as Attorney General and as a member of the Arkansas Board of
Apportionment; and THE ARKANSAS BOARD OF APPORTIONMENT         DEFENDANTS

**DEFENDANT SECRETARY OF STATE MARTIN'S LOCAL RULE 56.1
STATEMENT OF DISPUTED MATERIAL FACTS**

The Separate Defendant Secretary of State Mark Martin contends the following material facts remain at issue:

1.   What percent of black voting age population is required in Senate District 24 to provide African Americans the equal opportunity to elect their preferred candidates?

COMMENT:   The Separate Defendants contend Dr. Zax's analysis of Dr. Handley's North Carolina model predicts that 49.9% BVAP is sufficient; however, Dr. Handley states that the district must be greater than 55% BVAP to be effective.  See Handley Dep. (Exhibit 1), P. 175.

2.   Do the white voters in Senate District 24 vote sufficiently as a bloc to usually defeat the minority's preferred candidate?

1

COMMENT:  The Separate Defendants contend Dr. Handley's analysis that there is racial bloc voting in the Delta counties is flawed because she improperly defined the relevant geographic area (Brief, P. 15); she should have considered additional election contests (Brief, P. 16); she used suspect and unverifiable data (Brief, P. 20); and she employed the wrong statistical techniques (Brief, P. 23).  Each of these challenges by Separate Defendants raises factual issues of material facts that can only be resolved through a trial on the merits.

Respectfully submitted,

/s/  Asa Hutchinson_____
ASA HUTCHINSON
Arkansas Bar No. 75065
asa@ahlawgroup.com
W. ASA HUTCHINSON III
Arkansas Bar No. 2001115
ahutchinson@ahlawgroup.com
THE ASA HUTCHINSON LAW GROUP, PLC
3300 Market Street, Suite 404
Rogers, Arkansas 72758
(479) 878-1600 – Phone
(479) 878-1605 – Facsimile

*Attorneys for Separate Defendant Mark Martin, in his official capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment*

## CERTIFICATE OF SERVICE

    I, Asa Hutchinson, hereby certify that on April 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the listed CM/ECF participants as follows:

| | |
|---|---|
| James F. Valley<br>J F VALLEY ESQ PA<br>P.O. Box 451<br>Helena-West Helena, AR 72342<br>james@jamesfvalley.com | Warren T. Readnour<br>Office of the Attorney General<br>323 Center Street, Suite 500<br>Little Rock, Arkansas 72201<br>warren.readnour@arkansasag.gov |
| Peter Wattson<br>Attorney at Law<br>5495 Timber Lane<br>Shorewood, MN 55331<br>peterwattson@gmail.com | David A. Curran<br>Office of the Attorney General<br>323 Center Street, Suite 500<br>Little Rock, Arkansas 72201<br>david.curran@arkansasag.gov |
| *Attorneys for Plaintiffs* | C. Joseph Cordi<br>Office of the Attorney General<br>323 Center Street, Suite 500<br>Little Rock, Arkansas 72201<br>joe.cordi@arkansasag.gov |
| | *Attorneys for Separate Defendants Governor Mike Beebe, Attorney General Dustin McDaniel, and The Arkansas Board of Apportionment* |

                                                  /s/ Asa Hutchinson_____