# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

FUTURE MAE JEFFERS; MARY JEFFERS;　　　　　　　　　　　　　　　　PLAINTIFFS
HENRY PEACOCK; SHIRLEY HARVELL;
REV. RONALD WILLIAMS; PEGGY R. WRIGHT;
LAURA LOVE; FRANK SHAW; C.W. CAMPBELL;
LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS;
VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH;
SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY;
LAKETHA BROWN FLUKER; KATRINA HARRELL;
CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER
FRANKLIN; and JACK BERNARD CRUMBLY

v.　　　　　　　　　　　　　　No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT　　　　　　　　　　　　DEFENDANTS

**Before Three Judge Panel**
**District Judge Holmes, Circuit Judge Smith, and District Judge Wright**

## ORDER

The motion for summary judgment and supplemental motion filed by Governor Mike Beebe and Attorney General Dustin McDaniel are DENIED. Documents #55 and #65. The Court will address the legal arguments made by the parties in support of and in opposition to the motion for summary judgment and supplemental motion after the record is fully developed.

IT IS SO ORDERED this 1st day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　_J. Leon Holmes_
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE