C. T. Robinson
Office Copy



# 1982 ARKANSAS ELECTIONS

A COMPILATION OF PRIMARY, RUN-OFF & GENERAL ELECTION RESULTS FOR STATE & DISTRICT OFFICES

PUBLISHED BY
PAUL RIVIERE,
SECRETARY OF STATE

Exhibit 2

State Senate Race, District 1 - Democratic Primary - May 25, 1982

| COUNTY | CRAFTON | PERC. | NETZLEY | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Benton | 4455 | 77.63 | 1284 | 22.37 | 5739 |
| TOTALS | 4,455 | 77.63 | 1284 | 22.37 | 5,739 |

District 2

| COUNTIES | MCJUNKIN | PERC. | LISLE | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Benton | 95 | 39.75 | 144 | 60.25 | 239 |
| Carroll | 990 | 32.37 | 2068 | 67.63 | 3058 |
| Madison | 305 | 15.80 | 1625 | 84.20 | 1930 |
| Newton | 825 | 38.64 | 1310 | 61.36 | 2135 |
| Washington | 1197 | 36.98 | 2040 | 63.02 | 3237 |
| TOTALS | 3,412 | 32.19 | 7,187 | 67.81 | 10,599 |

District 4

| COUNTIES | WILSON | PERC. | ARNOLD | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Fulton | 1661 | 46.72 | 1894 | 53.28 | 3555 |
| Izard | 1761 | 36.14 | 3112 | 63.86 | 4873 |
| Lawrence | 1108 | 63.35 | 641 | 36.65 | 1749 |
| Randolph | 3890 | 83.30 | 780 | 16.70 | 4670 |
| Sharp | 1931 | 44.07 | 2451 | 55.93 | 4382 |
| Stone | 1941 | 59.47 | 1323 | 40.53 | 3264 |
| TOTALS | 12,292 | 54.65 | 10,201 | 45.35 | 22,493 |

District 5

| COUNTIES | SCHUG | PERC. | WATSON | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Clay | 2080 | 37.09 | 3528 | 62.91 | 5608 |
| Craighead | 1069 | 38.16 | 1732 | 61.84 | 2801 |
| Greene | 3991 | 45.65 | 4751 | 54.35 | 8742 |
| TOTALS | 7,140 | 41.63 | 10,011 | 58.37 | 17,151 |

65

District 24

| COUNTIES | THRASHER | PERC. | JEWELL | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Pulaski | 4697 | 47.81 | 5127 | 52.19 | 9824 |
| TOTALS | 4,697 | 47.81 | 5,127 | 52.19 | 9,824 |

District 25

| COUNTIES | LAY | PERC. | HOOFMAN | PERC. | SULLIVAN | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|---|---|
| Pulaski | 6806 | 41.86 | 8558 | 52.63 | 896 | 5.51 | 16260 |
| TOTALS | 6,086 | 41.86 | 8,558 | 52.63 | 896 | 5.51 | 16,260 |

District 28

| COUNTIES | HUMPHREY | PERC. | BRADFORD | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Jefferson | 6086 | 39.98 | 9135 | 60.02 | 15221 |
| TOTALS | 6,086 | 39.98 | 9,135 | 60.02 | 15,221 |

District 30

| COUNTIES | BENHAM | PERC. | KELLEY | PERC. | COUNTY TOTALS |
|---|---|---|---|---|---|
| Lee | 2957 | 74.09 | 1034 | 25.91 | 3991 |
| Monroe | 2562 | 57.05 | 1929 | 42.95 | 4491 |
| Phillips | 2974 | 42.17 | 4078 | 57.83 | 7052 |
| TOTALS | 8,493 | 54.67 | 7,041 | 45.33 | 15,534 |