# ARKANSAS ELECTION RESULTS 1986



## Compiled By

# W. J. "Bill" McCuen
## Secretary of State

Exhibit 3

GENERAL ELECTION RESULTS - NOVEMBER 1986

STATE SENATOR - DISTRICT 21

| COUNTY | GEORGE HOPKINS (D) | TONY HUFFMAN (I) | TOTAL |
|---|---|---|---|
| CLARK | 4328  81.94 % | 954  18.06 % | |
| GARLAND | 2002  68.92 % | 903  31.08 % | 5282 |
| GRANT | 2517  85.29 % | 434  14.71 % | 2905 |
| HOT SPRING | 6711  76.99 % | 2006  23.01 % | 2951 |
| | | | 8717 |
| TOTALS | 15558  78.36 % | 4297  21.64 % | 19855 |

STATE SENATOR - DISTRICT 30

| COUNTY | PAUL BENHAM (D) | BILL LEWELLEN (I) | TOTAL |
|---|---|---|---|
| LEE | 2749  57.95 % | 1995  42.05 % | |
| MONROE | 3132  77.43 % | 913  22.57 % | 4744 |
| PHILLIPS | 5899  67.84 % | 2797  32.16 % | 4045 |
| | | | 8696 |
| TOTALS | 11780  67.37 % | 5705  32.63 % | 17485 |

44