Ark Doc
ST 66.
7:
A 7/
990
copy 2

# ARKANSAS ELECTION RESULTS 1990



Compiled by

## W. J. "Bill" McCuen
### Secretary of State

Exhibit 4

# Arkansas Election Results

## Table of Contents

ARKANSAS STATE LIBRARY
One Capitol Mall
Little Rock, Arkansas 72201
— DEPOSITORY —

**PRIMARY ELECTION MAY 29, 1990**
- U. S. REPRESENTATIVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
- GOVERNOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
- LT. GOVERNOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
- SECRETARY OF STATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
- ATTORNEY GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
- SUPREME COURT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
- CIRCUIT JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
- CIRCUIT / CHANCERY JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . 27
- CHANCERY JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
- PROSECUTING ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
- STATE SENATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
- STATE REPRESENTATIVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

**RUN-OFF PRIMARY ELECTION JUNE 12, 1990**
- LT. GOVERNOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
- CIRCUIT / CHANCERY JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . 43
- PROSECUTING ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
- STATE REPRESENTATIVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

**GENERAL ELECTION NOVEMBER 6, 1990**
- U. S. SENATOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
- U. S. REPRESENTATIVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
- GOVERNOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
- LT. GOVERNOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
- SECRETARY OF STATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
- ATTORNEY GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
- LAND COMMISSIONER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
- SUPREME COURT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
- CIRCUIT JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
- CIRCUIT / CHANCERY JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . 68
- CHANCERY JUDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
- PROSECUTING ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
- STATE SENATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
- STATE REPRESENTATIVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
- PROPOSED CONSTITUTIONAL AMENDMENTS . . . . . . . . . . . . 75
- PROPOSED INITIATED ACT . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
- REFFERED QUESTION FROM ACT 683 OF 1989 . . . . . . . . . . . . 79
- REFFERED QUESTION FROM ACT 945 OF 1989 . . . . . . . . . . . . 80

This publication was produced by the Elections Division Staff of the Secretary of State's Office, State Capitol, Little Rock, Arkansas.

For additional information on elections, you may call 682-5070 or 1-800-482-1127. TDD service is available at 682-3420 1-800-262-4704.

## W. J. "BILL" McCUEN
### SECRETARY OF STATE

## 1990 PRIMARY - STATE SENATE, DISTRICT 30 - DEMOCRATIC

| COUNTY | PAUL B. BENHAM VOTES | % | ROY C. "BILL" LEWELLEN VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| CRITTENDEN | 658 | 34.98 | 1,223 | 65.02 | 1,881 |
| LEE | 2,142 | 50.02 | 2,140 | 49.98 | 4,282 |
| PHILLIPS | 2,093 | 49.62 | 2,125 | 50.38 | 4,218 |
| ST. FRANCIS | 1,516 | 46.28 | 1,760 | 53.72 | 3,276 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 6,409 | | 7,248 | | 13,657 |
| AVERAGE: | | 46.93 | | 53.07 | |

## 1990 PRIMARY - STATE SENATE, DISTRICT 32 - DEMOCRATIC

| COUNTY | MIKE ROSS VOTES | % | ALFRED A. SMITH VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| CLARK | 867 | 78.82 | 233 | 21.18 | 1,100 |
| COLUMBIA | 2,336 | 71.88 | 914 | 28.12 | 3,250 |
| NEVADA | 2,880 | 82.57 | 608 | 17.43 | 3,488 |
| OUACHITA | 3,538 | 41.58 | 4,971 | 58.42 | 8,509 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 9,621 | | 6,726 | | 16,347 |
| AVERAGE: | | 58.85 | | 41.15 | |

## 1990 PRIMARY - STATE REPRESENTATIVE, DISTRICT 2 - DEMOCRATIC

| COUNTY | LONNIE CLARK VOTES | % | ARTHUR CARTER VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| CARROLL | 1,148 | 27.33 | 3,053 | 72.67 | 4,201 |
| MADISON | 61 | 50.41 | 60 | 49.59 | 121 |
| NEWTON | 515 | 81.49 | 117 | 18.51 | 632 |
| COUNTIES: 3 | | | | | |
| TOTAL: | 1,724 | | 3,230 | | 4,954 |
| AVERAGE: | | 34.80 | | 65.20 | |

## 1990 PRIMARY - STATE REPRESENTATIVE, DISTRICT 6 - DEMOCRATIC

| COUNTY | JOHN E. MILLER VOTES | % | VADA SHEID VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| BAXTER | 165 | 20.15 | 654 | 79.85 | 819 |
| FULTON | 202 | 31.46 | 440 | 68.54 | 642 |
| INDEPENDENCE | 672 | 63.34 | 389 | 36.66 | 1,061 |
| IZARD | 2,683 | 65.76 | 1,397 | 34.24 | 4,080 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 3,722 | | 2,880 | | 6,602 |
| AVERAGE: | | 56.38 | | 43.62 | |

## 1990 PRIMARY - STATE REPRESENTATIVE, DISTRICT 6 - REPUBLICIAN

| COUNTY | MILDRED HOMAN VOTES | % | RAY BYLER VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| IZARD | 98 | | 200 | | 298 |
| BAXTER | 186 | | 57 | | 243 |
| INDEPENDENCE | 30 | | 34 | | 64 |
| FULTON | * | | * | | * |
| TOTAL: | 418 | | 119 | | 537 |
| AVERAGE: | | 77.84 | | 22.16 | |

* UNABLE TO ATTAIN RESULTS

## 1990 PRIMARY - STATE REPRESENTATIVE, DISTRICT 17 - DEMOCRATIC

| COUNTY | KEVIN B. DAVIS VOTES | % | CHARLES WHORTON, JR. VOTES | % | TOTAL VOTES |
|---|---|---|---|---|---|
| CRAWFORD | 625 | 55.85 | 494 | 44.15 | 1,119 |
| FRANKLIN | 243 | 48.31 | 260 | 51.69 | 503 |
| JOHNSON | 657 | 46.50 | 756 | 53.50 | 1,413 |
| MADISON | 356 | 19.94 | 1,429 | 80.06 | 1,785 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 1,881 | | 2,939 | | 4,820 |
| AVERAGE: | | 39.02 | | 60.98 | |

## 1990 ARKANSAS GENERAL ELECTION - STATE SENATE, DISTRICT 22

| | JOHN PAGAN (D) | | RON FULLER (R) | | |
|---|---|---|---|---|---|
| COUNTY | VOTES | % | VOTES | % | TOTAL VOTES |
| PULASKI | 14,834 | 54.13 | 12,571 | 45.87 | 27,405 |
| COUNTIES: 1 | | | | | |
| TOTAL: | 14,834 | | 12,571 | | 27,405 |
| AVERAGE: | | 54.13 | | 45.87 | |

## 1990 ARKANSAS GENERAL ELECTION - STATE SENATE, DISTRICT 27

| | JEAN C. EDWARDS (D) | | JESSE TURNER (R) | | |
|---|---|---|---|---|---|
| COUNTY | VOTES | % | VOTES | % | TOTAL VOTES |
| DESHA | 643 | 37.43 | 194 | 11.29 | 1,718 |
| JEFFERSON | 5,524 | 65.41 | 1,167 | 13.82 | 8,445 |
| LINCOLN | 1,219 | 38.60 | 170 | 5.38 | 3,158 |
| COUNTIES: 3 | | | | | |
| TOTAL: | 7,386 | | 1,531 | | 13,321 |
| AVERAGE: | | 55.45 | | 11.49 | |

| | STANLEY NORRIS (I) | | |
|---|---|---|---|
| COUNTY | VOTES | % | TOTAL VOTES |
| DESHA | 881 | 51.28 | 1,718 |
| JEFFERSON | 1,754 | 20.77 | 8,445 |
| LINCOLN | 1,769 | 56.02 | 3,158 |
| COUNTIES: 3 | | | |
| TOTAL: | 4,404 | | 13,321 |
| AVERAGE: | | 33.06 | |

## 1990 ARKANSAS GENERAL ELECTION - STATE SENATE, DISTRICT 30

| | ROY C. "BILL" LEWELLEN (D) | | CHARLES L. ROBINSON (R) | | |
|---|---|---|---|---|---|
| COUNTY | VOTES | % | VOTES | % | TOTAL VOTES |
| CRITTENDEN | 2,068 | 62.36 | 1,248 | 37.64 | 3,316 |
| LEE | 2,625 | 63.53 | 1,507 | 36.47 | 4,132 |
| PHILLIPS | 3,348 | 69.32 | 1,482 | 30.68 | 4,830 |
| ST. FRANCIS | 1,968 | 74.83 | 662 | 25.17 | 2,630 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 10,009 | | 4,899 | | 14,908 |
| AVERAGE: | | 67.14 | | 32.86 | |

## 1990 ARKANSAS GENERAL ELECTION - STATE SENATE, DISTRICT 32

| | MIKE ROSS (D) | | ROGER BELL (R) | | |
|---|---|---|---|---|---|
| COUNTY | VOTES | % | VOTES | % | TOTAL VOTES |
| CLARK | 961 | 82.77 | 200 | 17.23 | 1,161 |
| COLUMBIA | 3,300 | 53.26 | 2,896 | 46.74 | 6,196 |
| NEVADA | 2,741 | 83.67 | 535 | 16.33 | 3,276 |
| OUACHITA | 4,421 | 55.23 | 3,583 | 44.77 | 8,004 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 11,423 | | 7,214 | | 18,637 |
| AVERAGE: | | 61.29 | | 38.71 | |

## 1990 ARKANSAS GENERAL ELECTION - STATE REPRESENTATIVE, DISTRICT 6

| | JOHN E. MILLER (D) | | MILDRED HOMAN (R) | | |
|---|---|---|---|---|---|
| COUNTY | VOTES | % | VOTES | % | TOTAL VOTES |
| BAXTER | 516 | 33.77 | 1,012 | 66.23 | 1,528 |
| FULTON | 296 | 53.05 | 262 | 46.95 | 558 |
| INDEPENDENCE | 998 | 67.57 | 479 | 32.43 | 1,477 |
| IZARD | 3,027 | 64.97 | 1,632 | 35.03 | 4,659 |
| COUNTIES: 4 | | | | | |
| TOTAL: | 4,837 | | 3,385 | | 8,222 |
| AVERAGE: | | 58.83 | | 41.17 | |