# Arkansas Senate Districts: 1990



Exhibit 5