| House Plan: House 2001 w 2010 Pop | 4/18/2012 |
|---|---|
| Administrator: Jeffers Plaintiffs | 4:05 p.m. |

### District 012 (continued)

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 11,545 | 10,165 | 51.02 | 44.92 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 9,385 | 7,424 | 54.01 | 42.73 |

**District 012 Counties** (* indicates the County is not entirely within the district.)

Arkansas*
Ashley*
Chicot
Desha*

### District 013

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 21,757 |
| Absolute Deviation: | -7,402 |
| Relative Deviation: | -25.38 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 7,618 | 13,719 | 35.01 | 63.06 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 6,213 | 9,185 | 39.71 | 58.71 |

**District 013 Counties** (* indicates the County is not entirely within the district.)

Phillips

### District 014

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 25,762 |
| Absolute Deviation: | -3,397 |
| Relative Deviation: | -11.65 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 19,397 | 5,578 | 75.29 | 21.65 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 15,389 | 3,930 | 77.58 | 19.81 |

Exhibit 6

| House Plan: House 2001 w 2010 Pop | 4/18/2012 |
|---|---|
| Administrator: Jeffers Plaintiffs | 4:05 p.m. |

### District 049 (continued)

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 22,608 | 570 | 94.38 | 2.38 |

**District 049 Counties** (* indicates the County is not entirely within the district.)
White*

### District 050

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 32,318 |
| Absolute Deviation: | 3,159 |
| Relative Deviation: | 10.83 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 28,334 | 2,185 | 87.67 | 6.76 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 22,547 | 1,556 | 89.47 | 6.17 |

**District 050 Counties** (* indicates the County is not entirely within the district.)
White*

### District 051

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 23,525 |
| Absolute Deviation: | -5,634 |
| Relative Deviation: | -19.32 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 14,014 | 8,895 | 59.57 | 37.81 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 11,293 | 6,226 | 63.08 | 34.78 |

**District 051 Counties** (* indicates the County is not entirely within the district.)
Lee*
Monroe
St. Francis*
Woodruff*

### District 052

| House Plan: House 2001 w 2010 Pop | 4/18/2012 |
|---|---|
| Administrator: Jeffers Plaintiffs | 4:05 p.m. |

### District 052 (continued)

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 24,057 |
| Absolute Deviation: | -5,102 |
| Relative Deviation: | -17.50 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 7,667 | 15,384 | 31.87 | 63.95 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 6,723 | 11,278 | 35.71 | 59.90 |

**District 052 Counties** (* indicates the County is not entirely within the district.)
Lee*
St. Francis*

### District 053

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 28,946 |
| Absolute Deviation: | -213 |
| Relative Deviation: | -0.73 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 17,007 | 10,934 | 58.75 | 37.77 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 13,219 | 7,109 | 63.09 | 33.93 |

**District 053 Counties** (* indicates the County is not entirely within the district.)
Crittenden*

### District 054

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 21,956 |
| Absolute Deviation: | -7,203 |
| Relative Deviation: | -24.70 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 6,439 | 15,117 | 29.33 | 68.85 |

| House Plan: House 2001 w 2010 Pop | 4/18/2012 |
|---|---|
| Administrator: Jeffers Plaintiffs | 4:05 p.m. |

### District 054 (continued)

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 5,040 | 9,854 | 33.29 | 65.09 |

**District 054 Counties** (* indicates the County is not entirely within the district.)
Crittenden*

### District 055

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 20,693 |
| Absolute Deviation: | -8,466 |
| Relative Deviation: | -29.03 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 7,873 | 12,109 | 38.05 | 58.52 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 6,179 | 7,938 | 42.59 | 54.71 |

**District 055 Counties** (* indicates the County is not entirely within the district.)
Mississippi*

### District 056

**Population Statistics**

| Ideal Population: | 29,159 |
|---|---|
| Actual Population: | 24,583 |
| Absolute Deviation: | -4,576 |
| Relative Deviation: | -15.69 % |

**Total Population**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 22,089 | 1,775 | 89.85 | 7.22 |

**[18+_Pop]**

| | White | Black | %White | %Black |
|---|---|---|---|---|
| | 17,012 | 1,210 | 91.34 | 6.50 |

**District 056 Counties** (* indicates the County is not entirely within the district.)
Poinsett

### District 057

| House Plan:  House 2001 w 2010 Pop | 4/18/2012 |
|---|---|
| Administrator:  Jeffers Plaintiffs | 4:05 p.m. |

### District 057  (continued)

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 29,159 |
| Actual Population: | 24,379 |
| Absolute Deviation: | -4,780 |
| Relative Deviation: | -16.39 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 18,356 | 5,445 | 75.29 | 22.33 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 14,213 | 3,830 | 77.29 | 20.83 |

**District 057 Counties** (* indicates the County is not entirely within the district.)
Cross
Woodruff*

### District 058

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 29,159 |
| Actual Population: | 27,318 |
| Absolute Deviation: | -1,841 |
| Relative Deviation: | -6.31 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 23,344 | 3,047 | 85.45 | 11.15 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 18,498 | 2,261 | 86.75 | 10.60 |

**District 058 Counties** (* indicates the County is not entirely within the district.)
Jackson
White*

### District 059

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 29,159 |
| Actual Population: | 29,163 |
| Absolute Deviation: | 4 |
| Relative Deviation: | 0.01 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 28,176 | 82 | 96.62 | 0.28 |