

Arkansas Delta
Helena-West Helena Area
2008 General Election
Polling Place Areas
**BVAP % and Votes**

Jeffers v. Beebe, No. 2:12-CV-016 (E.D. Ark.)
Map052
April 29, 2012

Exhibit 7d