

**Obama Votes**
**McCain Votes**



# Arkansas Delta
## Marianna
## 2008 General Election
### Polling Place Areas
# BVAP % and Votes

Jeffers v. Beebe, No. 2:12-CV-016 (E.D. Ark.)
### Map053
April 29, 2012

Exhibit 7e