| Senate Plan: Senate 2001 | 1/30/2012 |
|---|---|
| Administrator: Apportionment Board | 8:33 p.m. |

## District 14 (continued)

**Population Statistics**

| Ideal Population: | 83,312 |
|---|---|
| Actual Population: | 91,166 |
| Absolute Deviation: | 7,854 |
| Relative Deviation: | 9.43 % |

**Total Population**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---|---|---|---|---|---|
| 73,263 | 12,567 | 13,093 | 80.36 | 13.78 | 14.36 |

**[18+_Pop]**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---|---|---|---|---|---|
| 57,278 | 7,936 | 7,994 | 83.64 | 11.59 | 11.67 |

**District 14 Counties** (* indicates the County is not entirely within the district.)
Craighead*

## District 15

**Population Statistics**

| Ideal Population: | 83,312 |
|---|---|
| Actual Population: | 71,063 |
| Absolute Deviation: | -12,249 |
| Relative Deviation: | -14.70 % |

**Total Population**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---|---|---|---|---|---|
| 50,742 | 17,592 | 17,916 | 71.40 | 24.76 | 25.21 |

**[18+_Pop]**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---|---|---|---|---|---|
| 38,990 | 11,480 | 11,529 | 74.98 | 22.08 | 22.17 |

**District 15 Counties** (* indicates the County is not entirely within the district.)
Mississippi
Poinsett

## District 16

**Population Statistics**

| Ideal Population: | 83,312 |
|---|---|
| Actual Population: | 68,732 |
| Absolute Deviation: | -14,580 |
| Relative Deviation: | -17.50 % |

**Total Population**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---|---|---|---|---|---|
| 21,622 | 45,252 | 45,285 | 31.46 | 65.84 | 65.89 |

| Senate Plan: Senate 2001 | 1/30/2012 |
|---|---:|
| Administrator: Apportionment Board | 8:33 p.m. |

### District 16 (continued)

**[18+_Pop]**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---:|---:|---:|---:|---:|---:|
| 18,183 | 30,602 | 30,519 | 36.27 | 61.04 | 60.88 |

**District 16 Counties** (* indicates the County is not entirely within the district.)
Crittenden*
Lee*
Phillips*
St. Francis*

## District 17

**Population Statistics**

| Ideal Population: | 83,312 |
|---|---|
| Actual Population: | 71,695 |
| Absolute Deviation: | -11,617 |
| Relative Deviation: | -13.94 % |

**Total Population**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---:|---:|---:|---:|---:|---:|
| 47,396 | 22,252 | 22,475 | 66.11 | 31.04 | 31.35 |

**[18+_Pop]**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---:|---:|---:|---:|---:|---:|
| 36,874 | 15,489 | 15,511 | 68.75 | 28.88 | 28.92 |

**District 17 Counties** (* indicates the County is not entirely within the district.)
Crittenden*
Cross
Lee*
Monroe
Phillips*
St. Francis*
Woodruff*

## District 18

**Population Statistics**

| Ideal Population: | 83,312 |
|---|---|
| Actual Population: | 85,656 |
| Absolute Deviation: | 2,344 |
| Relative Deviation: | 2.81 % |

**Total Population**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---:|---:|---:|---:|---:|---:|
| 79,366 | 3,277 | 3,526 | 92.66 | 3.83 | 4.12 |

**[18+_Pop]**

| White | Black | NH_DOJ_Blk | %White | %Black | %NH_DOJ_Blk |
|---:|---:|---:|---:|---:|---:|
| 63,285 | 2,434 | 2,486 | 93.47 | 3.60 | 3.67 |