Senate Plan: Senate 2001  
Administrator: Apportionment Board  

2/3/2012  
5:32 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 14** (continued) | | | |
| Craighead County (part) | 91,166 | 73,263 | 12,567 |
| **District 14 Subtotal** | **91,166** | **73,263** | **12,567** |
| **District 15** | | | |
| Mississippi County | 46,480 | 28,653 | 15,817 |
| Poinsett County | 24,583 | 22,089 | 1,775 |
| **District 15 Subtotal** | **71,063** | **50,742** | **17,592** |
| **District 16** | | | |
| Crittenden County (part) | 19,864 | 3,410 | 16,101 |
| Lee County (part) | 8,116 | 2,934 | 4,970 |
| Phillips County (part) | 15,194 | 4,568 | 10,375 |
| St. Francis County (part) | 25,558 | 10,710 | 13,806 |
| **District 16 Subtotal** | **68,732** | **21,622** | **45,252** |
| **District 17** | | | |
| Crittenden County (part) | 31,038 | 20,036 | 9,950 |
| Cross County | 17,870 | 13,495 | 3,972 |
| Lee County (part) | 2,308 | 1,447 | 791 |
| Monroe County | 8,149 | 4,584 | 3,330 |
| Phillips County (part) | 2,370 | 967 | 1,354 |
| St. Francis County (part) | 2,700 | 1,792 | 861 |
| Woodruff County (part) | 7,260 | 5,075 | 1,994 |
| **District 17 Subtotal** | **71,695** | **47,396** | **22,252** |
| **District 18** | | | |
| Cleburne County (part) | 19,616 | 18,962 | 62 |
| Conway County | 21,273 | 17,917 | 2,385 |
| Faulkner County (part) | 7,640 | 6,819 | 522 |
| Perry County | 10,445 | 9,939 | 196 |
| Pope County (part) | 3,598 | 3,465 | 1 |
| Saline County (part) | 5,789 | 5,666 | 43 |
| Van Buren County | 17,295 | 16,598 | 68 |
| **District 18 Subtotal** | **85,656** | **79,366** | **3,277** |
| **District 19** | | | |
| Garland County (part) | 78,791 | 66,775 | 7,336 |
| **District 19 Subtotal** | **78,791** | **66,775** | **7,336** |
| **District 20** | | | |
| Hempstead County (part) | 19,423 | 10,920 | 6,089 |
| Howard County | 13,789 | 9,894 | 2,846 |

Exhibit 8b