Senate Plan: Senate 2001  
Administrator: Apportionment Board

2/3/2012  
5:15 p.m.

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---:|---:|---:|---:|
| **District 14** (continued) | | | | |
| Craighead County (part) | 91,166 | 68,480 | 57,278 | 7,936 |
| **District 14 Subtotal** | **91,166** | **68,480** | **57,278** | **7,936** |
| **District 15** | | | | |
| Mississippi County | 46,480 | 33,376 | 21,978 | 10,270 |
| Poinsett County | 24,583 | 18,624 | 17,012 | 1,210 |
| **District 15 Subtotal** | **71,063** | **52,000** | **38,990** | **11,480** |
| **District 16** | | | | |
| Crittenden County (part) | 19,864 | 13,421 | 2,888 | 10,309 |
| Lee County (part) | 8,116 | 6,457 | 2,573 | 3,737 |
| Phillips County (part) | 15,194 | 10,744 | 3,775 | 6,814 |
| St. Francis County (part) | 25,558 | 19,509 | 8,947 | 9,742 |
| **District 16 Subtotal** | **68,732** | **50,131** | **18,183** | **30,602** |
| **District 17** | | | | |
| Crittenden County (part) | 31,038 | 22,672 | 15,371 | 6,654 |
| Cross County | 17,870 | 13,376 | 10,364 | 2,761 |
| Lee County (part) | 2,308 | 1,807 | 1,130 | 631 |
| Monroe County | 8,149 | 6,309 | 3,798 | 2,359 |
| Phillips County (part) | 2,370 | 1,809 | 794 | 980 |
| St. Francis County (part) | 2,700 | 2,072 | 1,390 | 651 |
| Woodruff County (part) | 7,260 | 5,588 | 4,027 | 1,453 |
| **District 17 Subtotal** | **71,695** | **53,633** | **36,874** | **15,489** |
| **District 18** | | | | |
| Cleburne County (part) | 19,616 | 15,856 | 15,409 | 43 |
| Conway County | 21,273 | 16,128 | 13,771 | 1,762 |
| Faulkner County (part) | 7,640 | 5,739 | 5,137 | 409 |
| Perry County | 10,445 | 8,043 | 7,711 | 130 |
| Pope County (part) | 3,598 | 2,737 | 2,634 | 0 |
| Saline County (part) | 5,789 | 5,442 | 5,335 | 43 |
| Van Buren County | 17,295 | 13,758 | 13,288 | 47 |
| **District 18 Subtotal** | **85,656** | **67,703** | **63,285** | **2,434** |
| **District 19** | | | | |
| Garland County (part) | 78,791 | 62,571 | 54,465 | 5,232 |
| **District 19 Subtotal** | **78,791** | **62,571** | **54,465** | **5,232** |
| **District 20** | | | | |
| Hempstead County (part) | 19,423 | 14,317 | 8,637 | 4,327 |
| Howard County | 13,789 | 10,166 | 7,531 | 2,017 |

Exhibit 8c

10-3