| Senate Plan: Senate 2001 | | | 2/3/2012 |
|---|---|---|---|
| Administrator: Apportionment Board | | | 5:43 p.m. |

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 14** (continued) | | | |
| Craighead County (continued) | | | |
|     Promised Land | 190 | 189 | 0 |
|     Taylor | 330 | 311 | 0 |
|     Texas | 390 | 368 | 0 |
| **Craighead County Subtotal** | **91,166** | **73,263** | **12,567** |
| **District 14 Subtotal** | **91,166** | **73,263** | **12,567** |
| **District 15** | | | |
| Mississippi County | 46,480 | 28,653 | 15,817 |
| Poinsett County | 24,583 | 22,089 | 1,775 |
| **District 15 Subtotal** | **71,063** | **50,742** | **17,592** |
| **District 16** | | | |
| Crittenden County | | | |
|     Bob Ward | 555 | 282 | 264 |
|     Edmondson Bob Ward 1 | 427 | 120 | 286 |
|     Horseshoe Lake | 292 | 271 | 11 |
|     Lucas | 365 | 325 | 31 |
|     Mississippi TWP | | | |
|         050350306001000 | 0 | 0 | 0 |
|         050350306001001 | 0 | 0 | 0 |
|         050350306001002 | 0 | 0 | 0 |
|         050350306001003 | 0 | 0 | 0 |
|         050350306001004 | 0 | 0 | 0 |
|         050350306001005 | 0 | 0 | 0 |
|         050350306001006 | 0 | 0 | 0 |
|         050350306001007 | 0 | 0 | 0 |
|         050350306001008 | 0 | 0 | 0 |
|         050350306001009 | 0 | 0 | 0 |
|         050350306001010 | 0 | 0 | 0 |
|         050350306001024 | 0 | 0 | 0 |
|         050350306001025 | 0 | 0 | 0 |
|         050350306001026 | 0 | 0 | 0 |
|         050350306001027 | 0 | 0 | 0 |
|         050350306001028 | 0 | 0 | 0 |
|         050350306001029 | 0 | 0 | 0 |
|         050350306001030 | 0 | 0 | 0 |
|         050350306001057 | 0 | 0 | 0 |
|         050350306001058 | 0 | 0 | 0 |
|         050350306001059 | 0 | 0 | 0 |
|         050350306001060 | 0 | 0 | 0 |
|         050350306001061 | 0 | 0 | 0 |
|         050350306001062 | 0 | 0 | 0 |
|         050350306001063 | 0 | 0 | 0 |
|         050350306001064 | 0 | 0 | 0 |

# Exhibit 8d

| | | | |
|---|---|---|---|
| Senate Plan: Senate 2001 | | | 2/3/2012 |
| Administrator: Apportionment Board | | | 5:43 p.m. |

| | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County (continued) | | | |
| 050350306001074 | 0 | 0 | 0 |
| 050350306001075 | 0 | 0 | 0 |
| 050350306001076 | 0 | 0 | 0 |
| 050350306001077 | 0 | 0 | 0 |
| 050350306001078 | 0 | 0 | 0 |
| 050350306001079 | 0 | 0 | 0 |
| 050350306001080 | 0 | 0 | 0 |
| 050350306001081 | 0 | 0 | 0 |
| 050350306001082 | 0 | 0 | 0 |
| 050350306001083 | 0 | 0 | 0 |
| 050350306001084 | 0 | 0 | 0 |
| 050350306001085 | 0 | 0 | 0 |
| 050350306001086 | 0 | 0 | 0 |
| 050350306001087 | 0 | 0 | 0 |
| 050350306001088 | 0 | 0 | 0 |
| 050350306001089 | 0 | 0 | 0 |
| 050350306001095 | 0 | 0 | 0 |
| 050350306001097 | 0 | 0 | 0 |
| 050350306001098 | 0 | 0 | 0 |
| 050350306001099 | 0 | 0 | 0 |
| 050350306001100 | 0 | 0 | 0 |
| 050350306001101 | 0 | 0 | 0 |
| 050350306001102 | 0 | 0 | 0 |
| 050350306001103 | 0 | 0 | 0 |
| 050350306003001 | 0 | 0 | 0 |
| 050350306003005 | 0 | 0 | 0 |
| 050350306003006 | 0 | 0 | 0 |
| 050350306003007 | 0 | 0 | 0 |
| 050350306003010 | 0 | 0 | 0 |
| 050350306003011 | 0 | 0 | 0 |
| 050350306003012 | 0 | 0 | 0 |
| 050350306003013 | 0 | 0 | 0 |
| 050350306003051 | 49 | 0 | 49 |
| 050350306003052 | 23 | 0 | 23 |
| 050350306003053 | 16 | 0 | 16 |
| 050350306003144 | 0 | 0 | 0 |
| 050350306003145 | 0 | 0 | 0 |
| 050350306003150 | 0 | 0 | 0 |
| 050350306003151 | 0 | 0 | 0 |
| 050350306003152 | 0 | 0 | 0 |
| 050350306003153 | 0 | 0 | 0 |
| 050350306003154 | 0 | 0 | 0 |
| 050350306003157 | 0 | 0 | 0 |
| **Mississippi TWP Subtotal** | **88** | **0** | **88** |
| Protor | 931 | 552 | 360 |
| West Memphis Ward 1-3 | | | |

Senate Plan:  Senate 2001  
Administrator:  Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County  (continued) | | | |
|    050350303012023 | 0 | 0 | 0 |
|    050350303012030 | 0 | 0 | 0 |
|    050350306003086 | 0 | 0 | 0 |
|    050350306003087 | 0 | 0 | 0 |
| **West Memphis Ward 1-3 Subtotal** | **0** | **0** | **0** |
| West Memphis Ward 1-4 | 2,071 | 473 | 1,560 |
| West Memphis Ward 2-1 | 4,001 | 704 | 3,186 |
| West Memphis Ward 2-2 | 378 | 31 | 341 |
| West Memphis Ward 2-3 | 1,562 | 30 | 1,508 |
| West Memphis Ward 4-1 | | | |
|    050350301012022 | 0 | 0 | 0 |
|    050350301021000 | 0 | 0 | 0 |
|    050350301021001 | 0 | 0 | 0 |
|    050350301021002 | 0 | 0 | 0 |
|    050350301021003 | 0 | 0 | 0 |
|    050350301021004 | 2 | 1 | 0 |
|    050350301021005 | 0 | 0 | 0 |
|    050350301021006 | 0 | 0 | 0 |
|    050350301021007 | 85 | 6 | 79 |
|    050350301021008 | 32 | 2 | 30 |
|    050350301021009 | 32 | 2 | 21 |
|    050350301021010 | 62 | 5 | 57 |
|    050350301021011 | 53 | 3 | 50 |
|    050350301021012 | 27 | 8 | 19 |
|    050350301021013 | 0 | 0 | 0 |
|    050350301021014 | 119 | 9 | 109 |
|    050350301021015 | 116 | 6 | 106 |
|    050350301021016 | 43 | 4 | 39 |
|    050350301021017 | 42 | 0 | 42 |
|    050350301021018 | 6 | 0 | 6 |
|    050350301021019 | 68 | 3 | 65 |
|    050350301021020 | 143 | 11 | 132 |
|    050350301021021 | 28 | 3 | 25 |
|    050350301021022 | 103 | 16 | 86 |
|    050350301022000 | 37 | 0 | 37 |
|    050350301022001 | 167 | 6 | 161 |
|    050350301022002 | 90 | 8 | 82 |
|    050350301022003 | 58 | 1 | 57 |
|    050350301022004 | 76 | 3 | 73 |
|    050350301022011 | 124 | 12 | 108 |
|    050350301022012 | 54 | 2 | 51 |
|    050350301023000 | 0 | 0 | 0 |
|    050350301023001 | 0 | 0 | 0 |
|    050350301023002 | 0 | 0 | 0 |
|    050350301023003 | 69 | 33 | 36 |

Senate Plan: Senate 2001  
Administrator: Apportionment Board  
2/3/2012  
5:43 p.m.

| | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County (continued) | | | |
| 050350301023004 | 43 | 11 | 32 |
| 050350301023005 | 92 | 1 | 91 |
| 050350301023006 | 49 | 6 | 43 |
| 050350301023007 | 53 | 0 | 50 |
| 050350301023008 | 58 | 11 | 47 |
| 050350301023009 | 68 | 5 | 63 |
| 050350301023010 | 79 | 4 | 74 |
| 050350301023011 | 83 | 7 | 76 |
| 050350301023012 | 123 | 5 | 117 |
| 050350301023013 | 118 | 7 | 110 |
| 050350301023014 | 52 | 4 | 48 |
| 050350301023015 | 101 | 18 | 83 |
| 050350301023016 | 92 | 16 | 75 |
| 050350301023017 | 46 | 5 | 41 |
| 050350301023018 | 75 | 10 | 63 |
| 050350301023019 | 129 | 26 | 103 |
| 050350302014000 | 0 | 0 | 0 |
| 050350302014001 | 0 | 0 | 0 |
| 050350302014004 | 0 | 0 | 0 |
| 050350302014006 | 0 | 0 | 0 |
| 050350302014007 | 0 | 0 | 0 |
| 050350302014009 | 0 | 0 | 0 |
| 050350302014010 | 0 | 0 | 0 |
| 050350302014011 | 0 | 0 | 0 |
| 050350302014012 | 0 | 0 | 0 |
| 050350302014016 | 1 | 1 | 0 |
| 050350302014017 | 0 | 0 | 0 |
| 050350308031051 | 0 | 0 | 0 |
| 050350308031054 | 0 | 0 | 0 |
| 050350308031087 | 0 | 0 | 0 |
| 050350308031088 | 0 | 0 | 0 |
| 050350308031089 | 0 | 0 | 0 |
| 050350308031093 | 0 | 0 | 0 |
| 050350308031097 | 0 | 0 | 0 |
| **West Memphis Ward 4-1 Subtotal** | **2,898** | **281** | **2,587** |
| West Memphis Ward 4-2 | | | |
| 050350301011004 | 0 | 0 | 0 |
| 050350301011005 | 28 | 0 | 28 |
| 050350301011010 | 51 | 0 | 51 |
| 050350301011011 | 146 | 5 | 140 |
| 050350301011012 | 63 | 3 | 60 |
| 050350301011013 | 42 | 8 | 30 |
| 050350301011023 | 40 | 0 | 35 |
| 050350301011024 | 89 | 0 | 89 |
| 050350301011031 | 48 | 0 | 48 |
| 050350301011032 | 58 | 0 | 56 |

Senate Plan: Senate 2001  
Administrator: Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County (continued) | | | |
| 050350301012000 | 0 | 0 | 0 |
| 050350301012001 | 0 | 0 | 0 |
| 050350301012002 | 0 | 0 | 0 |
| 050350301012003 | 0 | 0 | 0 |
| 050350301012004 | 0 | 0 | 0 |
| 050350301012005 | 0 | 0 | 0 |
| 050350301012006 | 0 | 0 | 0 |
| 050350301012007 | 0 | 0 | 0 |
| 050350301012008 | 1 | 0 | 1 |
| 050350301012009 | 133 | 2 | 129 |
| 050350301012010 | 19 | 0 | 19 |
| 050350301012011 | 19 | 0 | 19 |
| 050350301012012 | 53 | 5 | 48 |
| 050350301012013 | 186 | 16 | 168 |
| 050350301012014 | 67 | 1 | 63 |
| 050350301012015 | 47 | 3 | 44 |
| 050350301012016 | 83 | 2 | 81 |
| 050350301012017 | 99 | 0 | 99 |
| 050350301012018 | 0 | 0 | 0 |
| 050350301012019 | 42 | 10 | 32 |
| 050350301012020 | 31 | 5 | 24 |
| 050350301012021 | 95 | 9 | 86 |
| 050350301012023 | 0 | 0 | 0 |
| 050350301012024 | 155 | 4 | 147 |
| 050350301012025 | 58 | 0 | 58 |
| 050350301012026 | 48 | 6 | 40 |
| 050350308031085 | 0 | 0 | 0 |
| 050350308031086 | 0 | 0 | 0 |
| **West Memphis Ward 4-2 Subtotal** | **1,701** | **79** | **1,595** |
| West Memphis Ward 5-1 | 1,555 | 46 | 1,488 |
| West Memphis Ward 5-2 | | | |
| 050350301011000 | 0 | 0 | 0 |
| 050350301011001 | 0 | 0 | 0 |
| 050350301011002 | 0 | 0 | 0 |
| 050350301011003 | 0 | 0 | 0 |
| 050350301011006 | 36 | 0 | 35 |
| 050350301011007 | 0 | 0 | 0 |
| 050350301011008 | 0 | 0 | 0 |
| 050350301011009 | 80 | 2 | 78 |
| 050350301011014 | 74 | 2 | 72 |
| 050350301011015 | 27 | 0 | 27 |
| 050350301011016 | 72 | 6 | 66 |
| 050350301011017 | 56 | 14 | 42 |
| 050350301011018 | 60 | 2 | 57 |
| 050350301011019 | 66 | 1 | 65 |
| 050350301011020 | 63 | 2 | 61 |

Senate Plan:  Senate 2001  
Administrator:  Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350301011021 | 62 | 5 | 57 |
| 050350301011022 | 0 | 0 | 0 |
| 050350301011025 | 47 | 3 | 44 |
| 050350301011026 | 102 | 3 | 99 |
| 050350301011027 | 9 | 0 | 9 |
| 050350301011028 | 0 | 0 | 0 |
| 050350301011029 | 0 | 0 | 0 |
| 050350301011030 | 35 | 3 | 32 |
| 050350305021000 | 33 | 8 | 24 |
| 050350305021001 | 56 | 14 | 42 |
| 050350305021002 | 10 | 1 | 8 |
| 050350305021003 | 8 | 5 | 3 |
| 050350305021011 | 11 | 0 | 11 |
| 050350305021012 | 7 | 0 | 7 |
| 050350305021013 | 12 | 0 | 12 |
| 050350305021014 | 33 | 0 | 33 |
| 050350305021015 | 2 | 0 | 2 |
| 050350305021016 | 26 | 7 | 19 |
| 050350305021017 | 6 | 6 | 0 |
| 050350305021018 | 4 | 0 | 4 |
| 050350305021019 | 11 | 0 | 11 |
| 050350305021020 | 50 | 0 | 49 |
| 050350305021021 | 6 | 0 | 6 |
| 050350305021022 | 21 | 0 | 21 |
| 050350305021023 | 113 | 0 | 113 |
| 050350305021024 | 61 | 0 | 61 |
| 050350305021025 | 99 | 1 | 98 |
| 050350305021028 | 0 | 0 | 0 |
| 050350306001011 | 0 | 0 | 0 |
| 050350306001012 | 0 | 0 | 0 |
| 050350306001013 | 0 | 0 | 0 |
| 050350306001014 | 0 | 0 | 0 |
| 050350306001015 | 0 | 0 | 0 |
| 050350306001016 | 0 | 0 | 0 |
| 050350306001017 | 4 | 0 | 4 |
| 050350306001018 | 0 | 0 | 0 |
| 050350306001019 | 0 | 0 | 0 |
| 050350306001020 | 0 | 0 | 0 |
| 050350306001021 | 0 | 0 | 0 |
| 050350306001022 | 0 | 0 | 0 |
| 050350306001023 | 0 | 0 | 0 |
| 050350306001031 | 0 | 0 | 0 |
| 050350306001032 | 0 | 0 | 0 |
| 050350306001033 | 0 | 0 | 0 |
| 050350306001034 | 0 | 0 | 0 |
| 050350306001035 | 0 | 0 | 0 |
| 050350306001036 | 0 | 0 | 0 |

Senate Plan:  Senate 2001  
Administrator: Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350306001037 | 0 | 0 | 0 |
| 050350306001038 | 0 | 0 | 0 |
| 050350306001039 | 0 | 0 | 0 |
| 050350306001040 | 0 | 0 | 0 |
| 050350306001041 | 0 | 0 | 0 |
| 050350306001042 | 0 | 0 | 0 |
| 050350306001043 | 0 | 0 | 0 |
| 050350306001044 | 0 | 0 | 0 |
| 050350306001045 | 0 | 0 | 0 |
| 050350306001046 | 2 | 1 | 1 |
| 050350306001047 | 0 | 0 | 0 |
| 050350306001048 | 0 | 0 | 0 |
| 050350306001049 | 0 | 0 | 0 |
| 050350306001050 | 0 | 0 | 0 |
| 050350306001051 | 390 | 11 | 375 |
| 050350306001052 | 0 | 0 | 0 |
| 050350306001053 | 29 | 0 | 29 |
| 050350306001054 | 361 | 3 | 356 |
| 050350306001055 | 0 | 0 | 0 |
| 050350306001056 | 0 | 0 | 0 |
| 050350306001065 | 2 | 0 | 0 |
| 050350306001066 | 26 | 18 | 8 |
| 050350306001067 | 22 | 15 | 7 |
| 050350306001068 | 0 | 0 | 0 |
| 050350306001069 | 0 | 0 | 0 |
| 050350306001070 | 31 | 27 | 0 |
| 050350306001071 | 28 | 16 | 12 |
| 050350306001072 | 36 | 34 | 2 |
| 050350306001073 | 0 | 0 | 0 |
| 050350306001096 | 0 | 0 | 0 |
| 050350306001104 | 0 | 0 | 0 |
| 050350306001105 | 241 | 2 | 235 |
| 050350306001106 | 367 | 1 | 359 |
| 050350306001107 | 106 | 3 | 103 |
| 050350306001108 | 37 | 0 | 37 |
| 050350306001109 | 0 | 0 | 0 |
| 050350308031080 | 0 | 0 | 0 |
| **West Memphis Ward 5-2 Subtotal** | **3,040** | **216** | **2,796** |
| **Crittenden County Subtotal** | **19,864** | **3,410** | **16,101** |
| Lee County | | | |
| Bear Creek | 36 | 33 | 2 |
| Council | 27 | 21 | 6 |
| Hardy | 11 | 9 | 2 |
| Independence | 1,028 | 583 | 422 |

| Senate Plan: Senate 2001 | | | 2/3/2012 |
|---|---|---|---|
| Administrator: Apportionment Board | | | 5:43 p.m. |

| | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| Lee County  (continued) | | | |
|    Liberty | 86 | 73 | 4 |
|    Marianna Ward 1 | 914 | 219 | 658 |
|    Marianna Ward 2 | 1,037 | 363 | 645 |
|    Marianna Ward 3 | 1,207 | 185 | 999 |
|    Marianna Ward 4 | 958 | 92 | 853 |
|    Richland | 656 | 340 | 298 |
|    St. Francis | 1,882 | 909 | 916 |
|    Union | 274 | 107 | 165 |
|    Walnut | 0 | 0 | 0 |
| **Lee County Subtotal** | **8,116** | **2,934** | **4,970** |
| Phillips County | | | |
|    Cleburne 2 Voting District | 257 | 154 | 98 |
|    Cleburne Voting District | 403 | 174 | 228 |
|    Helena Ward 1 Voting District | 1,084 | 82 | 978 |
|    Helena Ward 2 Voting District | 1,321 | 285 | 1,021 |
|    Helena Ward 3 Voting District | 1,530 | 873 | 631 |
|    Helena Ward 4 Voting District | 840 | 122 | 713 |
|    Hornor 2 Voting District | 682 | 242 | 417 |
|    Hornor 4 Voting District | 38 | 36 | 2 |
|    Hornor 5 Voting District | 74 | 48 | 25 |
|    Hornor 6 Voting Precinct | 90 | 78 | 11 |
|    Languille Voting District | 38 | 35 | 3 |
|    Lexa Voting District | 286 | 204 | 77 |
|    Spring Creek 4 Voting District | 680 | 580 | 89 |
|    West Helena Precinct 1 Voting District | 1,174 | 17 | 1,142 |
|    West Helena Precinct 1A Voting District | 129 | 9 | 119 |
|    West Helena Precinct 1B Voting District | 175 | 119 | 51 |
|    West Helena Precinct 1C Voting District | 54 | 0 | 54 |
|    West Helena Precinct 2 Voting District | 1,576 | 533 | 1,011 |
|    West Helena Precinct 2A Voting District | 227 | 53 | 174 |
|    West Helena Precinct 2B Voting District | 25 | 22 | 3 |
|    West Helena Precinct 2C Voting District | 180 | 5 | 175 |

| Senate Plan: Senate 2001 | | | 2/3/2012 |
| --- | --- | --- | --- |
| Administrator: Apportionment Board | | | 5:43 p.m. |

|  | Population | White | Black |
| --- | ---: | ---: | ---: |
| **District 16** (continued) | | | |
| Phillips County (continued) | | | |
| West Helena Precinct 2D Voting District | 25 | 5 | 20 |
| West Helena Precinct 2E Voting District | 47 | 12 | 31 |
| West Helena Precinct 2F Voting District | 48 | 4 | 40 |
| West Helena Precinct 2G | 85 | 12 | 73 |
| West Helena Precinct 2H Voting District | 68 | 0 | 68 |
| West Helena Precinct 2I Voting District | 13 | 0 | 13 |
| West Helena Precinct 3 Voting District | 797 | 312 | 469 |
| West Helena Precinct 3A Voting District | 122 | 6 | 111 |
| West Helena Precinct 3B Voting District | 393 | 68 | 320 |
| West Helena Precinct 3C Voting District | 50 | 2 | 47 |
| West Helena Precinct 3D | 0 | 0 | 0 |
| West Helena Precinct 3E Voting District | 66 | 12 | 54 |
| West Helena Precinct 3F Voting District | 721 | 197 | 508 |
| West Helena Precinct 3H Voting District | 123 | 20 | 98 |
| West Helena Precinct 4 Voting District | 214 | 2 | 212 |
| West Helena Precinct 4A Voting District | 0 | 0 | 0 |
| West Helena Precinct 4B Voting District | 71 | 0 | 71 |
| West Helena Precinct 4C Voting District | 106 | 0 | 105 |
| West Helena Precinct 4C2 Voting District | 390 | 35 | 353 |
| West Helena Precinct 4C3 Voting District | 702 | 183 | 498 |
| West Helena Precinct 4C5 Voting District | 41 | 0 | 41 |
| West Helena Precinct 4C6 Voting District | 99 | 0 | 99 |
| West Helena Precinct 4C7 Voting District | 70 | 0 | 70 |
| West Helena Precinct WH2A Voting District | 80 | 27 | 52 |

Senate Plan:  Senate 2001  
Administrator:  Apportionment Board

2/3/2012  
5:43 p.m.

| | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| **Phillips County Subtotal** | **15,194** | **4,568** | **10,375** |
| St. Francis County | | | |
|     BLACKFISH PCT 7 | 129 | 60 | 61 |
|     BONAIR PCT 17 | 540 | 461 | 53 |
|     CALDWELL COUNTRY PCT 23 | 551 | 416 | 130 |
|     CALDWELL PCT 22 | 555 | 443 | 81 |
|     COLT CITY PCT 20 | 378 | 326 | 41 |
|     COLT COUNTRY PCT 21 | 616 | 415 | 189 |
|     COURTHOUSE WEST PCT 26 | 622 | 275 | 330 |
|     FORREST CITY WARD 1 BOX 1 PCT 35 | 4,728 | 1,657 | 2,562 |
|     FORREST CITY WARD 1 BOX 1 PCT 36 | 297 | 50 | 243 |
|     FORREST CITY WARD 1 BOX 2 PCT 36 | 359 | 1 | 354 |
|     FORREST CITY WARD 1 BOX 3 PCT 38 | 283 | 9 | 260 |
|     FORREST CITY WARD 1 BOX 3 PCT 67 | 61 | 0 | 56 |
|     FORREST CITY WARD 2 BOX 2 PCT 39 | 182 | 8 | 168 |
|     FORREST CITY WARD 2 BOX 2 PCT 40 | 266 | 0 | 266 |
|     FORREST CITY WARD 2 BOX 2 PCT 41 | 234 | 0 | 229 |
|     FORREST CITY WARD 2 BOX 2 PCT 42 | 307 | 19 | 284 |
|     FORREST CITY WARD 2 BOX 2 PCT 43 | 231 | 66 | 157 |
|     FORREST CITY WARD 2 BOX 2 PCT 44 | 634 | 20 | 603 |
|     FORREST CITY WARD 2 BOX 2 PCT 45 | 93 | 8 | 84 |
|     FORREST CITY WARD 2 BOX 2 PCT 46 | 212 | 9 | 203 |
|     FORREST CITY WARD 2 BOX 2 PCT 47 | 576 | 103 | 451 |
|     FORREST CITY WARD 2 BOX 2 PCT 49 | 716 | 151 | 544 |
|     FORREST CITY WARD 2 BOX 3 PCT 48 | 182 | 4 | 176 |
|     FORREST CITY WARD 2 BOX 3 PCT 50 | 298 | 105 | 188 |
|     FORREST CITY WARD 2 BOX 3 PCT 51 | 35 | 7 | 26 |

Senate Plan:  Senate 2001  
Administrator:  Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| St. Francis County (continued) | | | |
| FORREST CITY WARD 3 BOX 1 PCT 52 | 1,188 | 611 | 557 |
| FORREST CITY WARD 3 BOX 3 PCT 53 | 1,181 | 446 | 696 |
| FORREST CITY WARD 3 BOX 3 PCT 54 | 69 | 12 | 57 |
| FORREST CITY WARD 3 BOX 3 PCT 55 | 116 | 23 | 93 |
| FORREST CITY WARD 3 BOX 3 PCT 56 | 334 | 251 | 66 |
| FORREST CITY WARD 4 BOX 1 PCT 57 | 203 | 4 | 197 |
| FORREST CITY WARD 4 BOX 1 PCT 58 | 150 | 2 | 147 |
| FORREST CITY WARD 4 BOX 2 PCT 60 | 783 | 197 | 555 |
| FORREST CITY WARD 4 BOX 2 PCT 61 | 0 | 0 | 0 |
| FORREST CITY WARD 4 BOX 2 PCT 62 | 9 | 5 | 1 |
| FORREST CITY WARD 4 BOX 2 PCT 64 | 138 | 80 | 52 |
| FORREST CITY WARD 4 BOX 2 PCT 65 | 160 | 103 | 51 |
| FORREST CITY WARD 4 BOX 3 PCT 66 | 1,302 | 279 | 995 |
| GARLAND PCT 4 | 269 | 160 | 99 |
| GRIGGS EAST PCT 8 | 27 | 25 | 2 |
| GRIGGS WEST PCT 9 | 25 | 9 | 15 |
| HETH PCT 6 | 108 | 70 | 35 |
| HUGHES WARD 1 PCT 1 | 752 | 134 | 610 |
| HUGHES WARD 2 PCT 2 | 185 | 28 | 149 |
| HUGHES WARD 3 PCT 3 | 504 | 183 | 310 |
| MADISON CITY PCT 14 | 769 | 96 | 640 |
| MADISON COUNTRY PCT 15 | 50 | 46 | 4 |
| MADISON TWP PCT 24 | 89 | 83 | 4 |
| MADISON TWP PCT 25 | 472 | 424 | 40 |
| NEWCASTLE PCT 19 | 760 | 666 | 77 |
| PARROT PCT 18 | 1,361 | 1,211 | 127 |
| RAWLINSON PCT 5 | 111 | 68 | 34 |
| ROUND POUND PCT 12 | 108 | 28 | 76 |
| ROUND POUND PCT 13 | 184 | 126 | 57 |

Senate Plan:  Senate 2001  
Administrator:  Apportionment Board

2/3/2012  
5:43 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 16** (continued) | | | |
| St. Francis County  (continued) | | | |
|     TUNI PCT 16 | 325 | 268 | 51 |
|     WIDENER CITY PCT 10 | 273 | 98 | 168 |
| **St. Francis County Subtotal** | **25,558** | **10,710** | **13,806** |
| **District 16 Subtotal** | **68,732** | **21,622** | **45,252** |
| **District 17** | | | |
| Crittenden County | | | |
|     Earle Ward 1 | 542 | 96 | 439 |
|     Earle Ward 2 | 860 | 212 | 641 |
|     Earle Ward 3 | 472 | 70 | 398 |
|     Earle Ward 4 | 524 | 12 | 500 |
|     East Black Oak | 345 | 292 | 37 |
|     Jackson 1 | 1,347 | 788 | 507 |
|     Jackson 2 | 279 | 200 | 75 |
|     Jasper 1 | 3,464 | 2,187 | 1,120 |
|     Jasper 2 | 3,894 | 2,390 | 1,348 |
|     Jasper 3 | 3,847 | 3,082 | 631 |
|     Jasper Country Box | 2,687 | 1,686 | 849 |
|     Jennette | 120 | 8 | 112 |
|     Memphis Ward 3 | 1,983 | 1,415 | 513 |
|     Mississippi TWP | | | |
|         050350302023019 | 0 | 0 | 0 |
|         050350302023020 | 0 | 0 | 0 |
|         050350302023021 | 0 | 0 | 0 |
|         050350302023022 | 0 | 0 | 0 |
|         050350302023031 | 0 | 0 | 0 |
|         050350302023032 | 0 | 0 | 0 |
|         050350302023034 | 0 | 0 | 0 |
|         050350302023035 | 0 | 0 | 0 |
|         050350306003033 | 0 | 0 | 0 |
|         050350306003034 | 0 | 0 | 0 |
|         050350306003035 | 6 | 6 | 0 |
|         050350306003036 | 17 | 13 | 4 |
|         050350306003038 | 0 | 0 | 0 |
|         050350306003039 | 0 | 0 | 0 |
|         050350306003040 | 0 | 0 | 0 |
|         050350306003041 | 0 | 0 | 0 |
|         050350306003042 | 0 | 0 | 0 |
|         050350306003043 | 0 | 0 | 0 |
|         050350307031010 | 0 | 0 | 0 |
|         050350307031011 | 0 | 0 | 0 |
|         050350307031017 | 0 | 0 | 0 |