

Exhibit 11