
# 2011 Arkansas Senate Districts

Benton County
Carroll County
Boone County
Marion County
Baxter County
Fulton County
Randolph County
Clay County
Washington County
Madison County
Newton County
Searcy County
Izard County
Sharp County
Lawrence County
Greene County
Crawford County
Franklin County
Johnson County
Pope County
Van Buren County
Stone County
Independence County
Jackson County
Poinsett County
Mississippi County
Cleburne County
Sebastian County
Logan County
Conway County
Faulkner County
White County
Woodruff County
Cross County
Crittenden County
Scott County
Yell County
Perry County
Prairie County
St. Francis County
Lee County
Monroe County
Phillips County
Polk County
Montgomery County
Garland County
Saline County
Pulaski County
Lonoke County
Arkansas County
Jefferson County
Hot Spring County
Howard County
Pike County
Clark County
Sevier County
Dallas County
Grant County
Lincoln County
Desha County
Little River County
Hempstead County
Nevada County
Ouachita County
Calhoun County
Bradley County
Drew County
Chicot County
Ashley County
Miller County
Lafayette County
Columbia County
Union County
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35
Little Rock
North Little Rock
Sherwood
College Station
Sweet Home
Cave Springs
Lowell
Elm Springs
Tontitown
Springdale
Johnson
Barling
Exhibit 13

Adopted by the Arkansas Board of Apportionment, July 29, 2011