Senate Plan:  Senate 2011                                                                                      2/3/2012
Administrator:  Apportionment Board                                                                  7:33 p.m.

## District 23

**Population Statistics**

| | | |
|---|---|---|
| Ideal Population: | 83,312 | |
| Actual Population: | 82,024 | |
| Absolute Deviation: | -1,288 | |
| Relative Deviation: | -1.55 % | |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 60,203 | 18,975 | 73.40 | 23.13 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 47,566 | 13,844 | 75.14 | 21.87 |

**District 23 Counties** (* indicates the County is not entirely within the district.)

Cross*
Jackson
Lee*
Monroe*
St. Francis*
White*
Woodruff*

## District 24

**Population Statistics**

| | | |
|---|---|---|
| Ideal Population: | 83,312 | |
| Actual Population: | 87,147 | |
| Absolute Deviation: | 3,835 | |
| Relative Deviation: | 4.60 % | |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 35,227 | 49,716 | 40.42 | 57.05 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 28,132 | 33,137 | 44.89 | 52.88 |

**District 24 Counties** (* indicates the County is not entirely within the district.)

Crittenden
Cross*
Lee*
Phillips*
St. Francis*

## District 25

# Exhibit 14a