Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:35 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 18 Subtotal** | **82,355** | **79,491** | **256** |
| **District 19** | | | |
| Fulton County (part) | 5,544 | 5,355 | 25 |
| Independence County | 36,647 | 33,688 | 722 |
| Izard County | 13,696 | 13,118 | 175 |
| Randolph County (part) | 10,752 | 10,429 | 62 |
| Sharp County | 17,264 | 16,582 | 93 |
| **District 19 Subtotal** | **83,903** | **79,172** | **1,077** |
| **District 20** | | | |
| Clay County | 16,083 | 15,682 | 56 |
| Craighead County (part) | 3,146 | 3,063 | 10 |
| Greene County | 42,090 | 40,578 | 233 |
| Lawrence County | 17,415 | 16,952 | 137 |
| Randolph County (part) | 7,217 | 6,910 | 66 |
| **District 20 Subtotal** | **85,951** | **83,185** | **502** |
| **District 21** | | | |
| Craighead County (part) | 84,049 | 66,406 | 12,542 |
| **District 21 Subtotal** | **84,049** | **66,406** | **12,542** |
| **District 22** | | | |
| Craighead County (part) | 9,248 | 8,854 | 88 |
| Mississippi County | 46,480 | 28,653 | 15,817 |
| Poinsett County | 24,583 | 22,089 | 1,775 |
| **District 22 Subtotal** | **80,311** | **59,596** | **17,680** |
| **District 23** | | | |
| Cross County (part) | 16,547 | 13,035 | 3,143 |
| Jackson County | 17,997 | 14,363 | 3,000 |
| Lee County (part) | 2,822 | 1,642 | 1,104 |
| Monroe County (part) | 4,736 | 2,616 | 1,985 |
| St. Francis County (part) | 17,762 | 8,990 | 7,962 |
| White County (part) | 15,741 | 14,776 | 313 |
| Woodruff County (part) | 6,419 | 4,781 | 1,468 |
| **District 23 Subtotal** | **82,024** | **60,203** | **18,975** |
| **District 24** | | | |
| Crittenden County | 50,902 | 23,446 | 26,051 |
| Cross County (part) | 1,323 | 460 | 829 |
| Lee County (part) | 7,602 | 2,739 | 4,657 |

Exhibit 14b

10-4

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:35 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 24** (continued) | | | |
| Phillips County (part) | 16,824 | 5,070 | 11,474 |
| St. Francis County (part) | 10,496 | 3,512 | 6,705 |
| **District 24 Subtotal** | **87,147** | **35,227** | **49,716** |
| **District 25** | | | |
| Arkansas County (part) | 2,501 | 2,198 | 251 |
| Desha County (part) | 5,903 | 2,146 | 3,452 |
| Jefferson County (part) | 61,587 | 21,892 | 37,956 |
| Lincoln County (part) | 6,155 | 2,376 | 3,582 |
| Monroe County (part) | 465 | 355 | 108 |
| Phillips County (part) | 4,933 | 2,548 | 2,245 |
| **District 25 Subtotal** | **81,544** | **31,515** | **47,594** |
| **District 26** | | | |
| Ashley County | 21,853 | 15,143 | 5,640 |
| Bradley County | 11,508 | 6,934 | 3,173 |
| Chicot County | 11,800 | 4,864 | 6,381 |
| Cleveland County (part) | 4,173 | 3,992 | 92 |
| Desha County (part) | 7,105 | 4,084 | 2,764 |
| Drew County | 18,509 | 12,739 | 5,144 |
| Lincoln County (part) | 7,979 | 7,031 | 641 |
| **District 26 Subtotal** | **82,927** | **54,787** | **23,835** |
| **District 27** | | | |
| Calhoun County | 5,368 | 4,001 | 1,192 |
| Cleveland County (part) | 4,516 | 3,460 | 967 |
| Grant County (part) | 2,993 | 2,763 | 175 |
| Jefferson County (part) | 15,848 | 10,615 | 4,683 |
| Ouachita County (part) | 12,219 | 5,579 | 6,219 |
| Union County | 41,639 | 26,276 | 13,721 |
| **District 27 Subtotal** | **82,583** | **52,694** | **26,957** |
| **District 28** | | | |
| Arkansas County (part) | 16,518 | 11,461 | 4,410 |
| Lonoke County (part) | 16,532 | 12,653 | 3,218 |
| Monroe County (part) | 2,948 | 1,613 | 1,237 |
| Prairie County | 8,715 | 7,529 | 1,064 |
| White County (part) | 39,278 | 34,513 | 2,585 |
| Woodruff County (part) | 841 | 294 | 526 |

10-5