Senate Plan:  Senate 2011
Administrator:  Apportionment Board

2/3/2012
7:53 p.m.

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 18 Subtotal** | **82,355** | **65,144** | **63,219** | **176** |
| **District 19** | | | | |
| Fulton County (part) | 5,544 | 4,461 | 4,338 | 12 |
| Independence County | 36,647 | 27,855 | 25,941 | 511 |
| Izard County | 13,696 | 11,071 | 10,632 | 166 |
| Randolph County (part) | 10,752 | 8,303 | 8,089 | 39 |
| Sharp County | 17,264 | 13,547 | 13,092 | 52 |
| **District 19 Subtotal** | **83,903** | **65,237** | **62,092** | **780** |
| **District 20** | | | | |
| Clay County | 16,083 | 12,493 | 12,219 | 38 |
| Craighead County (part) | 3,146 | 2,323 | 2,269 | 5 |
| Greene County | 42,090 | 31,500 | 30,556 | 155 |
| Lawrence County | 17,415 | 13,423 | 13,107 | 110 |
| Randolph County (part) | 7,217 | 5,495 | 5,291 | 55 |
| **District 20 Subtotal** | **85,951** | **65,234** | **63,442** | **363** |
| **District 21** | | | | |
| Craighead County (part) | 84,049 | 63,057 | 52,041 | 7,913 |
| **District 21 Subtotal** | **84,049** | **63,057** | **52,041** | **7,913** |
| **District 22** | | | | |
| Craighead County (part) | 9,248 | 6,922 | 6,670 | 61 |
| Mississippi County | 46,480 | 33,376 | 21,978 | 10,270 |
| Poinsett County | 24,583 | 18,624 | 17,012 | 1,210 |
| **District 22 Subtotal** | **80,311** | **58,922** | **45,660** | **11,541** |
| **District 23** | | | | |
| Cross County (part) | 16,547 | 12,360 | 9,963 | 2,171 |
| Jackson County | 17,997 | 14,263 | 11,642 | 2,231 |
| Lee County (part) | 2,822 | 2,243 | 1,300 | 892 |
| Monroe County (part) | 4,736 | 3,652 | 2,152 | 1,415 |
| St. Francis County (part) | 17,762 | 14,024 | 7,469 | 5,881 |
| White County (part) | 15,741 | 11,830 | 11,261 | 190 |
| Woodruff County (part) | 6,419 | 4,935 | 3,779 | 1,064 |
| **District 23 Subtotal** | **82,024** | **63,307** | **47,566** | **13,844** |
| **District 24** | | | | |
| Crittenden County | 50,902 | 36,093 | 18,259 | 16,963 |
| Cross County (part) | 1,323 | 1,016 | 401 | 590 |
| Lee County (part) | 7,602 | 6,021 | 2,403 | 3,476 |

# Exhibit 14c

10-4

Senate Plan:  Senate 2011
Administrator:  Apportionment Board

2/3/2012
7:53 p.m.

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 24** (continued) | | | | |
| Phillips County (part) | 16,824 | 11,979 | 4,201 | 7,596 |
| St. Francis County (part) | 10,496 | 7,557 | 2,868 | 4,512 |
| **District 24 Subtotal** | **87,147** | **62,666** | **28,132** | **33,137** |
| **District 25** | | | | |
| Arkansas County (part) | 2,501 | 2,012 | 1,773 | 200 |
| Desha County (part) | 5,903 | 4,272 | 1,715 | 2,363 |
| Jefferson County (part) | 61,587 | 46,199 | 17,791 | 27,269 |
| Lincoln County (part) | 6,155 | 5,438 | 2,177 | 3,111 |
| Monroe County (part) | 465 | 382 | 306 | 75 |
| Phillips County (part) | 4,933 | 3,665 | 2,012 | 1,589 |
| **District 25 Subtotal** | **81,544** | **61,968** | **25,774** | **34,607** |
| **District 26** | | | | |
| Ashley County | 21,853 | 16,523 | 11,796 | 4,086 |
| Bradley County | 11,508 | 8,827 | 5,537 | 2,438 |
| Chicot County | 11,800 | 9,076 | 4,061 | 4,671 |
| Cleveland County (part) | 4,173 | 3,188 | 3,085 | 59 |
| Desha County (part) | 7,105 | 5,359 | 3,213 | 1,989 |
| Drew County | 18,509 | 14,148 | 9,982 | 3,790 |
| Lincoln County (part) | 7,979 | 5,953 | 5,354 | 423 |
| **District 26 Subtotal** | **82,927** | **63,074** | **43,028** | **17,456** |
| **District 27** | | | | |
| Calhoun County | 5,368 | 4,266 | 3,222 | 927 |
| Cleveland County (part) | 4,516 | 3,350 | 2,631 | 666 |
| Grant County (part) | 2,993 | 2,284 | 2,115 | 132 |
| Jefferson County (part) | 15,848 | 12,808 | 8,971 | 3,471 |
| Ouachita County (part) | 12,219 | 8,921 | 4,282 | 4,418 |
| Union County | 41,639 | 31,578 | 20,810 | 9,761 |
| **District 27 Subtotal** | **82,583** | **63,207** | **42,031** | **19,375** |
| **District 28** | | | | |
| Arkansas County (part) | 16,518 | 12,582 | 9,072 | 3,089 |
| Lonoke County (part) | 16,532 | 12,503 | 9,797 | 2,306 |
| Monroe County (part) | 2,948 | 2,275 | 1,340 | 869 |
| Prairie County | 8,715 | 6,837 | 5,998 | 758 |
| White County (part) | 39,278 | 30,340 | 27,175 | 1,862 |
| Woodruff County (part) | 841 | 653 | 248 | 389 |