Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| **Woodruff County Subtotal** | **6,419** | **4,781** | **1,468** |
| **District 23 Subtotal** | **82,024** | **60,203** | **18,975** |
| **District 24** | | | |
| Crittenden County | 50,902 | 23,446 | 26,051 |
| Cross County | | | |
| Parkin Ward 1 | 432 | 160 | 252 |
| Parkin Ward 2 | 377 | 97 | 270 |
| Parkin Ward 3 | 296 | 50 | 245 |
| Tyronza | 218 | 153 | 62 |
| **Cross County Subtotal** | **1,323** | **460** | **829** |
| Lee County | | | |
| Bear Creek | 36 | 33 | 2 |
| Council | 27 | 21 | 6 |
| Hardy | 11 | 9 | 2 |
| Independence | 1,028 | 583 | 422 |
| Liberty | 86 | 73 | 4 |
| Marianna Ward 1 | 914 | 219 | 658 |
| Marianna Ward 2 | 1,037 | 363 | 645 |
| Marianna Ward 3 | 1,207 | 185 | 999 |
| Marianna Ward 4 | 958 | 92 | 853 |
| Richland | | | |
| 050774701002059 | 0 | 0 | 0 |
| 050774701002060 | 61 | 57 | 0 |
| 050774701002061 | 5 | 0 | 5 |
| 050774701002067 | 0 | 0 | 0 |
| 050774701002068 | 4 | 4 | 0 |
| 050774701002069 | 0 | 0 | 0 |
| 050774701002070 | 0 | 0 | 0 |
| 050774701002071 | 12 | 7 | 5 |
| 050774701002072 | 3 | 0 | 3 |
| 050774701002073 | 3 | 3 | 0 |
| 050774701002074 | 0 | 0 | 0 |
| 050774701002075 | 0 | 0 | 0 |
| 050774701002076 | 0 | 0 | 0 |
| 050774701002077 | 0 | 0 | 0 |
| 050774701002078 | 0 | 0 | 0 |
| 050774701002079 | 0 | 0 | 0 |
| 050774701002080 | 12 | 12 | 0 |
| 050774701002081 | 8 | 6 | 2 |
| 050774701002082 | 0 | 0 | 0 |
| 050774701002083 | 3 | 0 | 3 |
| 050774701002084 | 0 | 0 | 0 |



Exhibit 14d

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Lee County (continued) | | | |
| 050774701002085 | 5 | 4 | 1 |
| 050774701002086 | 8 | 8 | 0 |
| 050774701002087 | 12 | 8 | 0 |
| 050774701002088 | 0 | 0 | 0 |
| 050774701002089 | 0 | 0 | 0 |
| 050774701002091 | 0 | 0 | 0 |
| 050774701002092 | 0 | 0 | 0 |
| 050774701002093 | 0 | 0 | 0 |
| 050774701002095 | 0 | 0 | 0 |
| 050774701002096 | 0 | 0 | 0 |
| 050774701002097 | 0 | 0 | 0 |
| 050774701002098 | 0 | 0 | 0 |
| 050774701002099 | 0 | 0 | 0 |
| 050774701002139 | 0 | 0 | 0 |
| 050774701002143 | 7 | 7 | 0 |
| 050774701002144 | 0 | 0 | 0 |
| 050774701002145 | 8 | 6 | 2 |
| 050774701002146 | 3 | 3 | 0 |
| 050774701002148 | 3 | 3 | 0 |
| 050774701002149 | 0 | 0 | 0 |
| 050774701002150 | 2 | 0 | 2 |
| 050774701002151 | 7 | 7 | 0 |
| 050774701002152 | 0 | 0 | 0 |
| 050774701002153 | 0 | 0 | 0 |
| 050774701002154 | 15 | 8 | 7 |
| 050774701002155 | 6 | 3 | 3 |
| 050774701002156 | 0 | 0 | 0 |
| 050774701002157 | 0 | 0 | 0 |
| 050774701002158 | 0 | 0 | 0 |
| 050774701002160 | 17 | 15 | 0 |
| 050774701002161 | 9 | 6 | 3 |
| 050774701002162 | 0 | 0 | 0 |
| 050774701002163 | 1 | 1 | 0 |
| 050774701002164 | 3 | 0 | 3 |
| 050774701002165 | 14 | 2 | 12 |
| 050774701002166 | 9 | 3 | 6 |
| 050774701002167 | 0 | 0 | 0 |
| 050774701002168 | 13 | 7 | 6 |
| 050774701002169 | 0 | 0 | 0 |
| 050774704002020 | 7 | 7 | 0 |
| 050774704002021 | 43 | 14 | 29 |
| 050774704002030 | 32 | 14 | 18 |
| 050774704002031 | 17 | 4 | 13 |
| 050774704002032 | 17 | 10 | 7 |
| 050774704002033 | 24 | 16 | 5 |
| 050774704002091 | 13 | 0 | 13 |
| 050774704002092 | 0 | 0 | 0 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Lee County (continued) | | | |
| 050774704002093 | 10 | 7 | 2 |
| **Richland Subtotal** | **416** | **252** | **150** |
| St. Francis | 1,882 | 909 | 916 |
| Walnut | 0 | 0 | 0 |
| **Lee County Subtotal** | **7,602** | **2,739** | **4,657** |
| Phillips County | | | |
| Cleburne 2 Voting District | 257 | 154 | 98 |
| Cleburne Voting District | 403 | 174 | 228 |
| Helena Ward 1 Voting District | 1,084 | 82 | 978 |
| Helena Ward 2 Voting District | | | |
| 051074801001066 | 34 | 8 | 26 |
| 051074801001067 | 51 | 8 | 43 |
| 051074801001068 | 28 | 0 | 28 |
| 051074801001069 | 19 | 0 | 16 |
| 051074801001070 | 2 | 2 | 0 |
| 051074801002005 | 20 | 5 | 15 |
| 051074801002011 | 128 | 48 | 80 |
| 051074801002012 | 10 | 5 | 5 |
| 051074801002020 | 11 | 3 | 8 |
| 051074801004030 | 0 | 0 | 0 |
| 051074801005006 | 14 | 1 | 13 |
| 051074801005007 | 10 | 2 | 8 |
| 051074801005008 | 9 | 0 | 9 |
| 051074801005009 | 11 | 0 | 11 |
| 051074801005010 | 16 | 1 | 15 |
| 051074801005011 | 32 | 4 | 28 |
| 051074801005023 | 10 | 0 | 10 |
| 051074801005024 | 3 | 1 | 2 |
| 051074801005025 | 31 | 5 | 26 |
| 051074801005026 | 10 | 10 | 0 |
| 051074801005027 | 32 | 19 | 13 |
| 051074801005028 | 7 | 2 | 5 |
| 051074804001000 | 4 | 0 | 4 |
| 051074804001001 | 8 | 1 | 4 |
| 051074804001002 | 44 | 8 | 36 |
| 051074804001003 | 88 | 11 | 77 |
| 051074804001004 | 12 | 4 | 8 |
| 051074804001005 | 53 | 0 | 53 |
| 051074804001006 | 9 | 3 | 6 |
| 051074804001007 | 28 | 2 | 25 |
| 051074804001008 | 41 | 0 | 41 |
| 051074804001009 | 26 | 0 | 26 |
| 051074804001010 | 11 | 0 | 11 |
| 051074804001011 | 0 | 0 | 0 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| 051074804001012 | 35 | 2 | 33 |
| 051074804001015 | 0 | 0 | 0 |
| 051074804002000 | 258 | 64 | 191 |
| 051074804002001 | 19 | 1 | 18 |
| 051074804002002 | 46 | 28 | 18 |
| 051074804002003 | 0 | 0 | 0 |
| 051074804002004 | 1 | 0 | 1 |
| 051074804002005 | 6 | 6 | 0 |
| 051074804002006 | 0 | 0 | 0 |
| 051074804002007 | 32 | 3 | 27 |
| 051074804002008 | 0 | 0 | 0 |
| 051074804002012 | 33 | 12 | 21 |
| 051074804002013 | 39 | 9 | 30 |
| 051074804002014 | 1 | 1 | 0 |
| 051074804002015 | 0 | 0 | 0 |
| 051074804002016 | 0 | 0 | 0 |
| 051074804002017 | 0 | 0 | 0 |
| 051074804002020 | 3 | 0 | 3 |
| 051074804002027 | 0 | 0 | 0 |
| 051074804002028 | 0 | 0 | 0 |
| 051074804002029 | 0 | 0 | 0 |
| 051074804002030 | 0 | 0 | 0 |
| 051074804002031 | 0 | 0 | 0 |
| 051074804002032 | 0 | 0 | 0 |
| 051074804002033 | 0 | 0 | 0 |
| 051074804002034 | 0 | 0 | 0 |
| 051074804002035 | 0 | 0 | 0 |
| 051074804002036 | 0 | 0 | 0 |
| 051074804002037 | 0 | 0 | 0 |
| 051074804002038 | 26 | 0 | 23 |
| 051074804002039 | 2 | 2 | 0 |
| 051074804002040 | 2 | 2 | 0 |
| 051074804002041 | 0 | 0 | 0 |
| 051074804002042 | 0 | 0 | 0 |
| 051074804002043 | 0 | 0 | 0 |
| 051074804002044 | 2 | 2 | 0 |
| 051074804002045 | 0 | 0 | 0 |
| 051074804002046 | 0 | 0 | 0 |
| 051074804002047 | 0 | 0 | 0 |
| 051074804002048 | 0 | 0 | 0 |
| 051074804002066 | 0 | 0 | 0 |
| 051074804002097 | 0 | 0 | 0 |
| 051074804002100 | 0 | 0 | 0 |
| **Helena Ward 2 Voting District Subtotal** | **1,317** | **285** | **1,017** |
| Helena Ward 3 Voting District | 1,530 | 873 | 631 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| Helena Ward 4 Voting District | | | |
| 051074804001013 | 145 | 4 | 140 |
| 051074804001014 | 2 | 1 | 0 |
| 051074804001016 | 59 | 8 | 51 |
| 051074804002018 | 10 | 6 | 3 |
| 051074804002019 | 8 | 8 | 0 |
| 051074804002021 | 144 | 14 | 130 |
| 051074804002022 | 8 | 0 | 8 |
| 051074804002023 | 2 | 2 | 0 |
| 051074804002024 | 0 | 0 | 0 |
| 051074804002025 | 129 | 45 | 84 |
| 051074804002026 | 12 | 0 | 12 |
| 051074804002049 | 0 | 0 | 0 |
| 051074804002057 | 0 | 0 | 0 |
| 051074804002067 | 0 | 0 | 0 |
| 051074804002068 | 0 | 0 | 0 |
| 051074804002069 | 0 | 0 | 0 |
| 051074804002093 | 9 | 0 | 9 |
| 051074804002094 | 0 | 0 | 0 |
| 051074804002095 | 0 | 0 | 0 |
| 051074804002099 | 0 | 0 | 0 |
| 051074804003026 | 22 | 0 | 22 |
| 051074804003027 | 30 | 0 | 30 |
| 051074804003028 | 13 | 0 | 13 |
| 051074804003029 | 4 | 0 | 4 |
| 051074804003034 | 21 | 0 | 21 |
| 051074804003035 | 11 | 1 | 9 |
| 051074804003036 | 23 | 0 | 23 |
| 051074804003037 | 0 | 0 | 0 |
| 051074804003038 | 0 | 0 | 0 |
| 051074804003044 | 0 | 0 | 0 |
| 051074804003045 | 0 | 0 | 0 |
| 051074804003048 | 0 | 0 | 0 |
| 051074804003049 | 0 | 0 | 0 |
| 051074804003050 | 0 | 0 | 0 |
| 051074804003051 | 0 | 0 | 0 |
| 051074804003052 | 0 | 0 | 0 |
| 051074804003053 | 0 | 0 | 0 |
| 051074804003054 | 0 | 0 | 0 |
| 051074804003055 | 35 | 11 | 24 |
| 051074804003056 | 1 | 0 | 1 |
| 051074804003057 | 0 | 0 | 0 |
| 051074804003058 | 0 | 0 | 0 |
| 051074804003059 | 0 | 0 | 0 |
| 051074804003060 | 0 | 0 | 0 |
| 051074804003061 | 0 | 0 | 0 |
| 051074804003062 | 0 | 0 | 0 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| 051074804003063 | 7 | 0 | 7 |
| 051074804003064 | 7 | 0 | 7 |
| 051074804003065 | 0 | 0 | 0 |
| 051074804003066 | 6 | 0 | 6 |
| 051074804003067 | 0 | 0 | 0 |
| 051074804003068 | 0 | 0 | 0 |
| 051074804003069 | 15 | 1 | 14 |
| 051074804003070 | 0 | 0 | 0 |
| 051074804003071 | 11 | 0 | 11 |
| 051074804003072 | 15 | 0 | 15 |
| 051074804003073 | 0 | 0 | 0 |
| 051074804003074 | 0 | 0 | 0 |
| 051074804003075 | 6 | 6 | 0 |
| 051074804003076 | 0 | 0 | 0 |
| 051074804003077 | 0 | 0 | 0 |
| 051074804003078 | 1 | 0 | 1 |
| 051074804003079 | 4 | 0 | 4 |
| 051074804003080 | 8 | 0 | 7 |
| 051074804003081 | 0 | 0 | 0 |
| 051074804003082 | 0 | 0 | 0 |
| 051074804003083 | 0 | 0 | 0 |
| **Helena Ward 4 Voting District Subtotal** | **768** | **107** | **656** |
| Hickory Ridge Voting District | 376 | 197 | 172 |
| Hornor 1 Voting District | | | |
| 051074802001065 | 23 | 16 | 7 |
| 051074802001066 | 0 | 0 | 0 |
| 051074802001086 | 17 | 0 | 17 |
| 051074802001087 | 5 | 5 | 0 |
| 051074802001088 | 4 | 2 | 2 |
| 051074802001089 | 5 | 3 | 0 |
| **Hornor 1 Voting District Subtotal** | **54** | **26** | **26** |
| Hornor 2 Voting District | | | |
| 051074803004004 | 22 | 3 | 19 |
| 051074803004021 | 17 | 14 | 2 |
| 051074803004022 | 26 | 26 | 0 |
| 051074803004024 | 2 | 2 | 0 |
| 051074803004025 | 0 | 0 | 0 |
| 051074803004026 | 178 | 49 | 122 |
| 051074803004027 | 56 | 4 | 47 |
| 051074803004028 | 6 | 0 | 3 |
| 051074803004029 | 9 | 0 | 9 |
| 051074803004064 | 25 | 20 | 5 |
| 051074803004065 | 128 | 68 | 57 |
| 051074803004066 | 26 | 3 | 23 |

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| 051074803004067 | 26 | 9 | 16 |
| 051074803004086 | 17 | 15 | 2 |
| 051074803004087 | 8 | 4 | 4 |
| 051074803004091 | 47 | 0 | 44 |
| 051074805001012 | 0 | 0 | 0 |
| 051074805001013 | 0 | 0 | 0 |
| 051074805001022 | 0 | 0 | 0 |
| 051074805001023 | 0 | 0 | 0 |
| 051074805002008 | 7 | 0 | 7 |
| 051074805002010 | 20 | 0 | 20 |
| 051074805003014 | 0 | 0 | 0 |
| **Hornor 2 Voting District Subtotal** | **620** | **217** | **380** |
| Hornor 4 Voting District | 38 | 36 | 2 |
| Hornor 5 Voting District | 74 | 48 | 25 |
| Hornor 6 Voting Precinct | 90 | 78 | 11 |
| Languille Voting District | 38 | 35 | 3 |
| Lexa Voting District | 286 | 204 | 77 |
| Marion Voting District | 589 | 275 | 309 |
| Marvel Ward 1 Voting District | 390 | 254 | 131 |
| Marvel Ward 2 Voting District | 466 | 148 | 305 |
| Marvel Ward 3 Voting District | 318 | 8 | 303 |
| Spring Creek 4 Voting District | | | |
| 051074802001004 | 0 | 0 | 0 |
| 051074802001005 | 2 | 2 | 0 |
| 051074802001006 | 7 | 1 | 0 |
| 051074802001010 | 0 | 0 | 0 |
| 051074802001011 | 11 | 11 | 0 |
| 051074802001012 | 41 | 41 | 0 |
| 051074802001013 | 39 | 27 | 12 |
| 051074802001014 | 0 | 0 | 0 |
| 051074802001015 | 40 | 24 | 16 |
| 051074802001016 | 60 | 54 | 6 |
| 051074802001021 | 11 | 11 | 0 |
| 051074802001022 | 31 | 21 | 10 |
| 051074802001025 | 3 | 3 | 0 |
| 051074802001028 | 0 | 0 | 0 |
| 051074802001045 | 0 | 0 | 0 |
| 051074802001046 | 21 | 17 | 4 |
| 051074802001050 | 11 | 5 | 6 |
| 051074802001051 | 0 | 0 | 0 |
| 051074802001052 | 6 | 6 | 0 |
| 051074802001053 | 0 | 0 | 0 |
| 051074802001054 | 21 | 21 | 0 |
| 051074802001055 | 0 | 0 | 0 |

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| 051074802001056 | 48 | 41 | 7 |
| 051074802001057 | 0 | 0 | 0 |
| 051074802001058 | 18 | 18 | 0 |
| 051074802001059 | 0 | 0 | 0 |
| 051074802001060 | 16 | 16 | 0 |
| 051074802001061 | 0 | 0 | 0 |
| 051074802001062 | 5 | 2 | 3 |
| 051074802001063 | 0 | 0 | 0 |
| 051074802001064 | 0 | 0 | 0 |
| **Spring Creek 4 Voting District Subtotal** | **391** | **321** | **64** |
| West Helena Precinct 1 Voting District | 1,174 | 17 | 1,142 |
| West Helena Precinct 1A Voting District | 129 | 9 | 119 |
| West Helena Precinct 1B Voting District | | | |
| 051074805002000 | 28 | 8 | 20 |
| 051074805002001 | 4 | 4 | 0 |
| 051074805002003 | 6 | 0 | 6 |
| 051074805002004 | 1 | 0 | 1 |
| 051074805002012 | 0 | 0 | 0 |
| **West Helena Precinct 1B Voting District Subtotal** | **39** | **12** | **27** |
| West Helena Precinct 1C Voting District | 54 | 0 | 54 |
| West Helena Precinct 2 Voting District | 1,576 | 533 | 1,011 |
| West Helena Precinct 2A Voting District | 227 | 53 | 174 |
| West Helena Precinct 2B Voting District | 25 | 22 | 3 |
| West Helena Precinct 2C Voting District | 180 | 5 | 175 |
| West Helena Precinct 2D Voting District | 25 | 5 | 20 |
| West Helena Precinct 2E Voting District | 47 | 12 | 31 |
| West Helena Precinct 2F Voting District | 48 | 4 | 40 |
| West Helena Precinct 2G | 85 | 12 | 73 |
| West Helena Precinct 2H Voting District | 68 | 0 | 68 |
| West Helena Precinct 2I Voting District | 13 | 0 | 13 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County (continued) | | | |
| West Helena Precinct 3 Voting District | 797 | 312 | 469 |
| West Helena Precinct 3A Voting District | 122 | 6 | 111 |
| West Helena Precinct 3B Voting District | 393 | 68 | 320 |
| West Helena Precinct 3C Voting District | 50 | 2 | 47 |
| West Helena Precinct 3D | 0 | 0 | 0 |
| West Helena Precinct 3E Voting District | 66 | 12 | 54 |
| West Helena Precinct 3F Voting District | 721 | 197 | 508 |
| West Helena Precinct 3H Voting District | 123 | 20 | 98 |
| West Helena Precinct 4 Voting District | 214 | 2 | 212 |
| West Helena Precinct 4A Voting District | 0 | 0 | 0 |
| West Helena Precinct 4B Voting District | 71 | 0 | 71 |
| West Helena Precinct 4C Voting District | 106 | 0 | 105 |
| West Helena Precinct 4C2 Voting District | 390 | 35 | 353 |
| West Helena Precinct 4C3 Voting District | 702 | 183 | 498 |
| West Helena Precinct 4C5 Voting District | 41 | 0 | 41 |
| West Helena Precinct 4C6 Voting District | 99 | 0 | 99 |
| West Helena Precinct 4C7 Voting District | 70 | 0 | 70 |
| West Helena Precinct WH2A Voting District | 80 | 27 | 52 |
| **Phillips County Subtotal** | **16,824** | **5,070** | **11,474** |
| St. Francis County | | | |
| BLACKFISH PCT 7 | 129 | 60 | 61 |
| FORREST CITY WARD 1 BOX 1 PCT 35 | | | |
| 051239606002016 | 25 | 0 | 25 |
| 051239606002017 | 9 | 0 | 9 |
| 051239606002018 | 11 | 0 | 11 |
| 051239606002019 | 31 | 0 | 31 |
| 051239606002020 | 19 | 0 | 18 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239606002021 | 28 | 4 | 24 |
| 051239606002025 | 5 | 0 | 5 |
| 051239606002026 | 16 | 0 | 16 |
| 051239606002027 | 1 | 0 | 1 |
| 051239606002028 | 7 | 0 | 7 |
| 051239606002029 | 2 | 0 | 1 |
| 051239606002030 | 8 | 0 | 6 |
| 051239606002031 | 0 | 0 | 0 |
| 051239606002032 | 0 | 0 | 0 |
| 051239606002033 | 0 | 0 | 0 |
| 051239606002034 | 17 | 0 | 17 |
| 051239606003023 | 89 | 2 | 87 |
| 051239606006000 | 216 | 8 | 205 |
| 051239606006001 | 0 | 0 | 0 |
| 051239606006002 | 7 | 0 | 7 |
| 051239606006003 | 3 | 0 | 3 |
| 051239606006004 | 23 | 0 | 23 |
| 051239606006005 | 1 | 0 | 1 |
| 051239606006006 | 34 | 0 | 34 |
| 051239606006010 | 1 | 0 | 0 |
| 051239606006011 | 36 | 0 | 36 |
| 051239606006012 | 0 | 0 | 0 |
| 051239606006013 | 27 | 0 | 24 |
| 051239606006014 | 13 | 0 | 13 |
| 051239606006015 | 0 | 0 | 0 |
| 051239606006016 | 21 | 4 | 17 |
| 051239606006017 | 9 | 1 | 8 |
| 051239606006018 | 116 | 8 | 107 |
| 051239606006019 | 11 | 0 | 11 |
| 051239606006020 | 38 | 0 | 38 |
| 051239606006021 | 16 | 0 | 16 |
| 051239606006024 | 5 | 0 | 5 |
| 051239606006025 | 33 | 2 | 30 |
| 051239606006030 | 2 | 0 | 2 |
| **FORREST CITY WARD 1 BOX 1 PCT 35 Subtotal** | **880** | **29** | **838** |
| FORREST CITY WARD 1 BOX 1 PCT 36 | 297 | 50 | 243 |
| FORREST CITY WARD 1 BOX 2 PCT 36 | 359 | 1 | 354 |
| FORREST CITY WARD 1 BOX 3 PCT 67 | 61 | 0 | 56 |
| FORREST CITY WARD 3 BOX 3 PCT 53 | | | |
| 051239602005066 | 0 | 0 | 0 |
| 051239602005097 | 0 | 0 | 0 |
| 051239605001010 | 114 | 47 | 65 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239605001011 | 7 | 7 | 0 |
| 051239605001012 | 67 | 0 | 67 |
| 051239605001013 | 40 | 13 | 25 |
| 051239605001016 | 8 | 1 | 7 |
| 051239605001017 | 0 | 0 | 0 |
| 051239605001018 | 15 | 14 | 1 |
| 051239605001032 | 0 | 0 | 0 |
| 051239605001033 | 0 | 0 | 0 |
| 051239605001034 | 0 | 0 | 0 |
| 051239605001035 | 0 | 0 | 0 |
| 051239605002007 | 41 | 15 | 26 |
| 051239605002008 | 301 | 70 | 219 |
| 051239605002009 | 0 | 0 | 0 |
| 051239605002010 | 0 | 0 | 0 |
| 051239605002011 | 26 | 11 | 6 |
| 051239605002012 | 0 | 0 | 0 |
| 051239605002013 | 0 | 0 | 0 |
| 051239605002014 | 88 | 50 | 38 |
| 051239605002015 | 0 | 0 | 0 |
| 051239605002016 | 0 | 0 | 0 |
| 051239605004000 | 249 | 134 | 105 |
| 051239605004001 | 5 | 0 | 5 |
| 051239605004002 | 0 | 0 | 0 |
| 051239605004003 | 28 | 10 | 18 |
| 051239605004004 | 38 | 8 | 26 |
| 051239605004005 | 1 | 0 | 1 |
| 051239605004018 | 7 | 0 | 7 |
| 051239605004019 | 54 | 7 | 47 |
| 051239605004020 | 36 | 27 | 9 |
| 051239605004023 | 13 | 0 | 13 |
| 051239605004025 | 36 | 25 | 11 |
| **FORREST CITY WARD 3 BOX 3 PCT 53 Subtotal** | **1,174** | **439** | **696** |
| FORREST CITY WARD 3 BOX 3 PCT 54 | 69 | 12 | 57 |
| FORREST CITY WARD 3 BOX 3 PCT 55 | 116 | 23 | 93 |
| FORREST CITY WARD 3 BOX 3 PCT 56 | 334 | 251 | 66 |
| FORREST CITY WARD 4 BOX 1 PCT 57 | | | |
| 051239606003039 | 128 | 0 | 128 |
| 051239606003040 | 46 | 0 | 46 |
| 051239606003041 | 27 | 4 | 21 |
| **FORREST CITY WARD 4 BOX 1 PCT 57 Subtotal** | **201** | **4** | **195** |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| FORREST CITY WARD 4 BOX 1 PCT 58 | 150 | 2 | 147 |
| FORREST CITY WARD 4 BOX 2 PCT 60 | 783 | 197 | 555 |
| FORREST CITY WARD 4 BOX 2 PCT 61 | 0 | 0 | 0 |
| FORREST CITY WARD 4 BOX 2 PCT 62 | 9 | 5 | 1 |
| FORREST CITY WARD 4 BOX 2 PCT 64 | 138 | 80 | 52 |
| FORREST CITY WARD 4 BOX 2 PCT 65 | 160 | 103 | 51 |
| FORREST CITY WARD 4 BOX 3 PCT 66 | 1,302 | 279 | 995 |
| GARLAND PCT 4 | 269 | 160 | 99 |
| GRIGGS EAST PCT 8 | 27 | 25 | 2 |
| GRIGGS WEST PCT 9 | 25 | 9 | 15 |
| HETH PCT 6 | 108 | 70 | 35 |
| HUGHES WARD 1 PCT 1 | 752 | 134 | 610 |
| HUGHES WARD 2 PCT 2 | 185 | 28 | 149 |
| HUGHES WARD 3 PCT 3 | 504 | 183 | 310 |
| MADISON CITY PCT 14 | 769 | 96 | 640 |
| MADISON COUNTRY PCT 15 | 50 | 46 | 4 |
| MADISON TWP PCT 24 | 89 | 83 | 4 |
| MADISON TWP PCT 25 | | | |
| 051239602004031 | 0 | 0 | 0 |
| 051239602004032 | 0 | 0 | 0 |
| 051239602004063 | 5 | 0 | 5 |
| 051239602005057 | 2 | 2 | 0 |
| 051239602005061 | 3 | 3 | 0 |
| 051239602005062 | 0 | 0 | 0 |
| 051239602005064 | 21 | 19 | 0 |
| 051239602005065 | 0 | 0 | 0 |
| 051239602005067 | 0 | 0 | 0 |
| 051239602005101 | 0 | 0 | 0 |
| 051239602005102 | 0 | 0 | 0 |
| 051239602005103 | 0 | 0 | 0 |
| 051239602005115 | 0 | 0 | 0 |
| 051239605001000 | 55 | 40 | 15 |
| 051239605001001 | 12 | 12 | 0 |
| 051239605001002 | 0 | 0 | 0 |
| 051239605001003 | 0 | 0 | 0 |
| 051239605002000 | 0 | 0 | 0 |
| 051239605002001 | 83 | 70 | 10 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239605002002 | 0 | 0 | 0 |
| 051239605002006 | 4 | 4 | 0 |
| 051239605002017 | 0 | 0 | 0 |
| 051239605002021 | 0 | 0 | 0 |
| 051239605002027 | 0 | 0 | 0 |
| 051239606005000 | 0 | 0 | 0 |
| 051239606005001 | 0 | 0 | 0 |
| 051239606005029 | 0 | 0 | 0 |
| 051239606005030 | 119 | 116 | 0 |
| 051239606005031 | 0 | 0 | 0 |
| 051239606005032 | 0 | 0 | 0 |
| 051239606005034 | 6 | 6 | 0 |
| 051239606005035 | 0 | 0 | 0 |
| 051239606005036 | 2 | 2 | 0 |
| **MADISON TWP PCT 25 Subtotal** | **312** | **274** | **30** |
| RAWLINSON PCT 5 | 111 | 68 | 34 |
| ROUND POUND PCT 13 | | | |
| 051239601003091 | 0 | 0 | 0 |
| 051239601003092 | 2 | 0 | 2 |
| 051239601003093 | 8 | 8 | 0 |
| 051239601003094 | 0 | 0 | 0 |
| 051239601003120 | 2 | 2 | 0 |
| 051239601003121 | 0 | 0 | 0 |
| 051239601003122 | 0 | 0 | 0 |
| 051239601003126 | 0 | 0 | 0 |
| 051239601003127 | 0 | 0 | 0 |
| 051239601003128 | 0 | 0 | 0 |
| 051239601003129 | 9 | 9 | 0 |
| 051239601003130 | 0 | 0 | 0 |
| 051239601003131 | 0 | 0 | 0 |
| 051239601003132 | 4 | 4 | 0 |
| 051239601003147 | 0 | 0 | 0 |
| 051239601003148 | 0 | 0 | 0 |
| 051239601003149 | 0 | 0 | 0 |
| 051239601003150 | 0 | 0 | 0 |
| 051239601003151 | 0 | 0 | 0 |
| 051239601003152 | 0 | 0 | 0 |
| 051239601003153 | 2 | 1 | 0 |
| 051239601003154 | 0 | 0 | 0 |
| 051239601003163 | 9 | 9 | 0 |
| 051239601003164 | 8 | 2 | 6 |
| 051239601003165 | 0 | 0 | 0 |
| 051239601003166 | 8 | 6 | 2 |
| 051239601003167 | 0 | 0 | 0 |
| 051239601003168 | 0 | 0 | 0 |
| 051239601003192 | 2 | 2 | 0 |

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239601003193 | 0 | 0 | 0 |
| 051239601003194 | 0 | 0 | 0 |
| 051239601003195 | 0 | 0 | 0 |
| 051239601003196 | 9 | 1 | 8 |
| 051239601003197 | 0 | 0 | 0 |
| 051239601003198 | 0 | 0 | 0 |
| 051239601003199 | 1 | 1 | 0 |
| 051239601003201 | 0 | 0 | 0 |
| 051239601003204 | 9 | 9 | 0 |
| 051239601003205 | 0 | 0 | 0 |
| 051239601003207 | 7 | 7 | 0 |
| 051239601003208 | 7 | 7 | 0 |
| 051239601003209 | 4 | 4 | 0 |
| 051239601003211 | 0 | 0 | 0 |
| 051239601003212 | 0 | 0 | 0 |
| 051239601003213 | 28 | 20 | 8 |
| 051239601003214 | 0 | 0 | 0 |
| 051239601003215 | 1 | 0 | 1 |
| 051239601003254 | 0 | 0 | 0 |
| 051239601003265 | 1 | 1 | 0 |
| 051239601003266 | 0 | 0 | 0 |
| 051239601003267 | 0 | 0 | 0 |
| 051239601003440 | 0 | 0 | 0 |
| 051239601003441 | 0 | 0 | 0 |
| 051239602004003 | 0 | 0 | 0 |
| 051239602004025 | 0 | 0 | 0 |
| **ROUND POUND PCT 13 Subtotal** | **121** | **93** | **27** |
| TUNI PCT 16 | | | |
| 051239602003061 | 0 | 0 | 0 |
| 051239602003062 | 0 | 0 | 0 |
| 051239602003065 | 0 | 0 | 0 |
| 051239602003066 | 0 | 0 | 0 |
| 051239602003067 | 0 | 0 | 0 |
| 051239602003068 | 0 | 0 | 0 |
| 051239602003069 | 0 | 0 | 0 |
| 051239602003071 | 0 | 0 | 0 |
| 051239602003072 | 0 | 0 | 0 |
| 051239602003073 | 63 | 63 | 0 |
| 051239602003074 | 0 | 0 | 0 |
| 051239602003075 | 0 | 0 | 0 |
| 051239602003076 | 0 | 0 | 0 |
| 051239602003077 | 0 | 0 | 0 |
| 051239602003078 | 0 | 0 | 0 |
| 051239602003081 | 31 | 29 | 0 |
| 051239602003082 | 12 | 11 | 0 |
| 051239602003083 | 9 | 2 | 7 |

Senate Plan: Senate 2011
Administrator: Apportionment Board

2/3/2012
7:42 p.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239602003084 | 71 | 71 | 0 |
| 051239602003088 | 2 | 2 | 0 |
| 051239602003089 | 0 | 0 | 0 |
| 051239602003100 | 9 | 4 | 5 |
| 051239602003101 | 0 | 0 | 0 |
| 051239602003102 | 48 | 46 | 1 |
| 051239602003103 | 0 | 0 | 0 |
| 051239602003214 | 4 | 4 | 0 |
| 051239606005037 | 22 | 17 | 3 |
| 051239606005038 | 0 | 0 | 0 |
| **TUNI PCT 16 Subtotal** | **271** | **249** | **16** |
| WIDENER CITY PCT 10 | 273 | 98 | 168 |
| **St. Francis County Subtotal** | **10,496** | **3,512** | **6,705** |
| **District 24 Subtotal** | **87,147** | **35,227** | **49,716** |
| **District 25** | | | |
| Arkansas County | | | |
| Arkansas | 93 | 85 | 8 |
| Barton | 210 | 203 | 1 |
| Bayou Meto | 187 | 177 | 5 |
| Brewer | 50 | 50 | 0 |
| Chester | 278 | 269 | 0 |
| Gillett Ward 1 | 228 | 206 | 18 |
| Gillett Ward 2 | 255 | 240 | 8 |
| Gillett Ward 3 | 208 | 126 | 79 |
| Henton | 247 | 243 | 2 |
| Humphrey Ward 1 | 185 | 77 | 106 |
| Humphrey Ward 3 | 64 | 60 | 4 |
| Lagrue | | | |
| 050014806002090 | 2 | 2 | 0 |
| 050014806002091 | 0 | 0 | 0 |
| 050014806002092 | 0 | 0 | 0 |
| 050014806002093 | 0 | 0 | 0 |
| 050014806002094 | 2 | 2 | 0 |
| 050014806002095 | 0 | 0 | 0 |
| 050014806002106 | 4 | 4 | 0 |
| 050014806002109 | 0 | 0 | 0 |
| 050014806002111 | 4 | 0 | 4 |
| 050014806002112 | 4 | 1 | 3 |
| 050014806002113 | 0 | 0 | 0 |
| 050014807001081 | 0 | 0 | 0 |
| 050014807001082 | 0 | 0 | 0 |