Senate Plan: Senate 2011  
Administrator: Apportionment Board  
2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 22** (continued) | | | |
| Craighead County (continued) | | | |
| 050310009002037 | 16 | 16 | 0 |
| 050310009002038 | 165 | 160 | 0 |
| 050310009002039 | 14 | 14 | 0 |
| 050310009002040 | 0 | 0 | 0 |
| 050310009002041 | 0 | 0 | 0 |
| 050310009002042 | 35 | 35 | 0 |
| 050310009002043 | 32 | 30 | 2 |
| 050310009002045 | 117 | 92 | 21 |
| 050310009002046 | 0 | 0 | 0 |
| 050310009002047 | 51 | 41 | 0 |
| 050310009002049 | 0 | 0 | 0 |
| 050310009002050 | 0 | 0 | 0 |
| 050310009002051 | 20 | 20 | 0 |
| 050310009002053 | 0 | 0 | 0 |
| 050310009002054 | 10 | 1 | 9 |
| 050310009002055 | 0 | 0 | 0 |
| 050310009002056 | 0 | 0 | 0 |
| 050310009002067 | 0 | 0 | 0 |
| **Jonesboro PCT 6 Subtotal** | **1,773** | **1,684** | **44** |
| Lake | | | |
| 050310010001061 | 0 | 0 | 0 |
| **Lake Subtotal** | **0** | **0** | **0** |
| Lester | 431 | 402 | 9 |
| Maumelle | 392 | 380 | 3 |
| Taylor | 330 | 311 | 0 |
| **Craighead County Subtotal** | **9,248** | **8,854** | **88** |
| Mississippi County | 46,480 | 28,653 | 15,817 |
| Poinsett County | 24,583 | 22,089 | 1,775 |
| **District 22 Subtotal** | **80,311** | **59,596** | **17,680** |
| **District 23** | | | |
| Cross County | | | |
| Beford | 523 | 500 | 17 |
| Brushy Lake | 339 | 330 | 2 |
| Cherry Valley City | 651 | 559 | 59 |
| Coldwater | 376 | 351 | 18 |
| Ellis | 495 | 486 | 6 |
| Fair Oaks | 167 | 165 | 0 |
| Hickory Ridge City | 272 | 266 | 0 |
| Hickory Ridge TWP | 226 | 226 | 0 |
| Mitchell | 486 | 452 | 24 |

Exhibit 14e

10-282

Senate Plan: Senate 2011  
Administrator: Apportionment Board  
2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| Cross County (continued) | | | |
|     Searcy | 1,345 | 1,187 | 144 |
|     Smith | 1,896 | 1,790 | 91 |
|     Twist | 16 | 13 | 3 |
|     Wynne | 1,532 | 1,336 | 168 |
|     Wynne Ward 1 | 1,823 | 1,407 | 331 |
|     Wynne Ward 2 | 1,970 | 1,630 | 284 |
|     Wynne Ward 3 | 1,439 | 581 | 830 |
|     Wynne Ward 4 | 1,149 | 92 | 1,043 |
|     Wynne Ward 5 | 1,842 | 1,664 | 123 |
| **Cross County Subtotal** | **16,547** | **13,035** | **3,143** |
| Jackson County | 17,997 | 14,363 | 3,000 |
| Lee County | | | |
|     Big Creek | 80 | 62 | 10 |
|     Fleener | 309 | 259 | 42 |
|     Hampton | 690 | 457 | 223 |
|     Oak Forest | 337 | 113 | 213 |
|     Richland | | | |
|         050774704002016 | 0 | 0 | 0 |
|         050774704002017 | 2 | 2 | 0 |
|         050774704002018 | 7 | 7 | 0 |
|         050774704002019 | 26 | 22 | 4 |
|         050774704002034 | 1 | 0 | 1 |
|         050774704002071 | 3 | 3 | 0 |
|         050774704002072 | 33 | 2 | 31 |
|         050774704002073 | 0 | 0 | 0 |
|         050774704002074 | 0 | 0 | 0 |
|         050774704002075 | 3 | 0 | 3 |
|         050774704002076 | 0 | 0 | 0 |
|         050774704002077 | 39 | 12 | 27 |
|         050774704002078 | 16 | 0 | 16 |
|         050774704002079 | 3 | 3 | 0 |
|         050774704002080 | 2 | 2 | 0 |
|         050774704002081 | 29 | 6 | 19 |
|         050774704002082 | 4 | 0 | 4 |
|         050774704002083 | 17 | 4 | 13 |
|         050774704002084 | 1 | 1 | 0 |
|         050774704002085 | 8 | 8 | 0 |
|         050774704002086 | 2 | 2 | 0 |
|         050774704002087 | 4 | 4 | 0 |
|         050774704002088 | 23 | 2 | 21 |
|         050774704002089 | 15 | 8 | 7 |
|         050774704002090 | 2 | 0 | 2 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

| | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| Lee County  (continued) | | | |
|     050774704002099 | 0 | 0 | 0 |
|   **Richland Subtotal** | **240** | **88** | **148** |
|   Spring Creek | 509 | 308 | 186 |
|   Texas | 383 | 248 | 117 |
|   Union | 274 | 107 | 165 |
| **Lee County Subtotal** | **2,822** | **1,642** | **1,104** |
| Monroe County | | | |
|   Brinkley TWP Voting District | 362 | 333 | 24 |
|   Brinkley Ward 1 | 1,165 | 600 | 517 |
|   Brinkley Ward 2 | 928 | 143 | 760 |
|   Brinkley Ward 3 | 1,090 | 699 | 368 |
|   Cypress Ridge Voting District | 339 | 290 | 39 |
|   Dixon Voting District | 224 | 67 | 143 |
|   Greenfield Voting District | 275 | 201 | 74 |
|   Keevil Voting District | 171 | 140 | 26 |
|   Pine Ridge Voting District | 99 | 83 | 13 |
|   Richland Voting District | 83 | 60 | 21 |
| **Monroe County Subtotal** | **4,736** | **2,616** | **1,985** |
| St. Francis County | | | |
|   BONAIR PCT 17 | 540 | 461 | 53 |
|   CALDWELL COUNTRY PCT 23 | 551 | 416 | 130 |
|   CALDWELL PCT 22 | 555 | 443 | 81 |
|   COLT CITY PCT 20 | 378 | 326 | 41 |
|   COLT COUNTRY PCT 21 | 616 | 415 | 189 |
|   COURTHOUSE WEST PCT 26 | 622 | 275 | 330 |
|   FORREST CITY WARD 1 BOX 1 PCT 35 | | | |
|     051239602003170 | 9 | 6 | 0 |
|     051239606001000 | 3,814 | 1,615 | 1,706 |
|     051239606001001 | 0 | 0 | 0 |
|     051239606001002 | 0 | 0 | 0 |
|     051239606001003 | 0 | 0 | 0 |
|     051239606001004 | 0 | 0 | 0 |
|     051239606001005 | 0 | 0 | 0 |
|     051239606001007 | 0 | 0 | 0 |
|     051239606001008 | 0 | 0 | 0 |
|     051239606001009 | 0 | 0 | 0 |
|     051239606001010 | 0 | 0 | 0 |
|     051239606001011 | 0 | 0 | 0 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board  

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| St. Francis County  (continued) | | | |
| 051239606001012 | 0 | 0 | 0 |
| 051239606001013 | 0 | 0 | 0 |
| 051239606006007 | 11 | 0 | 11 |
| 051239606006026 | 14 | 7 | 7 |
| 051239606006027 | 0 | 0 | 0 |
| 051239606006028 | 0 | 0 | 0 |
| 051239606006029 | 0 | 0 | 0 |
| 051239606006031 | 0 | 0 | 0 |
| 051239606006032 | 0 | 0 | 0 |
| 051239606006033 | 0 | 0 | 0 |
| 051239606006034 | 0 | 0 | 0 |
| **FORREST CITY WARD 1 BOX 1 PCT 35 Subtotal** | **3,848** | **1,628** | **1,724** |
| FORREST CITY WARD 1 BOX 3 PCT 38 | 283 | 9 | 260 |
| FORREST CITY WARD 2 BOX 2 PCT 39 | 182 | 8 | 168 |
| FORREST CITY WARD 2 BOX 2 PCT 40 | 266 | 0 | 266 |
| FORREST CITY WARD 2 BOX 2 PCT 41 | 234 | 0 | 229 |
| FORREST CITY WARD 2 BOX 2 PCT 42 | 307 | 19 | 284 |
| FORREST CITY WARD 2 BOX 2 PCT 43 | 231 | 66 | 157 |
| FORREST CITY WARD 2 BOX 2 PCT 44 | 634 | 20 | 603 |
| FORREST CITY WARD 2 BOX 2 PCT 45 | 93 | 8 | 84 |
| FORREST CITY WARD 2 BOX 2 PCT 46 | 212 | 9 | 203 |
| FORREST CITY WARD 2 BOX 2 PCT 47 | 576 | 103 | 451 |
| FORREST CITY WARD 2 BOX 2 PCT 49 | 716 | 151 | 544 |
| FORREST CITY WARD 2 BOX 3 PCT 48 | 182 | 4 | 176 |
| FORREST CITY WARD 2 BOX 3 PCT 50 | 298 | 105 | 188 |
| FORREST CITY WARD 2 BOX 3 PCT 51 | 35 | 7 | 26 |
| FORREST CITY WARD 3 BOX 1 PCT 52 | 1,188 | 611 | 557 |
| FORREST CITY WARD 3 BOX 3 PCT 53 | | | |
| 051239602005078 | 7 | 7 | 0 |

Senate Plan: Senate 2011  
Administrator: Apportionment Board  
2/3/2012 7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239602005079 | 0 | 0 | 0 |
| 051239602005096 | 0 | 0 | 0 |
| **FORREST CITY WARD 3 BOX 3 PCT 53 Subtotal** | **7** | **7** | **0** |
| FORREST CITY WARD 4 BOX 1 PCT 57 | | | |
| 051239606003042 | 2 | 0 | 2 |
| 051239606003043 | 0 | 0 | 0 |
| 051239606003047 | 0 | 0 | 0 |
| **FORREST CITY WARD 4 BOX 1 PCT 57 Subtotal** | **2** | **0** | **2** |
| GOODWIN PCT 32 | 450 | 284 | 157 |
| MADISON TWP PCT 25 | | | |
| 051239602005063 | 0 | 0 | 0 |
| 051239602006030 | 129 | 125 | 4 |
| 051239602006031 | 0 | 0 | 0 |
| 051239604001010 | 31 | 25 | 6 |
| 051239604001011 | 0 | 0 | 0 |
| **MADISON TWP PCT 25 Subtotal** | **160** | **150** | **10** |
| NEWCASTLE PCT 19 | 760 | 666 | 77 |
| PALESTINE COUNTRY PCT 31 | 513 | 308 | 196 |
| PALESTINE WARD 1 PCT 28 | 238 | 186 | 50 |
| PALESTINE WARD 2 PCT 29 | 141 | 133 | 8 |
| PALESTINE WARD 3 PCT 30 | 305 | 221 | 71 |
| PARROT PCT 18 | 1,361 | 1,211 | 127 |
| PINE TREE PCT 27 | 652 | 367 | 273 |
| ROUND POUND PCT 12 | 108 | 28 | 76 |
| ROUND POUND PCT 13 | | | |
| 051239601003013 | 12 | 3 | 9 |
| 051239601003014 | 41 | 25 | 16 |
| 051239601003015 | 0 | 0 | 0 |
| 051239601003016 | 0 | 0 | 0 |
| 051239601003017 | 0 | 0 | 0 |
| 051239601003018 | 0 | 0 | 0 |
| 051239601003019 | 0 | 0 | 0 |
| 051239601003020 | 0 | 0 | 0 |
| 051239601003021 | 0 | 0 | 0 |
| 051239601003022 | 0 | 0 | 0 |
| 051239601003123 | 5 | 0 | 5 |
| 051239601003124 | 0 | 0 | 0 |
| 051239601003125 | 0 | 0 | 0 |
| 051239601003450 | 0 | 0 | 0 |
| 051239602005099 | 0 | 0 | 0 |

10-286

Senate Plan: Senate 2011  
Administrator: Apportionment Board  
2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| St. Francis County (continued) | | | |
| 051239602005104 | 0 | 0 | 0 |
| 051239602005105 | 0 | 0 | 0 |
| 051239602005106 | 0 | 0 | 0 |
| 051239602005107 | 0 | 0 | 0 |
| 051239602005108 | 0 | 0 | 0 |
| 051239602005109 | 0 | 0 | 0 |
| 051239602005110 | 0 | 0 | 0 |
| 051239602005112 | 3 | 3 | 0 |
| 051239602005113 | 0 | 0 | 0 |
| 051239602005114 | 0 | 0 | 0 |
| 051239602005116 | 2 | 2 | 0 |
| 051239602005117 | 0 | 0 | 0 |
| 051239602005118 | 0 | 0 | 0 |
| **ROUND POUND PCT 13 Subtotal** | **63** | **33** | **30** |
| TUNI PCT 16 | | | |
| 051239602003104 | 10 | 5 | 5 |
| 051239602003105 | 39 | 13 | 26 |
| 051239602003106 | 0 | 0 | 0 |
| 051239602003203 | 2 | 0 | 2 |
| 051239602003204 | 3 | 1 | 2 |
| 051239602003205 | 0 | 0 | 0 |
| 051239602003206 | 0 | 0 | 0 |
| **TUNI PCT 16 Subtotal** | **54** | **19** | **35** |
| WHEATLEY COUNTRY PCT 34 | 46 | 34 | 11 |
| WHEATLEY PCT 33 | 355 | 259 | 95 |
| **St. Francis County Subtotal** | **17,762** | **8,990** | **7,962** |
| White County | | | |
| Bald Knob North | 474 | 467 | 0 |
| Bald Knob Ward 1 | 810 | 736 | 34 |
| Bald Knob Ward 2 | 1,202 | 1,045 | 67 |
| Bald Ward 3 | 882 | 833 | 32 |
| Bradford Ward 1 | 163 | 154 | 6 |
| Bradford Ward 2 | 255 | 239 | 3 |
| Bradford Ward 3 | 293 | 286 | 1 |
| Coldwell | 584 | 558 | 11 |
| Cypert | | | |
| 051450701003151 | 35 | 34 | 0 |
| 051450701003152 | 0 | 0 | 0 |
| 051450701003153 | 0 | 0 | 0 |
| 051450701003154 | 0 | 0 | 0 |
| 051450701003155 | 0 | 0 | 0 |
| 051450701003156 | 0 | 0 | 0 |

Senate Plan: Senate 2011  
Administrator: Apportionment Board  

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County (continued) | | | |
| 051450701003157 | 0 | 0 | 0 |
| 051450701003158 | 0 | 0 | 0 |
| 051450701003159 | 0 | 0 | 0 |
| 051450701003160 | 0 | 0 | 0 |
| 051450701003161 | 0 | 0 | 0 |
| 051450701003166 | 0 | 0 | 0 |
| 051450701003167 | 0 | 0 | 0 |
| 051450701003168 | 0 | 0 | 0 |
| 051450701003169 | 0 | 0 | 0 |
| 051450701003170 | 0 | 0 | 0 |
| 051450701003174 | 0 | 0 | 0 |
| 051450701003175 | 0 | 0 | 0 |
| 051450701003178 | 0 | 0 | 0 |
| 051450701003179 | 8 | 8 | 0 |
| 051450701003180 | 33 | 33 | 0 |
| 051450701003183 | 0 | 0 | 0 |
| 051450701003184 | 2 | 2 | 0 |
| 051450701003185 | 29 | 29 | 0 |
| 051450701003186 | 2 | 1 | 0 |
| 051450701003187 | 0 | 0 | 0 |
| 051450701003188 | 0 | 0 | 0 |
| 051450701003193 | 0 | 0 | 0 |
| 051450701003197 | 0 | 0 | 0 |
| 051450701003198 | 0 | 0 | 0 |
| 051450706001000 | 0 | 0 | 0 |
| 051450706003000 | 0 | 0 | 0 |
| 051450706003049 | 0 | 0 | 0 |
| 051450706003050 | 11 | 9 | 0 |
| 051450706003051 | 7 | 7 | 0 |
| **Cypert Subtotal** | **127** | **123** | **0** |
| Denmark | 532 | 512 | 0 |
| Gray A | | | |
| 051450704021000 | 101 | 98 | 3 |
| 051450704021001 | 22 | 22 | 0 |
| 051450704021002 | 0 | 0 | 0 |
| 051450704021003 | 0 | 0 | 0 |
| 051450704021004 | 132 | 125 | 0 |
| 051450704021005 | 0 | 0 | 0 |
| 051450704021006 | 212 | 203 | 1 |
| 051450704021007 | 126 | 125 | 0 |
| 051450704021008 | 0 | 0 | 0 |
| 051450704021009 | 0 | 0 | 0 |
| 051450704021010 | 90 | 82 | 0 |
| 051450704021011 | 12 | 12 | 0 |
| 051450704021012 | 238 | 227 | 9 |
| 051450704021013 | 22 | 20 | 0 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County (continued) | | | |
| 051450707001000 | 0 | 0 | 0 |
| 051450707001001 | 85 | 85 | 0 |
| 051450707001002 | 3 | 3 | 0 |
| 051450707001003 | 0 | 0 | 0 |
| 051450707001004 | 68 | 66 | 0 |
| 051450707001005 | 0 | 0 | 0 |
| 051450707001006 | 17 | 17 | 0 |
| 051450707001007 | 79 | 72 | 0 |
| **Gray A Subtotal** | **1,207** | **1,157** | **13** |
| Harrison | 3,500 | 3,286 | 53 |
| Harrison East | | | |
| 051450701001035 | 46 | 46 | 0 |
| 051450701001036 | 0 | 0 | 0 |
| 051450701001037 | 0 | 0 | 0 |
| 051450701001038 | 0 | 0 | 0 |
| 051450701001039 | 0 | 0 | 0 |
| 051450701002077 | 0 | 0 | 0 |
| 051450701002078 | 0 | 0 | 0 |
| 051450701002079 | 6 | 6 | 0 |
| 051450701002080 | 17 | 17 | 0 |
| 051450701002082 | 0 | 0 | 0 |
| 051450705001000 | 0 | 0 | 0 |
| 051450705001001 | 106 | 106 | 0 |
| 051450705001002 | 0 | 0 | 0 |
| 051450705001003 | 0 | 0 | 0 |
| 051450705001004 | 111 | 111 | 0 |
| 051450705001012 | 171 | 166 | 0 |
| 051450705001016 | 8 | 8 | 0 |
| 051450705001017 | 0 | 0 | 0 |
| 051450705001018 | 0 | 0 | 0 |
| 051450705001019 | 0 | 0 | 0 |
| 051450705001020 | 5 | 5 | 0 |
| 051450705001021 | 30 | 28 | 0 |
| 051450705001022 | 31 | 31 | 0 |
| 051450705001023 | 0 | 0 | 0 |
| 051450705001024 | 0 | 0 | 0 |
| 051450705001025 | 13 | 13 | 0 |
| 051450705001026 | 0 | 0 | 0 |
| 051450705001027 | 16 | 16 | 0 |
| 051450705001035 | 0 | 0 | 0 |
| 051450705001036 | 12 | 9 | 0 |
| 051450705001037 | 2 | 2 | 0 |
| 051450705001038 | 41 | 41 | 0 |
| 051450705001040 | 1 | 1 | 0 |
| 051450705002000 | 12 | 10 | 0 |
| 051450705002001 | 0 | 0 | 0 |

10-289

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450705002002 | 13 | 7 | 4 |
| 051450705002003 | 0 | 0 | 0 |
| 051450705002004 | 23 | 23 | 0 |
| 051450705002005 | 62 | 61 | 0 |
| 051450705002006 | 50 | 49 | 0 |
| 051450705002007 | 37 | 30 | 0 |
| 051450705002008 | 9 | 9 | 0 |
| 051450705002009 | 0 | 0 | 0 |
| 051450705002010 | 1 | 1 | 0 |
| 051450705002011 | 10 | 8 | 0 |
| 051450705002012 | 0 | 0 | 0 |
| 051450705002013 | 0 | 0 | 0 |
| 051450705002014 | 0 | 0 | 0 |
| 051450705002027 | 24 | 24 | 0 |
| 051450705002029 | 11 | 11 | 0 |
| 051450705002057 | 22 | 13 | 9 |
| 051450705002058 | 0 | 0 | 0 |
| 051450705002075 | 16 | 16 | 0 |
| 051450706001047 | 0 | 0 | 0 |
| 051450706001067 | 31 | 31 | 0 |
| 051450706001081 | 25 | 23 | 2 |
| 051450706001082 | 0 | 0 | 0 |
| 051450706001083 | 0 | 0 | 0 |
| 051450706001084 | 2 | 2 | 0 |
| 051450706001085 | 0 | 0 | 0 |
| 051450706001094 | 5 | 0 | 0 |
| 051450706001095 | 0 | 0 | 0 |
| 051450706001099 | 0 | 0 | 0 |
| 051450706002007 | 21 | 19 | 0 |
| 051450706002008 | 0 | 0 | 0 |
| 051450706002009 | 4 | 4 | 0 |
| 051450706002010 | 0 | 0 | 0 |
| 051450706002011 | 0 | 0 | 0 |
| 051450706002012 | 0 | 0 | 0 |
| 051450706002013 | 0 | 0 | 0 |
| 051450706002014 | 0 | 0 | 0 |
| 051450706002015 | 41 | 41 | 0 |
| 051450706002016 | 6 | 6 | 0 |
| 051450706002017 | 5 | 5 | 0 |
| 051450706002018 | 0 | 0 | 0 |
| 051450706002019 | 0 | 0 | 0 |
| 051450706002020 | 21 | 18 | 0 |
| 051450706002021 | 53 | 47 | 0 |
| 051450706002022 | 6 | 6 | 0 |
| 051450706002023 | 2 | 1 | 0 |
| 051450706002024 | 28 | 28 | 0 |
| 051450706002026 | 0 | 0 | 0 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County (continued) | | | |
| 051450706002028 | 21 | 13 | 8 |
| 051450706002030 | 0 | 0 | 0 |
| 051450706002031 | 0 | 0 | 0 |
| 051450706002032 | 9 | 9 | 0 |
| 051450706002033 | 0 | 0 | 0 |
| 051450706002034 | 0 | 0 | 0 |
| 051450706002035 | 0 | 0 | 0 |
| 051450706002036 | 0 | 0 | 0 |
| 051450706002037 | 0 | 0 | 0 |
| 051450706002038 | 0 | 0 | 0 |
| 051450706002039 | 0 | 0 | 0 |
| 051450706002040 | 0 | 0 | 0 |
| 051450706002041 | 0 | 0 | 0 |
| 051450706002042 | 0 | 0 | 0 |
| 051450706002047 | 0 | 0 | 0 |
| 051450706002068 | 0 | 0 | 0 |
| 051450706003001 | 20 | 20 | 0 |
| 051450706003002 | 0 | 0 | 0 |
| 051450706003003 | 43 | 43 | 0 |
| 051450706003004 | 0 | 0 | 0 |
| 051450706003005 | 10 | 10 | 0 |
| 051450706003006 | 0 | 0 | 0 |
| 051450706003007 | 0 | 0 | 0 |
| 051450706003008 | 3 | 3 | 0 |
| 051450706003009 | 0 | 0 | 0 |
| 051450706003010 | 0 | 0 | 0 |
| 051450706003011 | 0 | 0 | 0 |
| 051450706003012 | 5 | 5 | 0 |
| 051450706003039 | 51 | 51 | 0 |
| 051450706003040 | 0 | 0 | 0 |
| 051450706003041 | 30 | 28 | 1 |
| 051450706003042 | 3 | 2 | 0 |
| 051450706003043 | 0 | 0 | 0 |
| 051450706003048 | 0 | 0 | 0 |
| 051450706003070 | 2 | 2 | 0 |
| 051450706004001 | 16 | 16 | 0 |
| 051450706004002 | 0 | 0 | 0 |
| 051450706004005 | 67 | 65 | 0 |
| 051450706004006 | 27 | 27 | 0 |
| 051450706004007 | 11 | 11 | 0 |
| 051450706004008 | 3 | 3 | 0 |
| 051450706004009 | 2 | 2 | 0 |
| 051450706004010 | 0 | 0 | 0 |
| 051450706004011 | 22 | 22 | 0 |
| 051450706004013 | 0 | 0 | 0 |
| 051450706004014 | 0 | 0 | 0 |
| 051450706004015 | 0 | 0 | 0 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450706004016 | 3 | 0 | 3 |
| 051450706004017 | 26 | 26 | 0 |
| 051450706004018 | 0 | 0 | 0 |
| 051450706004019 | 0 | 0 | 0 |
| 051450706004028 | 0 | 0 | 0 |
| 051450706004029 | 0 | 0 | 0 |
| 051450706004030 | 0 | 0 | 0 |
| 051450706004031 | 0 | 0 | 0 |
| 051450706004035 | 0 | 0 | 0 |
| **Harrison East Subtotal** | **1,530** | **1,457** | **27** |
| Judsonia Ward 1 | 934 | 894 | 18 |
| Judsonia Ward 2 | 459 | 413 | 16 |
| Judsonia Ward 3 | | | |
| 051450705002018 | 0 | 0 | 0 |
| 051450705002020 | 0 | 0 | 0 |
| 051450705002028 | 0 | 0 | 0 |
| 051450705002038 | 16 | 13 | 0 |
| 051450705002039 | 18 | 17 | 1 |
| 051450705002040 | 13 | 12 | 0 |
| 051450705002041 | 5 | 5 | 0 |
| 051450705002042 | 0 | 0 | 0 |
| 051450705002043 | 0 | 0 | 0 |
| 051450705002044 | 3 | 3 | 0 |
| 051450705002045 | 18 | 12 | 0 |
| 051450705002046 | 9 | 9 | 0 |
| 051450705002047 | 16 | 13 | 0 |
| 051450705002048 | 6 | 6 | 0 |
| 051450705002049 | 0 | 0 | 0 |
| 051450705002050 | 17 | 16 | 0 |
| 051450705002051 | 30 | 22 | 8 |
| 051450705002052 | 14 | 8 | 6 |
| 051450705002053 | 20 | 10 | 0 |
| 051450705002054 | 84 | 83 | 0 |
| 051450705002055 | 6 | 5 | 1 |
| 051450705002056 | 17 | 17 | 0 |
| 051450705002059 | 0 | 0 | 0 |
| 051450705002060 | 0 | 0 | 0 |
| 051450705002061 | 2 | 2 | 0 |
| 051450705002062 | 5 | 5 | 0 |
| 051450705002063 | 3 | 3 | 0 |
| 051450705002064 | 1 | 1 | 0 |
| 051450705002068 | 5 | 5 | 0 |
| 051450705002069 | 7 | 7 | 0 |
| 051450705002070 | 28 | 22 | 3 |
| 051450705002071 | 11 | 6 | 0 |
| 051450705002074 | 3 | 1 | 0 |

| | | | |
|---|---:|---:|---:|
| Senate Plan:  Senate 2011 | | | 2/3/2012 |
| Administrator:  Apportionment Board | | | 7:42 p.m. |

| | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
|     051450705003046 | 68 | 58 | 0 |
|     051450705003048 | 13 | 13 | 0 |
|     051450705003049 | 1 | 1 | 0 |
|     051450705003052 | 20 | 20 | 0 |
|     051450705003080 | 13 | 9 | 0 |
|     051450705003082 | 0 | 0 | 0 |
|     051450705003083 | 6 | 6 | 0 |
|     051450705003084 | 28 | 28 | 0 |
|     051450705003085 | 13 | 8 | 0 |
|     051450705003086 | 7 | 7 | 0 |
|     051450705003087 | 10 | 10 | 0 |
|     051450705003089 | 15 | 12 | 1 |
|     051450705003090 | 0 | 0 | 0 |
|     051450705003091 | 2 | 2 | 0 |
|     051450705003092 | 3 | 3 | 0 |
|     051450705003093 | 8 | 8 | 0 |
| **Judsonia Ward 3 Subtotal** | **564** | **488** | **20** |
|     Liberty | 803 | 776 | 8 |
|     Russell City | 216 | 209 | 0 |
|     Russell TWP | 284 | 278 | 1 |
|     Velvet Ridge | 922 | 865 | 3 |
| **White County Subtotal** | **15,741** | **14,776** | **313** |
| Woodruff County | | | |
|     Augusta Precinct 1 | 583 | 332 | 234 |
|     Augusta Precinct 2 | 864 | 488 | 342 |
|     Augusta Precinct 3 | 752 | 283 | 450 |
|     Fakes Chapel Precinct 20 | 35 | 35 | 0 |
|     Hilleman Precinct 13 | 124 | 122 | 2 |
|     Howell Precinct 12 | 127 | 104 | 20 |
|     Hunter Precinct 11 | 105 | 101 | 0 |
|     McCrory Precinct 17 | 970 | 840 | 114 |
|     McCrory Precinct 18 | 759 | 565 | 178 |
|     McCrory Rural Precinct 15 | 347 | 325 | 1 |
|     Morton Precinct 14 | 256 | 249 | 1 |
|     North Rural Augusta Precinct 4 | 313 | 275 | 28 |
|     Patterson Ward 16 | 452 | 346 | 88 |
|     Pumpkin Bend Precinct 19 | 461 | 455 | 4 |
|     Rural Hunter Precinct 10 | 99 | 98 | 0 |
|     South Rural Augusta Precinct 5 | 172 | 163 | 6 |

Senate Plan:  Senate 2011  
Administrator:  Apportionment Board

2/3/2012  
7:42 p.m.

|  | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| **Woodruff County Subtotal** | **6,419** | **4,781** | **1,468** |
| **District 23 Subtotal** | **82,024** | **60,203** | **18,975** |
| **District 24** | | | |
| Crittenden County | 50,902 | 23,446 | 26,051 |
| Cross County | | | |
|     Parkin Ward 1 | 432 | 160 | 252 |
|     Parkin Ward 2 | 377 | 97 | 270 |
|     Parkin Ward 3 | 296 | 50 | 245 |
|     Tyronza | 218 | 153 | 62 |
| **Cross County Subtotal** | **1,323** | **460** | **829** |
| Lee County | | | |
|     Bear Creek | 36 | 33 | 2 |
|     Council | 27 | 21 | 6 |
|     Hardy | 11 | 9 | 2 |
|     Independence | 1,028 | 583 | 422 |
|     Liberty | 86 | 73 | 4 |
|     Marianna Ward 1 | 914 | 219 | 658 |
|     Marianna Ward 2 | 1,037 | 363 | 645 |
|     Marianna Ward 3 | 1,207 | 185 | 999 |
|     Marianna Ward 4 | 958 | 92 | 853 |
|     Richland | | | |
|         050774701002059 | 0 | 0 | 0 |
|         050774701002060 | 61 | 57 | 0 |
|         050774701002061 | 5 | 0 | 5 |
|         050774701002067 | 0 | 0 | 0 |
|         050774701002068 | 4 | 4 | 0 |
|         050774701002069 | 0 | 0 | 0 |
|         050774701002070 | 0 | 0 | 0 |
|         050774701002071 | 12 | 7 | 5 |
|         050774701002072 | 3 | 0 | 3 |
|         050774701002073 | 3 | 3 | 0 |
|         050774701002074 | 0 | 0 | 0 |
|         050774701002075 | 0 | 0 | 0 |
|         050774701002076 | 0 | 0 | 0 |
|         050774701002077 | 0 | 0 | 0 |
|         050774701002078 | 0 | 0 | 0 |
|         050774701002079 | 0 | 0 | 0 |
|         050774701002080 | 12 | 12 | 0 |
|         050774701002081 | 8 | 6 | 2 |
|         050774701002082 | 0 | 0 | 0 |
|         050774701002083 | 3 | 0 | 3 |
|         050774701002084 | 0 | 0 | 0 |