Senate Plan:  Jeffers_01  
Administrator:  Jeffers Plaintiffs  

1/22/2012  
7:14 p.m.

# District Statistics Report

## District 24

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 83,312 |
| Actual Population: | 82,207 |
| Absolute Deviation: | -1,105 |
| Relative Deviation: | -1.33 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 27,397 | 52,657 | 33.33 | 64.05 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 22,823 | 35,749 | 37.98 | 59.49 |

**District 24 Counties** (* indicates the County is not entirely within the district.)

Crittenden*  
Cross*  
Lee*  
Phillips*  
St. Francis

Exhibit 15a