Senate Plan:  Jeffers_03     2/22/2012
Administrator:  Jeffers Plaintiffs     8:13 a.m.

## District 23

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 83,312 |
| Actual Population: | 84,992 |
| Absolute Deviation: | 1,680 |
| Relative Deviation: | 2.02 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 66,517 | 15,638 | 78.26 | 18.40 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 51,592 | 10,904 | 80.35 | 16.98 |

**District 23 Counties** (* indicates the County is not entirely within the district.)

Crittenden*
Cross*
Jackson
Monroe*
White*
Woodruff*

## District 24

**Population Statistics**

| | |
|---|---|
| Ideal Population: | 83,312 |
| Actual Population: | 84,179 |
| Absolute Deviation: | 867 |
| Relative Deviation: | 1.04 % |

**Total Population**

| White | Black | %White | %Black |
|---|---|---|---|
| 28,913 | 53,053 | 34.35 | 63.02 |

**[18+_Pop]**

| White | Black | %White | %Black |
|---|---|---|---|
| 24,106 | 36,077 | 39.03 | 58.41 |

**District 24 Counties** (* indicates the County is not entirely within the district.)

Crittenden*
Cross*
Lee
Monroe*
Phillips*
St. Francis

## District 25

# Exhibit 16a