Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 22** (continued) | | | |
| Craighead County  (continued) | | | |
| 050310009002037 | 16 | 16 | 0 |
| 050310009002038 | 165 | 160 | 0 |
| 050310009002039 | 14 | 14 | 0 |
| 050310009002040 | 0 | 0 | 0 |
| 050310009002041 | 0 | 0 | 0 |
| 050310009002042 | 35 | 35 | 0 |
| 050310009002043 | 32 | 30 | 2 |
| 050310009002045 | 117 | 92 | 21 |
| 050310009002046 | 0 | 0 | 0 |
| 050310009002047 | 51 | 41 | 0 |
| 050310009002049 | 0 | 0 | 0 |
| 050310009002050 | 0 | 0 | 0 |
| 050310009002051 | 20 | 20 | 0 |
| 050310009002053 | 0 | 0 | 0 |
| 050310009002054 | 10 | 1 | 9 |
| 050310009002055 | 0 | 0 | 0 |
| 050310009002056 | 0 | 0 | 0 |
| 050310009002067 | 0 | 0 | 0 |
| **Jonesboro PCT 6 Subtotal** | **1,773** | **1,684** | **44** |
| Lake | | | |
| 050310010001061 | 0 | 0 | 0 |
| **Lake Subtotal** | **0** | **0** | **0** |
| Lester | 431 | 402 | 9 |
| Maumelle | 392 | 380 | 3 |
| Taylor | 330 | 311 | 0 |
| **Craighead County Subtotal** | **9,248** | **8,854** | **88** |
| Mississippi County | 46,480 | 28,653 | 15,817 |
| Poinsett County | 24,583 | 22,089 | 1,775 |
| **District 22 Subtotal** | **80,311** | **59,596** | **17,680** |
| **District 23** | | | |
| Crittenden County | | | |
| East Black Oak | 345 | 292 | 37 |
| Jackson 1 | 1,347 | 788 | 507 |
| Jackson 2 | | | |
| 050350307011041 | 0 | 0 | 0 |
| 050350307011042 | 16 | 13 | 3 |
| 050350307011043 | 0 | 0 | 0 |
| 050350307011044 | 0 | 0 | 0 |
| 050350307011045 | 0 | 0 | 0 |
| 050350307011048 | 2 | 2 | 0 |
| 050350307011049 | 16 | 9 | 7 |
| 050350307011050 | 11 | 4 | 7 |

Senate Plan:  Jeffers_03
Administrator:  Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350307011051 | 0 | 0 | 0 |
| 050350307011052 | 6 | 3 | 3 |
| 050350307011053 | 0 | 0 | 0 |
| 050350307011054 | 0 | 0 | 0 |
| 050350307011055 | 0 | 0 | 0 |
| 050350307011056 | 0 | 0 | 0 |
| 050350307011057 | 0 | 0 | 0 |
| 050350307011058 | 0 | 0 | 0 |
| 050350307011059 | 0 | 0 | 0 |
| 050350307011060 | 0 | 0 | 0 |
| 050350307011063 | 3 | 3 | 0 |
| 050350307011064 | 0 | 0 | 0 |
| 050350307011065 | 0 | 0 | 0 |
| 050350307011071 | 27 | 27 | 0 |
| 050350307011072 | 5 | 5 | 0 |
| 050350307011073 | 2 | 0 | 2 |
| 050350307011074 | 0 | 0 | 0 |
| 050350307011075 | 30 | 0 | 30 |
| 050350307011076 | 9 | 4 | 5 |
| 050350307011077 | 0 | 0 | 0 |
| 050350307011078 | 0 | 0 | 0 |
| 050350307011083 | 0 | 0 | 0 |
| 050350307011084 | 0 | 0 | 0 |
| 050350307011085 | 7 | 7 | 0 |
| 050350307011086 | 14 | 14 | 0 |
| 050350307011087 | 10 | 10 | 0 |
| 050350307011088 | 0 | 0 | 0 |
| 050350307011089 | 0 | 0 | 0 |
| 050350307011096 | 0 | 0 | 0 |
| 050350307011097 | 17 | 2 | 11 |
| 050350307011098 | 0 | 0 | 0 |
| 050350307011099 | 3 | 3 | 0 |
| 050350307011100 | 0 | 0 | 0 |
| 050350307011101 | 6 | 6 | 0 |
| 050350307011102 | 0 | 0 | 0 |
| 050350307011103 | 0 | 0 | 0 |
| 050350307011104 | 0 | 0 | 0 |
| 050350307011108 | 0 | 0 | 0 |
| 050350307011109 | 0 | 0 | 0 |
| 050350307011110 | 0 | 0 | 0 |
| 050350307011111 | 0 | 0 | 0 |
| 050350307011112 | 0 | 0 | 0 |
| 050350307011113 | 0 | 0 | 0 |
| 050350307011114 | 15 | 12 | 3 |
| 050350307011115 | 32 | 32 | 0 |
| 050350307011116 | 0 | 0 | 0 |
| 050350307011117 | 31 | 31 | 0 |

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350307011118 | 0 | 0 | 0 |
| 050350307011119 | 0 | 0 | 0 |
| 050350307011120 | 0 | 0 | 0 |
| 050350307011121 | 6 | 6 | 0 |
| 050350307011122 | 7 | 7 | 0 |
| 050350307011128 | 0 | 0 | 0 |
| 050350307011135 | 0 | 0 | 0 |
| 050350307011136 | 4 | 0 | 4 |
| 050350310002000 | 0 | 0 | 0 |
| 050350310002002 | 0 | 0 | 0 |
| **Jackson 2 Subtotal** | **279** | **200** | **75** |
| Jasper 1 | 3,464 | 2,187 | 1,120 |
| Jasper 2 | 3,894 | 2,390 | 1,348 |
| Jasper 3 | 3,847 | 3,082 | 631 |
| Jasper Country Box | 2,687 | 1,686 | 849 |
| Memphis Ward 3 | 1,983 | 1,415 | 513 |
| Mississippi TWP | | | |
| 050350302023019 | 0 | 0 | 0 |
| 050350302023020 | 0 | 0 | 0 |
| 050350302023021 | 0 | 0 | 0 |
| 050350302023022 | 0 | 0 | 0 |
| 050350302023031 | 0 | 0 | 0 |
| 050350302023032 | 0 | 0 | 0 |
| 050350302023034 | 0 | 0 | 0 |
| 050350302023035 | 0 | 0 | 0 |
| 050350307031010 | 0 | 0 | 0 |
| 050350307031011 | 0 | 0 | 0 |
| 050350307031017 | 0 | 0 | 0 |
| 050350307031030 | 0 | 0 | 0 |
| 050350307031031 | 0 | 0 | 0 |
| 050350307031033 | 191 | 69 | 117 |
| 050350307031034 | 0 | 0 | 0 |
| 050350307031035 | 0 | 0 | 0 |
| 050350307031036 | 3 | 3 | 0 |
| 050350307031040 | 0 | 0 | 0 |
| 050350307031041 | 2 | 0 | 1 |
| 050350307031044 | 0 | 0 | 0 |
| 050350307031045 | 0 | 0 | 0 |
| 050350307031046 | 0 | 0 | 0 |
| 050350307031047 | 1 | 1 | 0 |
| 050350307031048 | 0 | 0 | 0 |
| 050350307031049 | 0 | 0 | 0 |
| 050350307031050 | 0 | 0 | 0 |
| 050350307031051 | 0 | 0 | 0 |
| 050350307031052 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350307031053 | 0 | 0 | 0 |
| 050350307031054 | 0 | 0 | 0 |
| 050350307031055 | 0 | 0 | 0 |
| 050350307031056 | 0 | 0 | 0 |
| 050350307031057 | 0 | 0 | 0 |
| 050350307031058 | 0 | 0 | 0 |
| 050350307031059 | 0 | 0 | 0 |
| 050350307031060 | 0 | 0 | 0 |
| 050350307031061 | 0 | 0 | 0 |
| 050350307031062 | 0 | 0 | 0 |
| 050350307031063 | 0 | 0 | 0 |
| 050350307031064 | 0 | 0 | 0 |
| 050350307031065 | 0 | 0 | 0 |
| 050350307031066 | 0 | 0 | 0 |
| 050350307031067 | 0 | 0 | 0 |
| 050350307031068 | 0 | 0 | 0 |
| 050350307031069 | 0 | 0 | 0 |
| 050350307031070 | 0 | 0 | 0 |
| 050350307031071 | 0 | 0 | 0 |
| 050350307031072 | 0 | 0 | 0 |
| 050350307031073 | 0 | 0 | 0 |
| 050350307031074 | 0 | 0 | 0 |
| 050350307031077 | 0 | 0 | 0 |
| 050350307031078 | 0 | 0 | 0 |
| 050350307031079 | 0 | 0 | 0 |
| 050350307031080 | 0 | 0 | 0 |
| 050350307031081 | 0 | 0 | 0 |
| 050350307031082 | 0 | 0 | 0 |
| 050350307031083 | 10 | 10 | 0 |
| 050350307031084 | 0 | 0 | 0 |
| 050350307031085 | 0 | 0 | 0 |
| 050350310001166 | 5 | 5 | 0 |
| **Mississippi TWP Subtotal** | **212** | **88** | **118** |
| Mound City | 1,113 | 784 | 301 |
| North Fogleman | 291 | 103 | 185 |
| South Fogleman | 738 | 164 | 569 |
| Sunset | 200 | 10 | 182 |
| Wapanocca | 515 | 323 | 180 |
| West Black Oak | 47 | 42 | 5 |
| West Memphis Ward 1-1 | 576 | 514 | 42 |
| West Memphis Ward 1-2 | 1,446 | 1,260 | 156 |
| West Memphis Ward 1-3 | 1,466 | 1,018 | 385 |
| West Memphis Ward 3-1 | 1,345 | 1,198 | 120 |

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| Crittenden County  (continued) | | | |
| West Memphis Ward 3-3 | 2,101 | 1,729 | 296 |
| **Crittenden County Subtotal** | **27,896** | **19,273** | **7,619** |
| Cross County | | | |
| Beford | 523 | 500 | 17 |
| Brushy Lake | 339 | 330 | 2 |
| Cherry Valley City | 651 | 559 | 59 |
| Coldwater | 376 | 351 | 18 |
| Ellis | 495 | 486 | 6 |
| Fair Oaks | 167 | 165 | 0 |
| Hickory Ridge City | 272 | 266 | 0 |
| Hickory Ridge TWP | 226 | 226 | 0 |
| Mitchell | 486 | 452 | 24 |
| Searcy | 1,345 | 1,187 | 144 |
| Smith | 1,896 | 1,790 | 91 |
| Twist | 16 | 13 | 3 |
| Wynne | 1,532 | 1,336 | 168 |
| Wynne Ward 1 | 1,823 | 1,407 | 331 |
| Wynne Ward 2 | 1,970 | 1,630 | 284 |
| Wynne Ward 3 | 1,439 | 581 | 830 |
| Wynne Ward 4 | 1,149 | 92 | 1,043 |
| Wynne Ward 5 | 1,842 | 1,664 | 123 |
| **Cross County Subtotal** | **16,547** | **13,035** | **3,143** |
| Jackson County | 17,997 | 14,363 | 3,000 |
| Monroe County | | | |
| Brinkley Ward 1 | | | |
| 050959501002025 | 0 | 0 | 0 |
| 050959501002026 | 26 | 20 | 0 |
| 050959501002027 | 1 | 1 | 0 |
| 050959501002028 | 6 | 6 | 0 |
| 050959501002039 | 0 | 0 | 0 |
| 050959501003228 | 1 | 1 | 0 |
| **Brinkley Ward 1 Subtotal** | **34** | **28** | **0** |
| Greenfield Voting District | 275 | 201 | 74 |
| Richland Voting District | 83 | 60 | 21 |
| **Monroe County Subtotal** | **392** | **289** | **95** |
| White County | | | |

Senate Plan: Jeffers_03                                                                              2/22/2012
Administrator: Jeffers Plaintiffs                                                                    8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| White County (continued) | | | |
| Bald Knob North | 474 | 467 | 0 |
| Bald Knob Ward 1 | 810 | 736 | 34 |
| Bald Knob Ward 2 | 1,202 | 1,045 | 67 |
| Bald Ward 3 | 882 | 833 | 32 |
| Bradford Ward 1 | 163 | 154 | 6 |
| Bradford Ward 2 | 255 | 239 | 3 |
| Bradford Ward 3 | 293 | 286 | 1 |
| Coldwell | 584 | 558 | 11 |
| Cypert | | | |
| 051450701003151 | 35 | 34 | 0 |
| 051450701003152 | 0 | 0 | 0 |
| 051450701003153 | 0 | 0 | 0 |
| 051450701003154 | 0 | 0 | 0 |
| 051450701003155 | 0 | 0 | 0 |
| 051450701003156 | 0 | 0 | 0 |
| 051450701003157 | 0 | 0 | 0 |
| 051450701003158 | 0 | 0 | 0 |
| 051450701003159 | 0 | 0 | 0 |
| 051450701003160 | 0 | 0 | 0 |
| 051450701003161 | 0 | 0 | 0 |
| 051450701003166 | 0 | 0 | 0 |
| 051450701003167 | 0 | 0 | 0 |
| 051450701003168 | 0 | 0 | 0 |
| 051450701003169 | 0 | 0 | 0 |
| 051450701003170 | 0 | 0 | 0 |
| 051450701003174 | 0 | 0 | 0 |
| 051450701003175 | 0 | 0 | 0 |
| 051450701003178 | 0 | 0 | 0 |
| 051450701003179 | 8 | 8 | 0 |
| 051450701003180 | 33 | 33 | 0 |
| 051450701003183 | 0 | 0 | 0 |
| 051450701003184 | 2 | 2 | 0 |
| 051450701003185 | 29 | 29 | 0 |
| 051450701003186 | 2 | 1 | 0 |
| 051450701003187 | 0 | 0 | 0 |
| 051450701003188 | 0 | 0 | 0 |
| 051450701003193 | 0 | 0 | 0 |
| 051450701003197 | 0 | 0 | 0 |
| 051450701003198 | 0 | 0 | 0 |
| 051450706001000 | 0 | 0 | 0 |
| 051450706003000 | 0 | 0 | 0 |
| 051450706003049 | 0 | 0 | 0 |
| 051450706003050 | 11 | 9 | 0 |
| 051450706003051 | 7 | 7 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| **Cypert Subtotal** | **127** | **123** | **0** |
| Denmark | 532 | 512 | 0 |
| Gray A | | | |
| 051450704021000 | 101 | 98 | 3 |
| 051450704021001 | 22 | 22 | 0 |
| 051450704021002 | 0 | 0 | 0 |
| 051450704021003 | 0 | 0 | 0 |
| 051450704021004 | 132 | 125 | 0 |
| 051450704021005 | 0 | 0 | 0 |
| 051450704021006 | 212 | 203 | 1 |
| 051450704021007 | 126 | 125 | 0 |
| 051450704021008 | 0 | 0 | 0 |
| 051450704021009 | 0 | 0 | 0 |
| 051450704021010 | 90 | 82 | 0 |
| 051450704021011 | 12 | 12 | 0 |
| 051450704021012 | 238 | 227 | 9 |
| 051450704021013 | 22 | 20 | 0 |
| 051450707001000 | 0 | 0 | 0 |
| 051450707001001 | 85 | 85 | 0 |
| 051450707001002 | 3 | 3 | 0 |
| 051450707001003 | 0 | 0 | 0 |
| 051450707001004 | 68 | 66 | 0 |
| 051450707001005 | 0 | 0 | 0 |
| 051450707001006 | 17 | 17 | 0 |
| 051450707001007 | 79 | 72 | 0 |
| **Gray A Subtotal** | **1,207** | **1,157** | **13** |
| Harrison | 3,500 | 3,286 | 53 |
| Harrison East | | | |
| 051450701001035 | 46 | 46 | 0 |
| 051450701001036 | 0 | 0 | 0 |
| 051450701001037 | 0 | 0 | 0 |
| 051450701001038 | 0 | 0 | 0 |
| 051450701001039 | 0 | 0 | 0 |
| 051450701002077 | 0 | 0 | 0 |
| 051450701002078 | 0 | 0 | 0 |
| 051450701002079 | 6 | 6 | 0 |
| 051450701002080 | 17 | 17 | 0 |
| 051450701002082 | 0 | 0 | 0 |
| 051450705001000 | 0 | 0 | 0 |
| 051450705001001 | 106 | 106 | 0 |
| 051450705001002 | 0 | 0 | 0 |
| 051450705001003 | 0 | 0 | 0 |
| 051450705001004 | 111 | 111 | 0 |
| 051450705001012 | 171 | 166 | 0 |
| 051450705001016 | 8 | 8 | 0 |

Senate Plan:  Jeffers_03
Administrator:  Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450705001017 | 0 | 0 | 0 |
| 051450705001018 | 0 | 0 | 0 |
| 051450705001019 | 0 | 0 | 0 |
| 051450705001020 | 5 | 5 | 0 |
| 051450705001021 | 30 | 28 | 0 |
| 051450705001022 | 31 | 31 | 0 |
| 051450705001023 | 0 | 0 | 0 |
| 051450705001024 | 0 | 0 | 0 |
| 051450705001025 | 13 | 13 | 0 |
| 051450705001026 | 0 | 0 | 0 |
| 051450705001027 | 16 | 16 | 0 |
| 051450705001035 | 0 | 0 | 0 |
| 051450705001036 | 12 | 9 | 0 |
| 051450705001037 | 2 | 2 | 0 |
| 051450705001038 | 41 | 41 | 0 |
| 051450705001040 | 1 | 1 | 0 |
| 051450705002000 | 12 | 10 | 0 |
| 051450705002001 | 0 | 0 | 0 |
| 051450705002002 | 13 | 7 | 4 |
| 051450705002003 | 0 | 0 | 0 |
| 051450705002004 | 23 | 23 | 0 |
| 051450705002005 | 62 | 61 | 0 |
| 051450705002006 | 50 | 49 | 0 |
| 051450705002007 | 37 | 30 | 0 |
| 051450705002008 | 9 | 9 | 0 |
| 051450705002009 | 0 | 0 | 0 |
| 051450705002010 | 1 | 1 | 0 |
| 051450705002011 | 10 | 8 | 0 |
| 051450705002012 | 0 | 0 | 0 |
| 051450705002013 | 0 | 0 | 0 |
| 051450705002014 | 0 | 0 | 0 |
| 051450705002027 | 24 | 24 | 0 |
| 051450705002029 | 11 | 11 | 0 |
| 051450705002057 | 22 | 13 | 9 |
| 051450705002058 | 0 | 0 | 0 |
| 051450705002075 | 16 | 16 | 0 |
| 051450706001047 | 0 | 0 | 0 |
| 051450706001067 | 31 | 31 | 0 |
| 051450706001081 | 25 | 23 | 2 |
| 051450706001082 | 0 | 0 | 0 |
| 051450706001083 | 0 | 0 | 0 |
| 051450706001084 | 2 | 2 | 0 |
| 051450706001085 | 0 | 0 | 0 |
| 051450706001094 | 5 | 0 | 0 |
| 051450706001095 | 0 | 0 | 0 |
| 051450706001099 | 0 | 0 | 0 |
| 051450706002007 | 21 | 19 | 0 |

| | Population | White | Black |
|---|---:|---:|---:|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450706002008 | 0 | 0 | 0 |
| 051450706002009 | 4 | 4 | 0 |
| 051450706002010 | 0 | 0 | 0 |
| 051450706002011 | 0 | 0 | 0 |
| 051450706002012 | 0 | 0 | 0 |
| 051450706002013 | 0 | 0 | 0 |
| 051450706002014 | 0 | 0 | 0 |
| 051450706002015 | 41 | 41 | 0 |
| 051450706002016 | 6 | 6 | 0 |
| 051450706002017 | 5 | 5 | 0 |
| 051450706002018 | 0 | 0 | 0 |
| 051450706002019 | 0 | 0 | 0 |
| 051450706002020 | 21 | 18 | 0 |
| 051450706002021 | 53 | 47 | 0 |
| 051450706002022 | 6 | 6 | 0 |
| 051450706002023 | 2 | 1 | 0 |
| 051450706002024 | 28 | 28 | 0 |
| 051450706002026 | 0 | 0 | 0 |
| 051450706002028 | 21 | 13 | 8 |
| 051450706002030 | 0 | 0 | 0 |
| 051450706002031 | 0 | 0 | 0 |
| 051450706002032 | 9 | 9 | 0 |
| 051450706002033 | 0 | 0 | 0 |
| 051450706002034 | 0 | 0 | 0 |
| 051450706002035 | 0 | 0 | 0 |
| 051450706002036 | 0 | 0 | 0 |
| 051450706002037 | 0 | 0 | 0 |
| 051450706002038 | 0 | 0 | 0 |
| 051450706002039 | 0 | 0 | 0 |
| 051450706002040 | 0 | 0 | 0 |
| 051450706002041 | 0 | 0 | 0 |
| 051450706002042 | 0 | 0 | 0 |
| 051450706002047 | 0 | 0 | 0 |
| 051450706002068 | 0 | 0 | 0 |
| 051450706003001 | 20 | 20 | 0 |
| 051450706003002 | 0 | 0 | 0 |
| 051450706003003 | 43 | 43 | 0 |
| 051450706003004 | 0 | 0 | 0 |
| 051450706003005 | 10 | 10 | 0 |
| 051450706003006 | 0 | 0 | 0 |
| 051450706003007 | 0 | 0 | 0 |
| 051450706003008 | 3 | 3 | 0 |
| 051450706003009 | 0 | 0 | 0 |
| 051450706003010 | 0 | 0 | 0 |
| 051450706003011 | 0 | 0 | 0 |
| 051450706003012 | 5 | 5 | 0 |
| 051450706003039 | 51 | 51 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450706003040 | 0 | 0 | 0 |
| 051450706003041 | 30 | 28 | 1 |
| 051450706003042 | 3 | 2 | 0 |
| 051450706003043 | 0 | 0 | 0 |
| 051450706003048 | 0 | 0 | 0 |
| 051450706003070 | 2 | 2 | 0 |
| 051450706004001 | 16 | 16 | 0 |
| 051450706004002 | 0 | 0 | 0 |
| 051450706004005 | 67 | 65 | 0 |
| 051450706004006 | 27 | 27 | 0 |
| 051450706004007 | 11 | 11 | 0 |
| 051450706004008 | 3 | 3 | 0 |
| 051450706004009 | 2 | 2 | 0 |
| 051450706004010 | 0 | 0 | 0 |
| 051450706004011 | 22 | 22 | 0 |
| 051450706004013 | 0 | 0 | 0 |
| 051450706004014 | 0 | 0 | 0 |
| 051450706004015 | 0 | 0 | 0 |
| 051450706004016 | 3 | 0 | 3 |
| 051450706004017 | 26 | 26 | 0 |
| 051450706004018 | 0 | 0 | 0 |
| 051450706004019 | 0 | 0 | 0 |
| 051450706004028 | 0 | 0 | 0 |
| 051450706004029 | 0 | 0 | 0 |
| 051450706004030 | 0 | 0 | 0 |
| 051450706004031 | 0 | 0 | 0 |
| 051450706004035 | 0 | 0 | 0 |
| **Harrison East Subtotal** | **1,530** | **1,457** | **27** |
| Judsonia Ward 1 | 934 | 894 | 18 |
| Judsonia Ward 2 | 459 | 413 | 16 |
| Judsonia Ward 3 | | | |
| 051450705002018 | 0 | 0 | 0 |
| 051450705002020 | 0 | 0 | 0 |
| 051450705002028 | 0 | 0 | 0 |
| 051450705002038 | 16 | 13 | 0 |
| 051450705002039 | 18 | 17 | 1 |
| 051450705002040 | 13 | 12 | 0 |
| 051450705002041 | 5 | 5 | 0 |
| 051450705002042 | 0 | 0 | 0 |
| 051450705002043 | 0 | 0 | 0 |
| 051450705002044 | 3 | 3 | 0 |
| 051450705002045 | 18 | 12 | 0 |
| 051450705002046 | 9 | 9 | 0 |
| 051450705002047 | 16 | 13 | 0 |
| 051450705002048 | 6 | 6 | 0 |
| 051450705002049 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| White County  (continued) | | | |
| 051450705002050 | 17 | 16 | 0 |
| 051450705002051 | 30 | 22 | 8 |
| 051450705002052 | 14 | 8 | 6 |
| 051450705002053 | 20 | 10 | 0 |
| 051450705002054 | 84 | 83 | 0 |
| 051450705002055 | 6 | 5 | 1 |
| 051450705002056 | 17 | 17 | 0 |
| 051450705002059 | 0 | 0 | 0 |
| 051450705002060 | 0 | 0 | 0 |
| 051450705002061 | 2 | 2 | 0 |
| 051450705002062 | 5 | 5 | 0 |
| 051450705002063 | 3 | 3 | 0 |
| 051450705002064 | 1 | 1 | 0 |
| 051450705002068 | 5 | 5 | 0 |
| 051450705002069 | 7 | 7 | 0 |
| 051450705002070 | 28 | 22 | 3 |
| 051450705002071 | 11 | 6 | 0 |
| 051450705002074 | 3 | 1 | 0 |
| 051450705003046 | 68 | 58 | 0 |
| 051450705003048 | 13 | 13 | 0 |
| 051450705003049 | 1 | 1 | 0 |
| 051450705003052 | 20 | 20 | 0 |
| 051450705003080 | 13 | 9 | 0 |
| 051450705003082 | 0 | 0 | 0 |
| 051450705003083 | 6 | 6 | 0 |
| 051450705003084 | 28 | 28 | 0 |
| 051450705003085 | 13 | 8 | 0 |
| 051450705003086 | 7 | 7 | 0 |
| 051450705003087 | 10 | 10 | 0 |
| 051450705003089 | 15 | 12 | 1 |
| 051450705003090 | 0 | 0 | 0 |
| 051450705003091 | 2 | 2 | 0 |
| 051450705003092 | 3 | 3 | 0 |
| 051450705003093 | 8 | 8 | 0 |
| **Judsonia Ward 3 Subtotal** | **564** | **488** | **20** |
| Liberty | 803 | 776 | 8 |
| Russell City | 216 | 209 | 0 |
| Russell TWP | 284 | 278 | 1 |
| Velvet Ridge | 922 | 865 | 3 |
| **White County Subtotal** | **15,741** | **14,776** | **313** |
| Woodruff County | | | |
| Augusta Precinct 1 | 583 | 332 | 234 |
| Augusta Precinct 2 | 864 | 488 | 342 |
| Augusta Precinct 3 | 752 | 283 | 450 |

Senate Plan:  Jeffers_03
Administrator:  Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 23** (continued) | | | |
| Woodruff County  (continued) | | | |
| Fakes Chapel Precinct 20 | 35 | 35 | 0 |
| Hilleman Precinct 13 | 124 | 122 | 2 |
| Howell Precinct 12 | 127 | 104 | 20 |
| Hunter Precinct 11 | 105 | 101 | 0 |
| McCrory Precinct 17 | 970 | 840 | 114 |
| McCrory Precinct 18 | 759 | 565 | 178 |
| McCrory Rural Precinct 15 | 347 | 325 | 1 |
| Morton Precinct 14 | 256 | 249 | 1 |
| North Rural Augusta Precinct 4 | 313 | 275 | 28 |
| Patterson Ward 16 | 452 | 346 | 88 |
| Pumpkin Bend Precinct 19 | 461 | 455 | 4 |
| Rural Hunter Precinct 10 | 99 | 98 | 0 |
| South Rural Augusta Precinct 5 | 172 | 163 | 6 |
| **Woodruff County Subtotal** | **6,419** | **4,781** | **1,468** |
| **District 23 Subtotal** | **84,992** | **66,517** | **15,638** |
| **District 24** | | | |
| Crittenden County | | | |
| Bob Ward | 555 | 282 | 264 |
| Earle Ward 1 | 542 | 96 | 439 |
| Earle Ward 2 | 860 | 212 | 641 |
| Earle Ward 3 | 472 | 70 | 398 |
| Earle Ward 4 | 524 | 12 | 500 |
| Edmondson Bob Ward 1 | 427 | 120 | 286 |
| Horseshoe Lake | 292 | 271 | 11 |
| Jackson 2 | | | |
| 050350307011040 | 0 | 0 | 0 |
| **Jackson 2 Subtotal** | **0** | **0** | **0** |
| Jennette | 120 | 8 | 112 |
| Lucas | 365 | 325 | 31 |
| Mississippi TWP | | | |
| 050350306001000 | 0 | 0 | 0 |
| 050350306001001 | 0 | 0 | 0 |
| 050350306001002 | 0 | 0 | 0 |
| 050350306001003 | 0 | 0 | 0 |
| 050350306001004 | 0 | 0 | 0 |
| 050350306001005 | 0 | 0 | 0 |
| 050350306001006 | 0 | 0 | 0 |
| 050350306001007 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350306001008 | 0 | 0 | 0 |
| 050350306001009 | 0 | 0 | 0 |
| 050350306001010 | 0 | 0 | 0 |
| 050350306001024 | 0 | 0 | 0 |
| 050350306001025 | 0 | 0 | 0 |
| 050350306001026 | 0 | 0 | 0 |
| 050350306001027 | 0 | 0 | 0 |
| 050350306001028 | 0 | 0 | 0 |
| 050350306001029 | 0 | 0 | 0 |
| 050350306001030 | 0 | 0 | 0 |
| 050350306001057 | 0 | 0 | 0 |
| 050350306001058 | 0 | 0 | 0 |
| 050350306001059 | 0 | 0 | 0 |
| 050350306001060 | 0 | 0 | 0 |
| 050350306001061 | 0 | 0 | 0 |
| 050350306001062 | 0 | 0 | 0 |
| 050350306001063 | 0 | 0 | 0 |
| 050350306001064 | 0 | 0 | 0 |
| 050350306001074 | 0 | 0 | 0 |
| 050350306001075 | 0 | 0 | 0 |
| 050350306001076 | 0 | 0 | 0 |
| 050350306001077 | 0 | 0 | 0 |
| 050350306001078 | 0 | 0 | 0 |
| 050350306001079 | 0 | 0 | 0 |
| 050350306001080 | 0 | 0 | 0 |
| 050350306001081 | 0 | 0 | 0 |
| 050350306001082 | 0 | 0 | 0 |
| 050350306001083 | 0 | 0 | 0 |
| 050350306001084 | 0 | 0 | 0 |
| 050350306001085 | 0 | 0 | 0 |
| 050350306001086 | 0 | 0 | 0 |
| 050350306001087 | 0 | 0 | 0 |
| 050350306001088 | 0 | 0 | 0 |
| 050350306001089 | 0 | 0 | 0 |
| 050350306001095 | 0 | 0 | 0 |
| 050350306001097 | 0 | 0 | 0 |
| 050350306001098 | 0 | 0 | 0 |
| 050350306001099 | 0 | 0 | 0 |
| 050350306001100 | 0 | 0 | 0 |
| 050350306001101 | 0 | 0 | 0 |
| 050350306001102 | 0 | 0 | 0 |
| 050350306001103 | 0 | 0 | 0 |
| 050350306003001 | 0 | 0 | 0 |
| 050350306003005 | 0 | 0 | 0 |
| 050350306003006 | 0 | 0 | 0 |
| 050350306003007 | 0 | 0 | 0 |
| 050350306003010 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Crittenden County  (continued) | | | |
| 050350306003011 | 0 | 0 | 0 |
| 050350306003012 | 0 | 0 | 0 |
| 050350306003013 | 0 | 0 | 0 |
| 050350306003033 | 0 | 0 | 0 |
| 050350306003034 | 0 | 0 | 0 |
| 050350306003035 | 6 | 6 | 0 |
| 050350306003036 | 17 | 13 | 4 |
| 050350306003038 | 0 | 0 | 0 |
| 050350306003039 | 0 | 0 | 0 |
| 050350306003040 | 0 | 0 | 0 |
| 050350306003041 | 0 | 0 | 0 |
| 050350306003042 | 0 | 0 | 0 |
| 050350306003043 | 0 | 0 | 0 |
| 050350306003051 | 49 | 0 | 49 |
| 050350306003052 | 23 | 0 | 23 |
| 050350306003053 | 16 | 0 | 16 |
| 050350306003144 | 0 | 0 | 0 |
| 050350306003145 | 0 | 0 | 0 |
| 050350306003150 | 0 | 0 | 0 |
| 050350306003151 | 0 | 0 | 0 |
| 050350306003152 | 0 | 0 | 0 |
| 050350306003153 | 0 | 0 | 0 |
| 050350306003154 | 0 | 0 | 0 |
| 050350306003157 | 0 | 0 | 0 |
| 050350307031131 | 0 | 0 | 0 |
| 050350308031070 | 0 | 0 | 0 |
| 050350308031071 | 0 | 0 | 0 |
| 050350308061098 | 0 | 0 | 0 |
| 050350308061099 | 5 | 4 | 0 |
| 050350308061100 | 0 | 0 | 0 |
| 050350308061109 | 0 | 0 | 0 |
| 050350308061111 | 0 | 0 | 0 |
| 050350308061112 | 0 | 0 | 0 |
| 050350308061113 | 0 | 0 | 0 |
| **Mississippi TWP Subtotal** | **116** | **23** | **92** |
| North Tyronza | 256 | 180 | 66 |
| Protor | 931 | 552 | 360 |
| South Tyronza | 314 | 141 | 166 |
| West Memphis Ward 1-4 | 2,071 | 473 | 1,560 |
| West Memphis Ward 2-1 | 4,001 | 704 | 3,186 |
| West Memphis Ward 2-2 | 378 | 31 | 341 |
| West Memphis Ward 2-3 | 1,562 | 30 | 1,508 |
| West Memphis Ward 4-1 | 2,898 | 281 | 2,587 |
| West Memphis Ward 4-2 | 1,701 | 79 | 1,595 |

Senate Plan:  Jeffers_03                                                          2/22/2012
Administrator:  Jeffers Plaintiffs                                                 8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Crittenden County  (continued) | | | |
| West Memphis Ward 5-1 | 1,555 | 46 | 1,488 |
| West Memphis Ward 5-2 | 3,066 | 237 | 2,801 |
| **Crittenden County Subtotal** | **23,006** | **4,173** | **18,432** |
| Cross County | | | |
| Parkin Ward 1 | 432 | 160 | 252 |
| Parkin Ward 2 | 377 | 97 | 270 |
| Parkin Ward 3 | 296 | 50 | 245 |
| Tyronza | 218 | 153 | 62 |
| **Cross County Subtotal** | **1,323** | **460** | **829** |
| Lee County | 10,424 | 4,381 | 5,761 |
| Monroe County | | | |
| Brinkley TWP Voting District | 362 | 333 | 24 |
| Brinkley Ward 1 | | | |
| 050959501002038 | 0 | 0 | 0 |
| 050959501002054 | 1 | 1 | 0 |
| 050959501002055 | 0 | 0 | 0 |
| 050959501002056 | 0 | 0 | 0 |
| 050959501002057 | 0 | 0 | 0 |
| 050959501002058 | 0 | 0 | 0 |
| 050959501002059 | 3 | 3 | 0 |
| 050959501002060 | 0 | 0 | 0 |
| 050959501002068 | 0 | 0 | 0 |
| 050959501002072 | 0 | 0 | 0 |
| 050959501002073 | 0 | 0 | 0 |
| 050959501003112 | 2 | 0 | 2 |
| 050959501003113 | 20 | 6 | 14 |
| 050959501003114 | 0 | 0 | 0 |
| 050959501003115 | 0 | 0 | 0 |
| 050959501003116 | 0 | 0 | 0 |
| 050959501003117 | 0 | 0 | 0 |
| 050959501003118 | 4 | 4 | 0 |
| 050959501003119 | 0 | 0 | 0 |
| 050959501003120 | 0 | 0 | 0 |
| 050959501003121 | 38 | 38 | 0 |
| 050959501003122 | 132 | 14 | 111 |
| 050959501003123 | 0 | 0 | 0 |
| 050959501003124 | 0 | 0 | 0 |
| 050959501003125 | 89 | 57 | 32 |
| 050959501003126 | 8 | 4 | 4 |
| 050959501003127 | 0 | 0 | 0 |
| 050959501003128 | 30 | 29 | 0 |
| 050959501003129 | 0 | 0 | 0 |

Senate Plan:  Jeffers_03
Administrator:  Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Monroe County  (continued) | | | |
| 050959501003130 | 6 | 4 | 0 |
| 050959501003131 | 0 | 0 | 0 |
| 050959501003132 | 0 | 0 | 0 |
| 050959501003133 | 0 | 0 | 0 |
| 050959501003134 | 5 | 0 | 5 |
| 050959501003135 | 16 | 9 | 7 |
| 050959501003136 | 22 | 17 | 1 |
| 050959501003137 | 27 | 14 | 13 |
| 050959501003138 | 8 | 0 | 8 |
| 050959501003139 | 28 | 24 | 3 |
| 050959501003140 | 60 | 51 | 9 |
| 050959501003141 | 41 | 35 | 4 |
| 050959501003142 | 3 | 3 | 0 |
| 050959501003143 | 10 | 10 | 0 |
| 050959501003144 | 11 | 11 | 0 |
| 050959501003145 | 54 | 26 | 28 |
| 050959501003146 | 20 | 4 | 16 |
| 050959501003147 | 8 | 0 | 8 |
| 050959501003148 | 5 | 0 | 5 |
| 050959501003149 | 15 | 1 | 14 |
| 050959501003150 | 21 | 0 | 21 |
| 050959501003151 | 0 | 0 | 0 |
| 050959501003152 | 12 | 2 | 10 |
| 050959501003153 | 0 | 0 | 0 |
| 050959501003154 | 2 | 0 | 2 |
| 050959501003155 | 12 | 7 | 3 |
| 050959501003156 | 9 | 1 | 7 |
| 050959501003157 | 54 | 25 | 23 |
| 050959501003158 | 0 | 0 | 0 |
| 050959501003159 | 24 | 6 | 7 |
| 050959501003160 | 32 | 27 | 5 |
| 050959501003161 | 39 | 23 | 14 |
| 050959501003167 | 40 | 31 | 9 |
| 050959501003168 | 9 | 1 | 8 |
| 050959501003169 | 31 | 10 | 21 |
| 050959501003170 | 28 | 16 | 11 |
| 050959501003179 | 2 | 0 | 2 |
| 050959501003180 | 29 | 16 | 13 |
| 050959501003181 | 8 | 5 | 3 |
| 050959501003187 | 13 | 0 | 13 |
| 050959501003188 | 30 | 22 | 8 |
| 050959501003189 | 3 | 2 | 0 |
| 050959501003222 | 36 | 5 | 31 |
| 050959501003223 | 31 | 8 | 22 |
| **Brinkley Ward 1 Subtotal** | **1,131** | **572** | **517** |
| Brinkley Ward 2 | 928 | 143 | 760 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

|  | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Monroe County  (continued) | | | |
| Brinkley Ward 3 | 1,090 | 699 | 368 |
| Cypress Ridge Voting District | 339 | 290 | 39 |
| Dixon Voting District | 224 | 67 | 143 |
| Keevil Voting District | 171 | 140 | 26 |
| Pine Ridge Voting District | 99 | 83 | 13 |
| **Monroe County Subtotal** | **4,344** | **2,327** | **1,890** |
| Phillips County | | | |
| Cleburne 2 Voting District | 257 | 154 | 98 |
| Cleburne Voting District | 403 | 174 | 228 |
| Helena Ward 1 | 1,084 | 82 | 978 |
| Helena Ward 2 | | | |
| 051074801001066 | 34 | 8 | 26 |
| 051074801001067 | 51 | 8 | 43 |
| 051074801001068 | 28 | 0 | 28 |
| 051074801001069 | 19 | 0 | 16 |
| 051074801001070 | 2 | 2 | 0 |
| 051074801002005 | 20 | 5 | 15 |
| 051074801002011 | 128 | 48 | 80 |
| 051074801002012 | 10 | 5 | 5 |
| 051074801002020 | 11 | 3 | 8 |
| 051074801004030 | 0 | 0 | 0 |
| 051074801005006 | 14 | 1 | 13 |
| 051074801005007 | 10 | 2 | 8 |
| 051074801005008 | 9 | 0 | 9 |
| 051074801005009 | 11 | 0 | 11 |
| 051074801005010 | 16 | 1 | 15 |
| 051074801005011 | 32 | 4 | 28 |
| 051074801005023 | 10 | 0 | 10 |
| 051074801005024 | 3 | 1 | 2 |
| 051074801005025 | 31 | 5 | 26 |
| 051074801005026 | 10 | 10 | 0 |
| 051074801005027 | 32 | 19 | 13 |
| 051074801005028 | 7 | 2 | 5 |
| 051074804001000 | 4 | 0 | 4 |
| 051074804001001 | 8 | 1 | 4 |
| 051074804001002 | 44 | 8 | 36 |
| 051074804001003 | 88 | 11 | 77 |
| 051074804001004 | 12 | 4 | 8 |
| 051074804001005 | 53 | 0 | 53 |
| 051074804001006 | 9 | 3 | 6 |
| 051074804001007 | 28 | 2 | 25 |
| 051074804001008 | 41 | 0 | 41 |
| 051074804001009 | 26 | 0 | 26 |
| 051074804001010 | 11 | 0 | 11 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| 051074804001011 | 0 | 0 | 0 |
| 051074804001012 | 35 | 2 | 33 |
| 051074804001015 | 0 | 0 | 0 |
| 051074804002000 | 258 | 64 | 191 |
| 051074804002001 | 19 | 1 | 18 |
| 051074804002002 | 46 | 28 | 18 |
| 051074804002003 | 0 | 0 | 0 |
| 051074804002004 | 1 | 0 | 1 |
| 051074804002005 | 6 | 6 | 0 |
| 051074804002006 | 0 | 0 | 0 |
| 051074804002007 | 32 | 3 | 27 |
| 051074804002008 | 0 | 0 | 0 |
| 051074804002012 | 33 | 12 | 21 |
| 051074804002013 | 39 | 9 | 30 |
| 051074804002014 | 1 | 1 | 0 |
| 051074804002015 | 0 | 0 | 0 |
| 051074804002016 | 0 | 0 | 0 |
| 051074804002017 | 0 | 0 | 0 |
| 051074804002020 | 3 | 0 | 3 |
| 051074804002027 | 0 | 0 | 0 |
| 051074804002028 | 0 | 0 | 0 |
| 051074804002029 | 0 | 0 | 0 |
| 051074804002030 | 0 | 0 | 0 |
| 051074804002031 | 0 | 0 | 0 |
| 051074804002032 | 0 | 0 | 0 |
| 051074804002033 | 0 | 0 | 0 |
| 051074804002034 | 0 | 0 | 0 |
| 051074804002035 | 0 | 0 | 0 |
| 051074804002036 | 0 | 0 | 0 |
| 051074804002037 | 0 | 0 | 0 |
| 051074804002038 | 26 | 0 | 23 |
| 051074804002039 | 2 | 2 | 0 |
| 051074804002040 | 2 | 2 | 0 |
| 051074804002041 | 0 | 0 | 0 |
| 051074804002042 | 0 | 0 | 0 |
| 051074804002043 | 0 | 0 | 0 |
| 051074804002044 | 2 | 2 | 0 |
| 051074804002045 | 0 | 0 | 0 |
| 051074804002046 | 0 | 0 | 0 |
| 051074804002047 | 0 | 0 | 0 |
| 051074804002048 | 0 | 0 | 0 |
| 051074804002066 | 0 | 0 | 0 |
| 051074804002097 | 0 | 0 | 0 |
| 051074804002100 | 0 | 0 | 0 |
| **Helena Ward 2 Subtotal** | **1,317** | **285** | **1,017** |
| Helena Ward 3 | 1,530 | 873 | 631 |

10-299

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| Helena Ward 4 | | | |
| 051074804001013 | 145 | 4 | 140 |
| 051074804001014 | 2 | 1 | 0 |
| 051074804001016 | 59 | 8 | 51 |
| 051074804002018 | 10 | 6 | 3 |
| 051074804002019 | 8 | 8 | 0 |
| 051074804002021 | 144 | 14 | 130 |
| 051074804002022 | 8 | 0 | 8 |
| 051074804002023 | 2 | 2 | 0 |
| 051074804002024 | 0 | 0 | 0 |
| 051074804002025 | 129 | 45 | 84 |
| 051074804002026 | 12 | 0 | 12 |
| 051074804002049 | 0 | 0 | 0 |
| 051074804002057 | 0 | 0 | 0 |
| 051074804002067 | 0 | 0 | 0 |
| 051074804002068 | 0 | 0 | 0 |
| 051074804002069 | 0 | 0 | 0 |
| 051074804002093 | 9 | 0 | 9 |
| 051074804002094 | 0 | 0 | 0 |
| 051074804002095 | 0 | 0 | 0 |
| 051074804002099 | 0 | 0 | 0 |
| 051074804003026 | 22 | 0 | 22 |
| 051074804003027 | 30 | 0 | 30 |
| 051074804003028 | 13 | 0 | 13 |
| 051074804003029 | 4 | 0 | 4 |
| 051074804003034 | 21 | 0 | 21 |
| 051074804003035 | 11 | 1 | 9 |
| 051074804003036 | 23 | 0 | 23 |
| 051074804003037 | 0 | 0 | 0 |
| 051074804003038 | 0 | 0 | 0 |
| 051074804003044 | 0 | 0 | 0 |
| 051074804003045 | 0 | 0 | 0 |
| 051074804003048 | 0 | 0 | 0 |
| 051074804003049 | 0 | 0 | 0 |
| 051074804003050 | 0 | 0 | 0 |
| 051074804003051 | 0 | 0 | 0 |
| 051074804003052 | 0 | 0 | 0 |
| 051074804003053 | 0 | 0 | 0 |
| 051074804003054 | 0 | 0 | 0 |
| 051074804003055 | 35 | 11 | 24 |
| 051074804003056 | 1 | 0 | 1 |
| 051074804003057 | 0 | 0 | 0 |
| 051074804003058 | 0 | 0 | 0 |
| 051074804003059 | 0 | 0 | 0 |
| 051074804003060 | 0 | 0 | 0 |
| 051074804003061 | 0 | 0 | 0 |
| 051074804003062 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| 051074804003063 | 7 | 0 | 7 |
| 051074804003064 | 7 | 0 | 7 |
| 051074804003065 | 0 | 0 | 0 |
| 051074804003066 | 6 | 0 | 6 |
| 051074804003067 | 0 | 0 | 0 |
| 051074804003068 | 0 | 0 | 0 |
| 051074804003069 | 15 | 1 | 14 |
| 051074804003070 | 0 | 0 | 0 |
| 051074804003071 | 11 | 0 | 11 |
| 051074804003072 | 15 | 0 | 15 |
| 051074804003073 | 0 | 0 | 0 |
| 051074804003074 | 0 | 0 | 0 |
| 051074804003075 | 6 | 6 | 0 |
| 051074804003076 | 0 | 0 | 0 |
| 051074804003077 | 0 | 0 | 0 |
| 051074804003078 | 1 | 0 | 1 |
| 051074804003079 | 4 | 0 | 4 |
| 051074804003080 | 8 | 0 | 7 |
| 051074804003081 | 0 | 0 | 0 |
| 051074804003082 | 0 | 0 | 0 |
| 051074804003083 | 0 | 0 | 0 |
| **Helena Ward 4 Subtotal** | **768** | **107** | **656** |
| Hickory Ridge Voting District | 376 | 197 | 172 |
| Hornor 1 Voting District | | | |
| 051074802001065 | 23 | 16 | 7 |
| 051074802001066 | 0 | 0 | 0 |
| 051074802001086 | 17 | 0 | 17 |
| 051074802001087 | 5 | 5 | 0 |
| 051074802001088 | 4 | 2 | 2 |
| 051074802001089 | 5 | 3 | 0 |
| 051074802001095 | 0 | 0 | 0 |
| **Hornor 1 Voting District Subtotal** | **54** | **26** | **26** |
| Hornor 2 Voting District | | | |
| 051074803004004 | 22 | 3 | 19 |
| 051074803004021 | 17 | 14 | 2 |
| 051074803004022 | 26 | 26 | 0 |
| 051074803004024 | 2 | 2 | 0 |
| 051074803004025 | 0 | 0 | 0 |
| 051074803004026 | 178 | 49 | 122 |
| 051074803004027 | 56 | 4 | 47 |
| 051074803004028 | 6 | 0 | 3 |
| 051074803004029 | 9 | 0 | 9 |
| 051074803004064 | 25 | 20 | 5 |
| 051074803004065 | 128 | 68 | 57 |
| 051074803004066 | 26 | 3 | 23 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

|  | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| 051074803004067 | 26 | 9 | 16 |
| 051074803004086 | 17 | 15 | 2 |
| 051074803004087 | 8 | 4 | 4 |
| 051074803004091 | 47 | 0 | 44 |
| 051074805001012 | 0 | 0 | 0 |
| 051074805001013 | 0 | 0 | 0 |
| 051074805001022 | 0 | 0 | 0 |
| 051074805001023 | 0 | 0 | 0 |
| 051074805002008 | 7 | 0 | 7 |
| 051074805002010 | 20 | 0 | 20 |
| 051074805003014 | 0 | 0 | 0 |
| **Hornor 2 Voting District Subtotal** | **620** | **217** | **380** |
| Hornor 4 Voting District | 38 | 36 | 2 |
| Hornor 5 Voting District | 74 | 48 | 25 |
| Hornor 6 Voting Precinct | 90 | 78 | 11 |
| Languille Voting District | 38 | 35 | 3 |
| Lexa Voting District | 286 | 204 | 77 |
| Marion Voting District | 589 | 275 | 309 |
| Marvel Ward 1 Voting District | 390 | 254 | 131 |
| Marvel Ward 2 Voting District | 466 | 148 | 305 |
| Marvel Ward 3 Voting District | 318 | 8 | 303 |
| Spring Creek 4 Voting District | | | |
| 051074802001004 | 0 | 0 | 0 |
| 051074802001005 | 2 | 2 | 0 |
| 051074802001006 | 7 | 1 | 0 |
| 051074802001010 | 0 | 0 | 0 |
| 051074802001011 | 11 | 11 | 0 |
| 051074802001012 | 41 | 41 | 0 |
| 051074802001013 | 39 | 27 | 12 |
| 051074802001014 | 0 | 0 | 0 |
| 051074802001015 | 40 | 24 | 16 |
| 051074802001016 | 60 | 54 | 6 |
| 051074802001021 | 11 | 11 | 0 |
| 051074802001022 | 31 | 21 | 10 |
| 051074802001025 | 3 | 3 | 0 |
| 051074802001028 | 0 | 0 | 0 |
| 051074802001045 | 0 | 0 | 0 |
| 051074802001046 | 21 | 17 | 4 |
| 051074802001050 | 11 | 5 | 6 |
| 051074802001051 | 0 | 0 | 0 |
| 051074802001052 | 6 | 6 | 0 |
| 051074802001053 | 0 | 0 | 0 |
| 051074802001054 | 21 | 21 | 0 |
| 051074802001055 | 0 | 0 | 0 |

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| 051074802001056 | 48 | 41 | 7 |
| 051074802001057 | 0 | 0 | 0 |
| 051074802001058 | 18 | 18 | 0 |
| 051074802001059 | 0 | 0 | 0 |
| 051074802001060 | 16 | 16 | 0 |
| 051074802001061 | 0 | 0 | 0 |
| 051074802001062 | 5 | 2 | 3 |
| 051074802001063 | 0 | 0 | 0 |
| 051074802001064 | 0 | 0 | 0 |
| **Spring Creek 4 Voting District Subtotal** | **391** | **321** | **64** |
| West Helena Precinct 1 | 1,174 | 17 | 1,142 |
| West Helena Precinct 1A | 129 | 9 | 119 |
| West Helena Precinct 1B | | | |
| 051074805002000 | 28 | 8 | 20 |
| 051074805002001 | 4 | 4 | 0 |
| 051074805002003 | 6 | 0 | 6 |
| 051074805002004 | 1 | 0 | 1 |
| 051074805002012 | 0 | 0 | 0 |
| **West Helena Precinct 1B Subtotal** | **39** | **12** | **27** |
| West Helena Precinct 1C | 54 | 0 | 54 |
| West Helena Precinct 2 | 1,576 | 533 | 1,011 |
| West Helena Precinct 2A | 227 | 53 | 174 |
| West Helena Precinct 2B | 25 | 22 | 3 |
| West Helena Precinct 2C | 180 | 5 | 175 |
| West Helena Precinct 2D | 25 | 5 | 20 |
| West Helena Precinct 2E | 47 | 12 | 31 |
| West Helena Precinct 2F | 48 | 4 | 40 |
| West Helena Precinct 2G | 85 | 12 | 73 |
| West Helena Precinct 2H | 68 | 0 | 68 |
| West Helena Precinct 2I | 13 | 0 | 13 |
| West Helena Precinct 3 | 797 | 312 | 469 |
| West Helena Precinct 3A | 122 | 6 | 111 |
| West Helena Precinct 3B | 393 | 68 | 320 |
| West Helena Precinct 3C | 50 | 2 | 47 |
| West Helena Precinct 3D | 0 | 0 | 0 |
| West Helena Precinct 3E | 66 | 12 | 54 |
| West Helena Precinct 3F | 721 | 197 | 508 |
| West Helena Precinct 3H | 123 | 20 | 98 |
| West Helena Precinct 4 | 214 | 2 | 212 |

10-303

Senate Plan: Jeffers_03
Administrator: Jeffers Plaintiffs

2/22/2012
8:19 a.m.

| | Population | White | Black |
|---|---|---|---|
| **District 24** (continued) | | | |
| Phillips County  (continued) | | | |
| West Helena Precinct 4A | 0 | 0 | 0 |
| West Helena Precinct 4B | 71 | 0 | 71 |
| West Helena Precinct 4C | 106 | 0 | 105 |
| West Helena Precinct 4C2 | 390 | 35 | 353 |
| West Helena Precinct 4C3 | 702 | 183 | 498 |
| West Helena Precinct 4C5 | 41 | 0 | 41 |
| West Helena Precinct 4C6 | 99 | 0 | 99 |
| West Helena Precinct 4C7 | 70 | 0 | 70 |
| West Helena Precinct WH2A | 80 | 27 | 52 |
| **Phillips County Subtotal** | **16,824** | **5,070** | **11,474** |
| St. Francis County | 28,258 | 12,502 | 14,667 |
| **District 24 Subtotal** | **84,179** | **28,913** | **53,053** |
| **District 25** | | | |
| Arkansas County | | | |
| Arkansas | 93 | 85 | 8 |
| Barton | 210 | 203 | 1 |
| Bayou Meto | 187 | 177 | 5 |
| Brewer | 50 | 50 | 0 |
| Chester | 278 | 269 | 0 |
| Gillett Ward 1 | 228 | 206 | 18 |
| Gillett Ward 2 | 255 | 240 | 8 |
| Gillett Ward 3 | 208 | 126 | 79 |
| Henton | 247 | 243 | 2 |
| Humphrey Ward 1 | 185 | 77 | 106 |
| Humphrey Ward 3 | 64 | 60 | 4 |
| Lagrue | | | |
| 050014806002090 | 2 | 2 | 0 |
| 050014806002091 | 0 | 0 | 0 |
| 050014806002092 | 0 | 0 | 0 |
| 050014806002093 | 0 | 0 | 0 |
| 050014806002094 | 2 | 2 | 0 |
| 050014806002095 | 0 | 0 | 0 |
| 050014806002106 | 4 | 4 | 0 |
| 050014806002109 | 0 | 0 | 0 |
| 050014806002111 | 4 | 0 | 4 |
| 050014806002112 | 4 | 1 | 3 |
| 050014806002113 | 0 | 0 | 0 |
| 050014807001081 | 0 | 0 | 0 |
| 050014807001082 | 0 | 0 | 0 |