

Arkansas Senate
Districts 22, 23 and 24

Jeffers_04 Proposal
April 4, 2012

Martin Deposition Exhibit 2
Jeffers v. Beebe, No. 2:12-CV 016 (E.D. Ark.)

Exhibit 17