**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| FUTURE MAE JEFFERS; MARY JEFFERS; HENRY PEACOCK; SHIRLEY HARVELL; REV. RONALD WILLIAMS; PEGGY R. WRIGHT; LAURA LOVE; FRANK SHAW; C.W. CAMPBELL; LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS; VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH; SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY; LAKETHA BROWN FLUKER; KATRINA HARRELL; CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER FRANKLIN; and JACK BERNARD CRUMBLY | PLAINTIFFS |

v.                             No. 2:12CV00016 JLH

MIKE BEEBE, in his capacity as Governor of Arkansas
and Chairman of the Arkansas Board of Apportionment;
MARK MARTIN, in his capacity as Secretary of State
of Arkansas and as a member of the Arkansas Board
of Apportionment; DUSTIN MCDANIEL, in his
capacity as Attorney General of Arkansas and a member
of the Arkansas Board of Apportionment; and
ARKANSAS BOARD OF APPORTIONMENT                                    DEFENDANTS

**Before Three Judge Panel
District Judge Holmes, Circuit Judge Smith, and District Judge Wright**

**ORDER**

The plaintiffs have filed a motion to enjoin the certification of the election results in state Senate District 24. That motion is, in substance, a repetition of the motion made at the close of trial requesting the Court to enjoin the primary election for Senate District 24, as well as Senate Districts 22 and 23. For the reasons stated by the Court in the Order entered on May 11, 2012, the motion to enjoin the certification of the election results in state Senate District 24 is denied. Document #86.

I am authorized to state that Circuit Judge Lavenski R. Smith and District Judge Susan Webber Wright join in this Order.

IT IS SO ORDERED this 29th day of May, 2012.

                                                              _____
                                                              J. LEON HOLMES
                                                              UNITED STATES DISTRICT JUDGE