IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| FUTURE MAE JEFFERS; MARY JEFFERS; HENRY PEACOCK; SHIRLEY HARVELL; REV. RONALD WILLIAMS; PEGGY R. WRIGHT; LAURA LOVE; FRANK SHAW; C.W. CAMPBELL; LEO CHITMAN; ETTA CAMPBELL; PLEZ LUCAS; VICKIE ROBERTSON; JOSEPH PERRY; ELBERT SMITH; SANDRA BAGLEY; NIKKI DISMUKE; ALICE W. VALLEY; LAKETHA BROWN FLUKER; KATRINA HARRELL; CHESTER HARRELL; EDDIE O'NEAL; CHRISTOPHER FRANKLIN; and JACK BERNARD CRUMBLY | PLAINTIFFS |
| v.   No. 2:12CV00016 JLH | |
| MIKE BEEBE, in his capacity as Governor of Arkansas and Chairman of the Arkansas Board of Apportionment; MARK MARTIN, in his capacity as Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment; DUSTIN MCDANIEL, in his capacity as Attorney General of Arkansas and a member of the Arkansas Board of Apportionment; and ARKANSAS BOARD OF APPORTIONMENT | DEFENDANTS |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 17 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Before Three Judge Panel
District Judge Holmes, Circuit Judge Smith, and District Judge Wright

JUDGMENT

Pursuant to the opinion entered separately today, judgment is entered in favor of the defendants. The plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2012.

_____
LAVENSKI R. SMITH
UNITED STATES CIRCUIT JUDGE

_____
SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE